(SPx),CLOSED,DISCOVERY,MANADR,REOPENED,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
## CIVIL DOCKET FOR CASE #: 5:12–cv–01715–VAP–SP

| | |
|---|---|
| William Jeffrey Burnett et al v. Conseco Life Insurance Company et al | Date Filed: 10/05/2012 |
| Assigned to: Judge Virginia A. Phillips | Date Terminated: 01/24/2018 |
| Referred to: Magistrate Judge Sheri Pym | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Insurance Contract | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

**Plaintiff**

**William Jeffrey Burnett**          represented by   **Stephen A Weisbrod**
Weisbrod Matteis and Copley PLLC
1200 New Hampshire Avenue NW Suite 600
Washington, DC 20036
202–499–7900
Fax: 202–478–1795
Email: sweisbrod@wmclaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Barbara Louise Lyons**
Law Office of Barbara L Llyons
80 El Camino Real Apt D
Burlingame, CA 94010
650–740–9846
Email: BLyonsLaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Jonathan M Rotter**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: jrotter@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Neesa Sethi**
Weisbrod Matteis and Copley PLLC
1900 M Street NW Suite 850
Washington, DC 20036
202–499–7900
Fax: 202–478–1795
Email: nsethi@wmclaw.com
*TERMINATED: 10/19/2017*

**Shelli L Calland**
Weisbrod Mattels and Copley PLLC
1200 New Hampshire Avenue NW Suite 600
Washington, DC 20036

|  |  |
|---|---|
|  | 202−499−7900<br>Fax: 202−478−1795<br>Email: scalland@wmclaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joe H Camp** | represented by | **Stephen A Weisbrod**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Barbara Louise Lyons**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan M Rotter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Neesa Sethi**<br>(See above for address)<br>*TERMINATED: 10/19/2017* |
| | | **Shelli L Calland**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Conseco Life Insurance Company**<br>*n/k/a Wilco Life Ins. Co* | represented by | **Raoul D Kennedy**<br>Skadden Arps Slate Meagher and Flom LLP<br>Four Embarcadero Center Suite 3800<br>San Francisco, CA 94111−4144<br>415−984−6400<br>Fax: 415−984−2698<br>Email: raoul.kennedy@skadden.com<br>*TERMINATED: 10/23/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Carl C Scherz**<br>Locke Lord LLP<br>2200 Ross Avenue Suite 2800<br>Dallas, TX 75201<br>214−740−8583<br>Fax: 214−740−8800<br>Email: cscherz@lockelord.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Jaeyeon Park**
Alston and Bird LLP
90 Park Avenue
New York, NY 10016
212–210–9477
Fax: 212–210–9444
Email: janice.park@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H Bilton**
Locke Lord LLP
2200 Ross Avenue Suite 2800
Dallas, TX 75201
214–740–8532
Fax: 214–756–8532
Email: jbilton@lockelord.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M Aerni**
Alston and Bird LLP
90 Park Avenue
New York, NY 10016
212–210–9400
Fax: 212–210–9444
Email: john.aerni@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly S Biggins**
Locke Lord LLP
300 South Grand Avenue Suite 2600
Los Angeles, CA 90071
213–485–1500
Fax: 213–485–1200
Email: kbiggins@lockelord.com
*ATTORNEY TO BE NOTICED*

**Matthew B Nazareth**
Locke Lord LLP
300 South Grand Avenue Suite 2600
Los Angeles, CA 90071
213–485–1500
Fax: 213–485–1200
Email: mnazareth@lockelord.com
*ATTORNEY TO BE NOTICED*

**Rachel Adi Naor**
Alston and Bird LLP
560 Mission Street Suite 2100
San Francisco, CA 94105
415–243–1000
Fax: 415–243–1001

