| | | |
|---|---|---|
| WILLIAM JEFFREY BURNETT and JOE H. CAMP, | ) ) ) | |
| Plaintiffs, | ) ) ) | CASE NO. 1:18-cv-00200-RLY-DML |
| v. | ) ) | |
| CONSECO LIFE INSURANCE COMPANY; CNO FINANCIAL GROUP, INC.; and CNO SERVICES LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion for leave to appear *pro hac vice*

filed on behalf of Samuel J. Park, counsel for Defendants, in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is GRANTED.

Applicant's contact information should be entered as follows:

**Samuel J. Park**
**Alston & Bird LLP**
**333 South Hope Street, Sixteenth Floor**
**Los Angeles, CA 90071**
**Telephone: (213) 576-2687**
**Facsimile: (213) 576-1100**
**samuel.park@alston.com**

Dated: _____2/16/18_____

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail

Samuel J. Park
Alston & Bird LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, CA 90071