Email: rachel.naor@alston.com
*ATTORNEY TO BE NOTICED*

**Samuel J Park**
Alston and Bird LLP
333 South Hope Street 16th Floor
Los Angeles, CA 90071–3004
213–576–2687
Fax: 213–576–1100
Email: samuel.park@alston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CNO Financial Group Inc**   represented by   **Raoul D Kennedy**
(See above for address)
*TERMINATED: 10/23/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaeyeon Park**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M Aerni**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Adi Naor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel J Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CDOC Inc**   represented by   **Raoul D Kennedy**
(See above for address)
*TERMINATED: 10/23/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaeyeon Park**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M Aerni**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|   |   | **Rachel Adi Naor**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|   |   | **Samuel J Park**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **CNO Services LLC** | represented by | **Raoul D Kennedy**<br>(See above for address)<br>*TERMINATED: 10/23/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|   |   | **Jaeyeon Park**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **John M Aerni**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Rachel Adi Naor**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Samuel J Park**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2012 | 1 | COMPLAINT against defendants CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Joe H Camp, Conseco Life Insurance Company.Case assigned to Judge Virginia A. Phillips for all further proceedings. Discovery referred to Magistrate Judge Sheri Pym.(Filing fee $ 350 Paid), filed by plaintiff William Jeffrey Burnett.(am) (cys). (Entered: 10/09/2012) |
| 10/05/2012 |   | 21 DAY Summons Issued re Complaint – (Discovery) 1 as to defendants CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Joe H Camp, Conseco Life Insurance Company. (am) (Entered: 10/09/2012) |
| 10/05/2012 | 2 | NOTICE of Pendency of Other Actions or Proceedings filed by plaintiff William Jeffrey Burnett. (am) Modified on 10/9/2012 (am). (cys). (Entered: 10/09/2012) |
| 10/05/2012 | 3 | CERTIFICATION AND NOTICE of Interested Parties filed by plaintiff William Jeffrey Burnett, (am) (cys). (Entered: 10/09/2012) |
| 10/05/2012 | 4 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed.(am) (Entered: 10/09/2012) |

| | | |
|---|---|---|
| 10/09/2012 | 5 | STANDING ORDER by Judge Virginia A. Phillips, READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. (am) (Entered: 10/09/2012) |
| 10/24/2012 | 6 | NOTICE of Filing Notice of Tag–Along Action with MDL Panel filed by Plaintiffs William Jeffrey Burnett, Joe H Camp. (Attachments: # 1 Exhibit 1)(Sethi, Neesa) (Entered: 10/24/2012) |
| 10/24/2012 | 7 | PROOF OF SERVICE Executed by Plaintiff William Jeffrey Burnett, Joe H Camp, upon Defendant CNO Financial Group Inc served on 10/15/2012, answer due 11/5/2012. Service of the Summons and Complaint were executed upon Sue Rhea, Registered Agent in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (Sethi, Neesa) (Entered: 10/24/2012) |
| 10/24/2012 | 8 | PROOF OF SERVICE Executed by Plaintiff William Jeffrey Burnett, Joe H Camp, upon Defendant CDOC Inc served on 10/15/2012, answer due 11/5/2012. Service of the Summons and Complaint were executed upon Sue Rhea, Registered Agent in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (Sethi, Neesa) (Entered: 10/24/2012) |
| 10/24/2012 | 9 | PROOF OF SERVICE Executed by Plaintiff William Jeffrey Burnett, Joe H Camp, upon Defendant CNO Services LLC served on 10/17/2012, answer due 11/7/2012. Service of the Summons and Complaint were executed upon Kristen Bennett, Agent in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (Sethi, Neesa) (Entered: 10/24/2012) |
| 10/24/2012 | 10 | PROOF OF SERVICE Executed by Plaintiff William Jeffrey Burnett, Joe H Camp, upon Defendant Conseco Life Insurance Company served on 10/17/2012, answer due 11/7/2012. Service of the Summons and Complaint were executed upon Kristen Bennett, Agent in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (Sethi, Neesa) (Entered: 10/24/2012) |
| 10/26/2012 | 11 | MINUTE ORDER IN CHAMBERS ORDER TO SHOW CAUSE RE: JURISDICTION AND VENUE by Judge Virginia A. Phillips: Accordingly, Plaintiffs are ordered to show cause in writing by Monday, November 5, 2012, why venue should not be transferred to Missouri, North Carolina, or one of the districts in which Defendants' principal places of business are located. Defendants may file any response by Tuesday, November 13, and Plaintiffs may file any reply by Monday, November 19. (am) (Entered: 10/29/2012) |
| 11/01/2012 | 12 | STIPULATION for Extension of Time to File Responses and Reply as to Minutes of In Chambers Order/Directive – no proceeding held, 11 filed by Plaintiffs William Jeffrey Burnett, Joe H Camp. (Attachments: # 1 Proposed Order)(Sethi, Neesa) (Entered: 11/01/2012) |
| 11/01/2012 | 13 | DECLARATION re Stipulation for Extension of Time to File Response/Reply 12 filed by Plaintiffs William Jeffrey Burnett, Joe H Camp. (Attachments: # 1 Exhibit A)(Sethi, Neesa) (Entered: 11/01/2012) |
| 11/01/2012 | 14 | STIPULATION Extending Time to Answer the complaint as to All Defendants, re Complaint – (Discovery), Complaint – (Discovery) 1 filed by Defendants CDOC Inc, Conseco Life Insurance Company, CNO Services LLC, CNO Financial Group Inc. (Attachments: # 1 Declaration of Raoul D. Kennedy in Support of the Stipulation, # 2 Proposed Order Granting Defendants' Motion to Extend Time to Answer)(Kennedy, Raoul) (Entered: 11/01/2012) |
| 11/02/2012 | 15 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES of Interested Parties filed by Defendants All Defendants, identifying Conseco Life Insurance Co., CNO Financial Group, Inc., CDOC, Inc., CNO Services, LLC, CNO Management Services Co.. (Kennedy, Raoul) (Entered: 11/02/2012) |

| | | |
|---|---|---|
| 11/05/2012 | 16 | STATEMENT Concerning the Conditional Transfer Order (CTO−1) Issued on November 1, 2012 and Related Scheduling filed by Defendants CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Conseco Life Insurance Company re: Stipulation Extending Time to Answer (30 days or less), Stipulation Extending Time to Answer (30 days or less) 14 . (Kennedy, Raoul) (Entered: 11/05/2012) |
| 11/05/2012 | 17 | RESPONSE filed by Plaintiffs William Jeffrey Burnett, Joe H Campto Minutes of In Chambers Order/Directive − no proceeding held, 11 *to Show Cause Re: Jurisdiction and Venue* (Sethi, Neesa) (Entered: 11/05/2012) |
| 11/05/2012 | 18 | DECLARATION of Neesa Sethi re Response (non−motion) 17 *to Order to Show Cause* filed by Plaintiffs William Jeffrey Burnett, Joe H Camp. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sethi, Neesa) (Entered: 11/05/2012) |
| 11/05/2012 | 19 | ANSWER to Complaint − (Discovery), Complaint − (Discovery) 1 filed by Defendants CDOC Inc, CNO Financial Group Inc.(Kennedy, Raoul) (Entered: 11/05/2012) |
| 11/05/2012 | 21 | ORDER by Judge Virginia A. Phillips, re Stipulation Extending Time to Answer (30 days or less), 14 . IT IS HEREBY ORDERED: 1. Defendants' deadline to answer, move, or otherwise respond to the complaint is extended to November 30, 2012. 2. Plaintiffs' deadline to oppose to Defendants' motion(s) to dismiss i s January 8, 2012. 3. Defendants' deadline to file reply brief(s) is January 24, 2012. (mrgo) (Entered: 11/07/2012) |
| 11/05/2012 | 22 | AMENDED ORDER EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT by Judge Virginia A. Phillips: IT IS HEREBY ORDERED: 1. Defendants' deadline to answer, move, or otherwise respond to the complaint is extended to November 30, 2012; 2. Plaintiffs' deadline to oppose to Defendants' motion(s) to dismiss is January 8, 2013; 3. Defendants' deadline to file reply brief(s) is January 24, 2013. IT SO ORDERED. (ad) (Entered: 11/07/2012) |
| 11/05/2012 | 23 | ORDER by Judge Virginia A. Phillips Re Stipulation on Extension of Time to FileResponses and Replies to the Courts October 26, 2012 Order to Show Cause 11 : it is hereby ORDERED that the Stipulation is approved. It is FURTHER ORDERED that Plaintiffs Response to the Courts Order to Show Cause is due on Friday, November 9, 2012; Defendants Response to Plaintiffs Response to the Order to Show Cause is due on Tuesday, November 20, 2012; and Plaintiffs Reply to Defendants Response due on Tuesday, November 27, 2012. (ad) (Entered: 11/07/2012) |
| 11/06/2012 | 20 | ORDER SETTING SCHEDULING CONFERENCE by Judge Virginia A. Phillips. Rule 26 Meeting Report due by 1/28/2013. Scheduling Conference set for 2/11/2013, at 1:30 PM before Judge Virginia A. Phillips,in Courtroom No. 2, Second Floor, Eastern Division Courthouse, Riverside, CA. (jh) (Entered: 11/06/2012) |
| 11/06/2012 | 24 | MINUTE ORDER IN CHAMBERS by Judge Virginia A. Phillips VACATING ORDER TO SHOW CAUSE 11 PENDING DETERMINATION OF TRANSFER TO MDL: In light of the above, the Court VACATES the Order to Show Cause pending final determination of whether the action will be transferred to the LifeTrend MDL for pre−trial purposes. IT IS SO ORDERED. (ad) (Entered: 11/07/2012) |
| 11/09/2012 | 25 | NOTICE of Transfer Order Issued by Judicial Panel on Multi−District Litigation filed by Plaintiffs William Jeffrey Burnett, Joe H Camp. (Attachments: # 1 Exhibit 1)(Sethi, Neesa) (Entered: 11/09/2012) |
| 11/15/2012 | 26 | CONDITIONAL TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation MDL 2124, transferring case to USDC Northern District of California at San Francisco to the Honorable Susan Yvonne Illston sent electronically on 11/15/12. (MD JS−6. Case Terminated.) (am) (Entered: 11/15/2012) |

| | | |
|---|---|---|
| 11/15/2012 | 27 | Transfer Out Transmittal Letter. A certified copy of the docket sheet and a certified copy of Conditional Transfer Order sent to USDC USDC Northern District of California at San Francisco, California on 11/15/12. (Attachments: # 1 CV57) (am) (Entered: 11/15/2012) |
| 11/20/2012 | 28 | RECEIVED Notice of Receipt of Electronic Case Transfer. Case transferred from California Central has been opened in California Northern District as case 3:12−cv−05906, filed 11/19/2012. (cbr) (Entered: 11/21/2012) |
| 09/20/2017 | 29 | NOTICE OF TRANSFER/Remand and Reopening of Case. This action has been Remanded, to this court from the Northern District of San Francisco, case number 3:12−cv−05906−SI. The case has been reopened and assigned to Judge Virginia A. Phillips and Magistrate Judge Sheri Pym. (REOPENED, MD−JS5) (Attachments: # 1 Docket Sheet) (lom) (Entered: 09/22/2017) |
| 09/20/2017 | 30 | CONDITIONAL REMAND ORDER from the United States Judicial Panel on Multidistrict Litigation, MDL 2124, that the actions listed on the attached schedule be remanded to their respective transferor courts (see document for further details). (lom) (Entered: 09/22/2017) |
| 10/06/2017 | 31 | APPLICATION of Non−Resident Attorney John M. Aerni to Appear Pro Hac Vice on behalf of Defendants CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Conseco Life Insurance Company (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−20626895) fi led by defendant CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Conseco Life Insurance Company. (Attachments: # 1 Proposed Order G−64) (Attorney Samuel J Park added to party CDOC Inc(pty:dft), Attorney Samuel J Park added to party CNO Financial Group Inc(pty:dft), Attorney Samuel J Park added to party CNO Services LLC(pty:dft), Attorney Samuel J Park added to party Conseco Life Insurance Company(pty:dft)) (Park, Samuel) (Entered: 10/06/2017) |
| 10/06/2017 | 32 | APPLICATION of Non−Resident Attorney Jaeyeon Park to Appear Pro Hac Vice on behalf of Defendants CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Conseco Life Insurance Company (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−20627139) fil ed by defendant CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Conseco Life Insurance Company. (Attachments: # 1 Proposed Order G−64) (Park, Samuel) (Entered: 10/06/2017) |
| 10/06/2017 | 33 | NOTICE of Appearance filed by attorney Samuel J Park on behalf of Defendants CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Conseco Life Insurance Company (Park, Samuel) (Entered: 10/06/2017) |
| 10/09/2017 | 34 | NOTICE of Appearance filed by attorney Rachel Adi Naor on behalf of Defendants CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Conseco Life Insurance Company (Attorney Rachel Adi Naor added to party CDOC Inc(pty:dft), Attorney Rachel Adi Naor added to party CNO Financial Group Inc(pty:dft), Attorney Rachel Adi Naor added to party CNO Services LLC(pty:dft), Attorney Rachel Adi Naor added to party Conseco Life Insurance Company(pty:dft))(Naor, Rachel) (Entered: 10/09/2017) |
| 10/13/2017 | 35 | CERTIFICATION and NOTICE of Interested Parties filed by Defendant All Defendants, identifying CNO Financial Group, Inc. (parent of Defendant CNO Services, LLC); Wilton Reassurance Co. (parent of Conseco Life Ins. Co. n/k/a Wilco Life Ins.Co.); Wilton Re U.S. Holdings, Inc. (owner of Wilton Reassurance Co.); Wilton Re U.S. Holdings Trust FBO Wilton Re Ltd. (controls shares of Wilton Re U.S. Holdings, Inc.); Canada Pension Plan Investment Board (parent of Wilton Re Ltd.); CNO Management Services Co. (1% member of CNO Services, LLC).. (Park, Samuel) (Entered: 10/13/2017) |
| 10/13/2017 | 36 | CORPORATE DISCLOSURE STATEMENT filed by Defendants CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Conseco Life Insurance Company identifying Wilton Reassurance Company; Wilton Re Ltd; Canada Pension Plan Investment Board; and CNO Financial Group, Inc. as Corporate Parent. (Park, Samuel) (Entered: 10/13/2017) |
| 10/16/2017 | 37 | |

| | | |
|---|---|---|
| | | ORDER ON APPLICATION OF NON−RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE 31 by Judge Virginia A. Phillips. Granting Non−Resident Attorney John M. Aerni. Esq. APPLICATION to Appear Pro Hac Vice on behalf of Defendants Conseco Life Insurance Company, CNO Financial Group, Inc. and CNO Services, LLC, designating Samuel J. Park, Esq. as local counsel. (ab) (Entered: 10/17/2017) |
| 10/16/2017 | 38 | ORDER ON APPLICATION OF NON−RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE 32 by Judge Virginia A. Phillips. Granting Non−Resident Attorney Jaeyeon Park, Esq. APPLICATION to Appear Pro Hac Vice on behalf of Defendants Conseco Life Insurance Company, CNO Financial Group, Inc. and CNO Services, LLC, designating Samuel J. Park, Esq. as local counsel. (ab) (Entered: 10/17/2017) |
| 10/18/2017 | 39 | REQUEST TO SUBSTITUTE ATTORNEY Samuel J. Park in place of attorney Raoul D. Kennedy filed by Defendants CDOC Inc, CNO Financial Group Inc, CNO Services LLC, Conseco Life Insurance Company. (Attachments: # 1 Proposed Order and Attachment 1) (Kennedy, Raoul) (Entered: 10/18/2017) |
| 10/19/2017 | 40 | Notice of Appearance or Withdrawal of Counsel: for attorney Jonathan M Rotter counsel for Plaintiffs William Jeffrey Burnett, Joe H Camp. Adding Jonathan Rotter as counsel of record for Plaintiffs William J. Burnett and Dr. Joe H. Camp for the reason indicated in the G−123 Notice. Filed by Plaintiffs William J. Burnett and Dr. Joe H. Camp. (Attorney Jonathan M Rotter added to party William Jeffrey Burnett(pty:pla), Attorney Jonathan M Rotter added to party Joe H Camp(pty:pla))(Rotter, Jonathan) (Entered: 10/19/2017) |
| 10/19/2017 | 41 | Notice of Appearance or Withdrawal of Counsel: for attorney Jonathan M Rotter counsel for Plaintiffs William Jeffrey Burnett, Joe H Camp. Neesa Sethi is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G−123 Notice. Filed by Plaintiffs William J. Burnett and Dr. Joe H. Camp. (Rotter, Jonathan) (Entered: 10/19/2017) |
| 10/19/2017 | 42 | APPLICATION of Non−Resident Attorney Stephen A. Weisbrod to Appear Pro Hac Vice on behalf of Plaintiffs William Jeffrey Burnett, Joe H Camp (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−20689154) filed by Plaintiffs William Jeffrey Burnett, Joe H Camp. (Attachments: # 1 Proposed Order, # 2 Exhibit − Certificates of Good Standing) (Rotter, Jonathan) (Entered: 10/19/2017) |
| 10/19/2017 | 43 | APPLICATION of Non−Resident Attorney Shelli L. Calland to Appear Pro Hac Vice on behalf of Plaintiffs William Jeffrey Burnett, Joe H Camp (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−20689199) filed by Plaintiffs William Jeffrey Burnett, J oe H Camp. (Attachments: # 1 Proposed Order, # 2 Exhibit − Certificates of Good Standing) (Rotter, Jonathan) (Entered: 10/19/2017) |
| 10/23/2017 | 44 | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY by Judge Virginia A. Phillips granting 39 Request to Substitute Attorney: The Court hereby orders that the request of: CONSECO LIFE INSURANCE COMPANY, CNO FINANCIAL GROUP, INC., CDOC, INC., CNO SERVICES, LLC, Defendant, to substitute Samuel J. Park, who is Retained Counsel, as attorney of record instead of Raoul D. Kennedy. (bm) (Entered: 10/23/2017) |
| 10/23/2017 | 45 | ORDER by Judge Virginia A. Phillips: granting 42 Non−Resident Attorney Stephen A. Weisbrod APPLICATION to Appear Pro Hac Vice on behalf of Plaintiffs William J. Burnett and Dr. Joe H. Camp, designating Jonathan M Rotter as local counsel. (bm) (Entered: 10/23/2017) |
| 10/23/2017 | 46 | ORDER by Judge Virginia A. Phillips: granting 43 Non−Resident Attorney Shelli L Calland APPLICATION to Appear Pro Hac Vice on behalf of Plaintiffs William J. Burnett and Dr. Joe H. Camp, designating Jonathan M Rotter as local counsel. (bm) (Entered: 10/23/2017) |
| 12/19/2017 | 47 | |

| | | |
|---|---|---|
| | | NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint filed by Plaintiffs William Jeffrey Burnett, Joe H Camp. Motion set for hearing on 1/22/2018 at 02:00 PM before Judge Virginia A. Phillips. (Attachments: # 1 Proposed Order) (Rotter, Jonathan) (Entered: 12/19/2017) |
| 12/19/2017 | 48 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint 47 filed by Plaintiffs William Jeffrey Burnett, Joe H Camp. (Rotter, Jonathan) (Entered: 12/19/2017) |
| 12/19/2017 | 49 | DECLARATION of Shelli L. Calland In Support of NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint 47 filed by Plaintiffs William Jeffrey Burnett, Joe H Camp. (Attachments: # 1 Exhibit 1 – Proposed Second Amended Complaint, # 2 Exhibit 2 – Redline)(Rotter, Jonathan) (Entered: 12/19/2017) |
| 12/22/2017 | 50 | NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the Southern District of Indiana filed by Defendant Conseco Life Insurance Company. Motion set for hearing on 1/22/2018 at 02:00 PM before Judge Virginia A. Phillips. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Attorney Matthew B Nazareth added to party Conseco Life Insurance Company(pty:dft)) (Nazareth, Matthew) (Entered: 12/22/2017) |
| 12/22/2017 | 51 | APPENDIX filed by Defendant Conseco Life Insurance Company. Re: NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the Southern District of Indiana 50 (Attachments: # 1 Appendix 0001, # 2 Appendix 0004, # 3 Appendix 0010, # 4 Appendix 0038, # 5 Appendix 0063, # 6 Appendix 0071, # 7 Appendix 0084, # 8 Appendix 0088, # 9 Appendix 0187, # 10 Appendix 0206, # 11 Appendix 0216, # 12 Appendix 0252, # 13 Appendix 0279, # 14 Appendix 0297, # 15 Appendix 0305, # 16 Appendix 0397)(Nazareth, Matthew) (Entered: 12/22/2017) |
| 12/28/2017 | 52 | STIPULATION for Extension of Time to File Responses and Replies as to NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the Southern District of Indiana 50 , NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint 47 filed by Defendant Conseco Life Insurance Company. (Attachments: # 1 Proposed Order)(Nazareth, Matthew) (Entered: 12/28/2017) |
| 12/28/2017 | 53 | Notice of Appearance or Withdrawal of Counsel: for attorney Kelly S Biggins counsel for Defendant Conseco Life Insurance Company. Adding Kelly S. Biggins as counsel of record for Conseco Life Insurance Company for the reason indicated in the G−123 Notice. Filed by Defendant Conseco Life Insurance Company. (Attorney Kelly S Biggins added to party Conseco Life Insurance Company(pty:dft))(Biggins, Kelly) (Entered: 12/28/2017) |
| 12/28/2017 | 54 | Notice of Appearance or Withdrawal of Counsel: for attorney Matthew B Nazareth counsel for Defendant Conseco Life Insurance Company. Adding Carl C. Scherz as counsel of record for Conseco Life Insurance Company for the reason indicated in the G−123 Notice. Filed by Defendant Conseco Life Insurance Company. (Nazareth, Matthew) (Entered: 12/28/2017) |
| 12/28/2017 | 55 | Notice of Appearance or Withdrawal of Counsel: for attorney Matthew B Nazareth counsel for Defendant Conseco Life Insurance Company. Adding James Bilton as counsel of record for Conseco Life Insurance Company for the reason indicated in the G−123 Notice. Filed by Defendant Conseco Life Insurance Company. (Nazareth, Matthew) (Entered: 12/28/2017) |
| 12/28/2017 | 56 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Appearance or Withdrawal of Counsel (G−123), 55 , Notice of Appearance or Withdrawal of Counsel (G−123), 54 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Application for Non−Resident Atotrney to Appear in a Specific Case. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) |

| | | |
|---|---|---|
| | | (Entered: 12/28/2017) |
| 12/29/2017 | 57 | ORDER ON STIPULATION TO EXTEND BRIEFING DEADLINES RELATED TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND CONSECO LIFE'S MOTION TO TRANSFER VENUE 52 by Judge Virginia A. Phillips. Pursuant to the stipulation of the parties, and for good cause shown, the Court ORDERS the following:(1) Defendants deadline to respond to Plaintiffs Motion for Leave to FileSecond Amended Complaint, which is currently December 29, 2017, shall beextended to January 4, 2018. (2) Plaintiffs deadline to file a reply brief in support of their Motion for Leave to File Second Amended Complaint, which is currently January 8, 2018, shall be extended to January 11, 2018. (3) Plaintiffs deadline to respond to Conseco Lifes Motion to Transfer Venue, which is currently December 29, 2017, shall be extended to January 4, 2018.(4) Conseco Lifes deadline to file a reply brief in support of its Motion toTransfer Venue, which is currently January 8, 2018, shall be extended to January 11, 2018. IT IS SO ORDERED. (ab) (Entered: 12/29/2017) |
| 01/04/2018 | 58 | Opposition in opposition to re: NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint 47 filed by Defendant Conseco Life Insurance Company. (Attachments: # 1 Appendix, # 2 Proposed Order)(Nazareth, Matthew) (Entered: 01/04/2018) |
| 01/04/2018 | 59 | OPPOSITION to NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the Southern District of Indiana 50 filed by Plaintiff William Jeffrey Burnett. (Rotter, Jonathan) (Entered: 01/04/2018) |
| 01/04/2018 | 60 | DECLARATION of Myrna Welsh re Response in Opposition to Motion 59 filed by Plaintiff William Jeffrey Burnett. (Rotter, Jonathan) (Entered: 01/04/2018) |
| 01/04/2018 | 61 | DECLARATION of Vicki A. Buckley re Response in Opposition to Motion 59 filed by Plaintiff William Jeffrey Burnett. (Rotter, Jonathan) (Entered: 01/04/2018) |
| 01/04/2018 | 62 | DECLARATION of William Jeffrey Burnett re Response in Opposition to Motion 59 filed by Plaintiff William Jeffrey Burnett. (Rotter, Jonathan) (Entered: 01/04/2018) |
| 01/04/2018 | 63 | DECLARATION of Shelli L. Calland re Response in Opposition to Motion 59 filed by Plaintiff William Jeffrey Burnett. (Attachments: # 1 Exhibit 1 – Transcript, # 2 Exhibit 2 – Part I – Memorandum, # 3 Exhibit 2 – Part II – Mmorandum, # 4 Exhibit 2 – Part III – Memorandum, # 5 Exhibit 3 – Order, # 6 Exhibit 4 – Transcript, # 7 Exhibit 5 – Judgment, # 8 Exhibit 6 – Order, # 9 Exhibit 7 – Memorandum)(Rotter, Jonathan) (Entered: 01/04/2018) |
| 01/11/2018 | 64 | REPLY In Support of NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint 47 filed by Plaintiff William Jeffrey Burnett. (Rotter, Jonathan) (Entered: 01/11/2018) |
| 01/11/2018 | 65 | DECLARATION of Myrna Welsh re Reply (Motion related) 64 filed by Plaintiff William Jeffrey Burnett. (Rotter, Jonathan) (Entered: 01/11/2018) |
| 01/11/2018 | 66 | DECLARATION of Vicki A. Buckley re Reply (Motion related) 64 filed by Plaintiff William Jeffrey Burnett. (Rotter, Jonathan) (Entered: 01/11/2018) |
| 01/11/2018 | 67 | REPLY in support of NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the Southern District of Indiana 50 filed by Defendant Conseco Life Insurance Company. (Biggins, Kelly) (Entered: 01/11/2018) |
| 01/18/2018 | 68 | (IN CHAMBERS)SCHEDULING NOTICE. Counsel are hereby notified, that on the Court's own motion, the hearing on Plaintiff's Motion for Leave to Amend 47 , and Defendant's Motion to Transfer 50 , set for hearing on January 22, 2018, are TAKEN OFF CALENDAR. No appearance by counsel will be necessary. The Court will issue such further order as deemed appropriate. By Chief Judge Virginia A. Phillips THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (bh) TEXT ONLY ENTRY (Entered: 01/18/2018) |

| 01/24/2018 | 69 | ORDER Granting Defendant Conseco Life Insurance Company's Motion for to Transfer Case to the United States District Court for the Southern District of Indiana. (Doc. No. 50). by Judge Virginia A. Phillips transferring case to Southern District of Indiana at Indianapolis: For foregoing reasons, the Court finds that the balance of the factors in this case indicate that a transfer to the Southern District of Indiana is appropriate. Defendants Motion is GRANTED. The Clerk of Court is directed to transfer the action to the Southern District of Indiana. The Court declines to rule on Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. No. 47) as the matter is being transferred. Electronic docket sheet sent. Electronic Documents are available through PACER. (MD JS−6. Case Terminated.) (Attachments: # 1 Transmittal Letter – Civil Case Transfer Out) (bm) (Entered: 01/24/2018) |