# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM JEFFREY BURNETT and JOE H. CAMP,<br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CONSECO LIFE INSURANCE CO., an Indiana corporation; CNO FINANCIAL GROUP, INC., a Delaware corporation; and CNO SERVICES, LLC, an Indiana limited liability company,<br>　　　　　Defendants. | ) CASE NO. 1:18-00200 RLY<br>) (DML)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JOHN M. AERNI IN SUPPORT OF CNO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)**

JOHN M. AERNI declares as follows in accordance with 18 U.S.C. § 1746:

1.   I am a member of the law firm of Alston & Bird LLP, co-counsel for Defendants in this action, including the moving Defendants, CNO Financial Group, Inc. and CNO Services, LLC (the "CNO Defendants") in this action. I submit this declaration in support of the CNO Defendants' motion to dismiss the claims against them in the First Amended Complaint ("FAC") under Fed. R. Civ. P. 12(b)(6) and to provide the Court with a specimen life insurance policy upon which Plaintiffs base this breach of contract action.

2.   As stated in the FAC, plaintiff Joe H. Camp formerly owned a policy numbered 090095604 (the "Camp Policy"). FAC ¶¶ 264-65. I am attaching as Exhibit A to this declaration a true copy of the Camp Policy, excluding the application attached at the end of the Policy, as it contains personal and medical information for plaintiff Camp and is not necessary for the Court's consideration of the motion to dismiss.

1

I affirm under penalty of perjury that the above is correct.

Dated:  New York, New York
        April 6, 2018

                                        /s/ *John M. Aerni*
                                        John M. Aerni

2

# EXHIBIT A

# MASSACHUSETTS GENERAL LIFE
### INSURANCE COMPANY
### BOSTON, MASSACHUSETTS

A STOCK COMPANY/HEREINAFTER CALLED THE COMPANY
Administrative Offices: 7887 E. Belleview Avenue/Englewood, CO 80111
(800) 525-7662

This policy is a legal contract between the Company and the owner.

### READ YOUR POLICY CAREFULLY.

Upon receipt by the Company at its Administrative Office of due proof that the insured died while this policy was in force, the Company will pay the proceeds immediately to the beneficiary.

All payments are subject to all of the provisions of this and the following pages of this policy, signed on the Date of Issue at its Administrative Office, Englewood, Colorado. This policy is issued in consideration of the application and payment of the initial premium.

### NOTICE OF 20 DAY RIGHT TO EXAMINE THE POLICY

This policy may be cancelled by delivering or mailing the policy to Massachusetts General Life Insurance Company, 7887 East Belleview Avenue, Englewood, Colorado 80111, or to the insurance agent through whom it was effected before midnight of the twentieth day after receipt of such policy by the applicant. Upon such delivery or mailing, the policy shall be void from the beginning. Notice given by mail and return of the policy or contract by mail are effective on being postmarked, properly addressed and postage prepaid. The Company must return all payments made for this policy within ten days after it receives notice of cancellation and the returned policy.

_Robert P. F Esperance_  
Secretary

_Lu D Bohn_  
President

### WHOLE LIFE INSURANCE

PROCEEDS PAYABLE AT DEATH.
PREMIUMS PAYABLE DURING THE PREMIUM PERIOD SHOWN
ON A POLICY DATA PAGE OR UNTIL PRIOR DEATH.
NONPARTICIPATING.   NO DIVIDENDS APPLICABLE.



NP-WL-92

BC-0057

## ALPHABETICAL GUIDE

| | |
|---|---|
| Additional Interest | 11 |
| Age | 14 |
| Amount and Frequency | 6 |
| Annual Report | 14 |
| Assignment | 6, 11 |
| Basis of Computations | 9 |
| Beneficiary | 6 |
| Cash Value | 8 |
| Change in Payments | 11 |
| Claims of Creditors | 11 |
| Date of Issue | 3 |
| Death of Beneficiary | 6 |
| Debt | 7 |
| Effective Date of Coverage | 15 |
| Election of Options | 11 |
| Elections, Designations, Changes and Requests | 14 |
| Entire Contract | 14 |
| Expense Charges | 5 |
| Error in Age or Sex | 14 |
| Grace Period | 6 |
| Guaranteed Maximum Monthly Mortality Charges | 10 |
| Guaranteed Values | 8 |
| Incontestability | 14 |
| Initial Premium | 6 |
| Interest Credits | 8 |
| Loan Interest | 7 |
| Loan Value | 7 |
| Maturity Date | 14 |
| Monthly Cost of Insurance | 9 |
| Monthly Cost of Insurance Rates | 9 |
| Monthly Deduction | 9 |
| Nonparticipating | 14 |
| Owner | 6 |
| Owner and Beneficiary Change | 6 |
| Payments | 11 |
| Payment of Proceeds | 14 |
| Policy Date | 15 |
| Policy Loan | 7 |
| Premium Class | 14 |
| Proceeds | 7, 14 |
| Projection of Benefits and Values | 15 |
| Reinstatement | 6 |
| Repayment | 7 |
| Simultaneous Death | 6 |
| Suicide Exclusion | 14 |
| Surrender Charge | 9 |
| Table of Guaranteed Policy Values | 4 |
| Table of Minimum Death Benefit | 5 |
| Table of Surrender Charges | 5 |
| Termination of Policy | 7, 15 |
| Where Payable | 6 |
| Withdrawal | 11 |

## POLICY PROVISIONS

| | |
|---|---|
| Accumulation Account | 8 |
| Death Benefit | 7 |
| General Provisions | 14 |
| Policy Loans | 7 |
| Nonforfeiture Provision | 8 |
| Optional Premium Payment | 8 |
| Owner, Beneficiary and Assignment | 6 |
| Premium Payments, Grace Period and Reinstatement | 6 |
| Settlement Options Provision | 11 |

## OPTIONAL BENEFITS

If you have purchased any optional benefits, they will be listed in the Benefit Description section of a Policy Data Page and the rider providing the benefit will be inserted in the contract.

NP-WL-92

BC-0058

POLICY DATA PAGE

INSURED   JOE H. CAMP              1090095604   POLICY NUMBER
    AGE   54   MALE              MAY 15, 1993   DATE OF ISSUE
    PLAN  WHOLE LIFE INSURANCE     $500,000     SUM INSURED

| FORM NUMBER | BENEFIT DESCRIPTION | SUM INSURED | BENEFIT PERIOD | ANNUAL PREMIUM | YEARS PAYABLE |
|---|---|---|---|---|---|
| NP-WL-92 | WHOLE LIFE INSURANCE | $500,000 | LIFE | $18,870.00 | LIFE |

ENCL: AICR-86

| | |
|---|---|
| ANNUAL PREMIUM | $18,870.00 |
| PREMIUM FREQUENCY | PREMIUM PAYABLE |
| ANNUAL | $18,870.00 |
| SEMIANNUAL | $9,435.00 |
| QUARTERLY | $4,717.50 |
| MONTHLY BANK DRAFT | $1,572.44 |
| PREMIUM FREQUENCY | ANNUAL |
| PREMIUM CLASS | SELECT NON SMOKER |

MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY
ADMINISTRATIVE OFFICES: 7887 EAST BELLEVIEW AVENUE, ENGLEWOOD, CO 80111
PAGE 3

BC-0059

POLICY DATA PAGE
(CONTINUED)

TABLE OF GUARANTEED POLICY VALUES

THIS TABLE PRESUMES THAT THE FULL ANNUAL PREMIUM SHOWN ON THE PRECEDING PAGE IS PAID EACH YEAR. THE FOLLOWING VALUES ARE THE GUARANTEED VALUES PROVIDED BY THIS POLICY.

| END OF POLICY YEAR | WHICH OCCURS IN | CASH VALUE | CONTINUATION OF INSURANCE YEARS | DAYS |
|---|---|---|---|---|
| 1  | 1994 | $      0 | 0 | 0 |
| 2  | 1995 |        0 | 0 | 0 |
| 3  | 1996 |    10500 | 1 | 108 |
| 4  | 1997 |    22000 | 2 | 174 |
| 5  | 1998 |    33500 | 3 | 159 |
| 6  | 1999 |    45500 | 4 | 90 |
| 7  | 2000 |    57500 | 4 | 325 |
| 8  | 2001 |    69500 | 5 | 149 |
| 9  | 2002 |    82000 | 5 | 314 |
| 10 | 2003 |    94500 | 6 | 83 |
| 11 | 2004 |   106500 | 6 | 177 |
| 12 | 2005 |   119000 | 6 | 256 |
| 13 | 2006 |   131500 | 6 | 310 |
| 14 | 2007 |   144000 | 6 | 340 |
| 15 | 2008 |   156500 | 6 | 352 |
| 16 | 2009 |   169000 | 6 | 351 |
| 17 | 2010 |   181500 | 6 | 340 |
| 18 | 2011 |   194000 | 6 | 323 |
| 19 | 2012 |   206500 | 6 | 303 |
| 20 | 2013 |   218000 | 6 | 287 |

NON-FORFEITURE FACTORS
(PER EACH 1,000 OF INITIAL SUM INSURED)

| YEARS | FACTOR |
|---|---|
| 46+ | 32.833916 |

VALUES FOR YEARS NOT SHOWN WILL BE FURNISHED UPON REQUEST.

THIS TABLE SHOWS THE VALUES FOR THE SUM INSURED WITHOUT ANY ADJUSTMENT FOR DEBT SECURED BY THIS POLICY.

MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY

NP-WL-92                PAGE 4

BC-0060

POLICY DATA PAGE
(CONTINUED)

TABLE OF MINIMUM DEATH BENEFIT

| ATTAINED AGE | PERCENT OF ACCUMULATION ACCOUNT | | ATTAINED AGE | PERCENT OF ACCUMULATION ACCOUNT | |
|---|---|---|---|---|---|
| | MALE | FEMALE | | MALE | FEMALE |
| 0  | 1,920% | 2,397% | 50  | 302% | 365% |
| 5  | 1,631  | 2,041  | 55  | 255  | 306  |
| 10 | 1,349  | 1,701  | 60  | 217  | 257  |
| 15 | 1,113  | 1,405  | 65  | 188  | 218  |
| 20 | 941    | 1,163  | 70  | 165  | 186  |
| 25 | 790    | 959    | 75  | 148  | 161  |
| 30 | 652    | 787    | 80  | 135  | 143  |
| 35 | 534    | 645    | 85  | 125  | 129  |
| 40 | 439    | 529    | 90  | 119  | 120  |
| 45 | 363    | 438    | 95  | 112  | 112  |
|    |        |        | 100 | 104  | 104  |

FOR AGES NOT SHOWN, THE APPLICABLE PERCENTAGE WILL BE DETERMINED BY INTERPOLATING BETWEEN THE AGES THAT ARE SHOWN.

EXPENSE CHARGES

THERE IS A CHARGE OF $2.50 PER MONTH PER POLICY WHICH IS GUARANTEED FOR THE FIRST FIVE POLICY YEARS. THIS CHARGE MAY BE INCREASED BY THE COMPANY AT A POLICY ANNIVERSARY AFTER THE POLICY HAS BEEN IN FORCE FOR AT LEAST FIVE YEARS, BUT NOT TO EXCEED $5.00 PER MONTH PER POLICY AND ONLY UPON THE GIVING OF 90-DAY NOTICE OF AN INCREASE TO THE OWNER.

THERE IS AN ADDITIONAL MONTHLY EXPENSE CHARGE OF $1.88 PER $1,000 OF INITIAL SUM INSURED DURING THE FIRST TWO POLICY YEARS AND $.69 PER $1,000 THEREAFTER.

TABLE OF SURRENDER CHARGES

| YEAR | SURRENDER CHARGE | YEAR | SURRENDER CHARGE |
|---|---|---|---|
| 1  | $ 23,550.00* | 11 | $ 21,195.00 |
| 2  | 23,550.00    | 12 | 18,840.00 |
| 3  | 23,550.00    | 13 | 16,485.00 |
| 4  | 23,550.00    | 14 | 14,130.00 |
| 5  | 23,550.00    | 15 | 11,775.00 |
| 6  | 23,550.00    | 16 | 9,420.00 |
| 7  | 23,550.00    | 17 | 7,065.00 |
| 8  | 23,550.00    | 18 | 4,710.00 |
| 9  | 23,550.00    | 19 | 2,355.00 |
| 10 | 23,550.00    | 20 AND OVER | NONE |

MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY

NP-WL-92                    PAGE 5

BC-0061

## OWNER, BENEFICIARY AND ASSIGNMENT PROVISIONS

### OWNER
The owner means the owner set out in the application unless subsequently changed. During the insured's lifetime, the owner has the right to receive every benefit, exercise every right and enjoy every privilege granted by this policy. If the owner of this policy is a trust, proof of the existence of the trust must be furnished to the Company.

### BENEFICIARY
The beneficiary named in the application will receive the proceeds upon death of the insured unless the beneficiary has been changed by the owner.

If more than one person is named as beneficiary, the proceeds will be paid in equal shares to the surviving beneficiaries, unless otherwise provided.

If the beneficiary is "children," this means children born to or legally adopted by the insured.

### DEATH OF BENEFICIARY
If any beneficiary dies before the insured, that beneficiary's interest will pass to any surviving beneficiaries or contingent beneficiaries according to their respective interests.

If no beneficiary or contingent beneficiary survives the insured, the proceeds will be paid to the owner or the owner's estate.

### OWNER AND BENEFICIARY CHANGE
The owner may change the owner and the beneficiary at any time during the lifetime of the insured unless otherwise provided in a previous designation. Any change must be in a written form satisfactory to the Company.

The change will take effect on the date the request was signed, but it will not apply to any payments made by the Company before the request was received and recorded by the Company.

### SIMULTANEOUS DEATH
If any beneficiary dies within 15 days after the insured but before due proof of the insured's death is received by the Company, the proceeds will be paid as if the beneficiary died before such insured.

### ASSIGNMENT
This policy may be assigned. No assignment will be recognized by the Company unless: (i) the original instrument or a certified copy is filed with the Company at its Administrative Offices; and (ii) the Company sends the owner an acknowledged copy. The Company will not be responsible for the validity of any assignment.

The claim of any assignee is subordinate to that of the Company, including any debt to the Company.

The rights of the beneficiary and owner are subject to the rights of the assignee.

## PREMIUMS PAYMENTS, GRACE PERIOD AND REINSTATEMENT PROVISIONS

### INITIAL PREMIUM
The initial premium is the premium due on the date of issue of this policy and is shown on a Policy Data Page.

### WHERE PAYABLE
Premiums are payable in advance to the Company at its Administrative Offices. Premiums may be paid to an authorized representative of the Company upon delivery of a receipt signed by the President, a Vice President, Secretary, or Assistant Secretary.

### AMOUNT AND FREQUENCY
The owner may change the frequency of premium payment at any time. Each premium payment will be credited by the Company as described in the accumulation account section.

A check or draft given for all or any part of a premium, unless paid upon its presentation to the bank or person drawn on, shall not be considered as payment.

NP-WL-92

### GRACE PERIOD
A grace period of sixty-one (61) days will be allowed for the payment of each premium (except the initial premium) not paid on its due date. The policy will continue in full force during this period. If the insured dies during the grace period, the overdue premium will be deducted from the proceeds of the policy. The Company will send a written notice 30 days before the end of the grace period to the owner's last address shown in the Company's records and to any assignee of record if the premium is not previously paid.

### REINSTATEMENT
Within five (5) years after the due date of the first unpaid premium, this policy may be reinstated, provided the following conditions are satisfied. The policy must not have been previously surrendered. Evidence of insurability satisfactory to the Company must be submitted. All premiums due and unpaid plus interest compounded on each policy anniversary at a rate of 6% per year must be paid. Any unpaid debt that existed must be paid or reinstated, plus loan interest to the date of reinstatement.

6

BC-0062

The effective date of reinstatement of the policy will be the monthly anniversary day on or next following the day the Company approves the application for reinstatement.

The Incontestability section will apply if the policy has been in force for less than two years. If the policy has been in force for two years during the lifetime of the insured, the suicide exclusion will not apply and it will be contestable only as to statements made in the reinstatement application; and only for a period of two years from the effective date of reinstatement.

## DEATH BENEFIT PROVISION

**PROCEEDS**
Upon receipt of due proof that the insured died while this policy was in force, the Company will pay the death benefit to the beneficiary. The death benefit payable will be the greater of:

(a) the sum insured on the date of death, shown on a Policy Data Page, or

(b) the accumulation account on the date of death multiplied by the applicable percentage at the insured's attained age as shown in the Table of Minimum Death Benefits on a Policy Data Page

less:

(1) any debt; and

(2) any premium due and unpaid if the insured dies during the grace period. Debt consists of any unpaid loans plus accrued interest.

The amount determined under (b) above complies with the Cash Value Accumulation Test as defined in Section 7702 of the Internal Revenue Code. The Company reserves the right to amend this policy to comply with future changes in the Code or any regulations or rulings issued thereunder as they relate to the definition of "life insurance". A copy of such amendment will be provided to the owner.

## POLICY LOANS

**POLICY LOAN**
The owner may obtain a loan at any time while this policy is in force and on the sole security thereof.

**LOAN VALUE**
The loan value may not exceed the net cash value of the policy.

The Company may defer making a loan for not more than six months after application for the loan is made unless the loan is to pay premiums on policies with the Company.

**DEBT**
Debt means all existing loans on this policy plus earned interest which has either accrued or been added.

**LOAN INTEREST**
Loan interest will accrue from the date of each loan to the next policy anniversary date. Loan interest is payable in arrears at the end of each policy year. If interest is not paid when due, the amount of the interest will be added to the loan and bear interest on the same terms as the loan. The amount which may be borrowed is that amount which, with interest to the next policy anniversary, will equal the net cash value as of the next policy anniversary. A loan secured by this policy will bear interest at the rate of 6.5% per year.

**REPAYMENT**
A loan may be repaid at any time while this policy is in force. A loan that exists at the end of the grace period may not be repaid unless this policy is reinstated.

**TERMINATION OF POLICY**
At any time the total debt equals or exceeds the cash value, the policy will terminate without value.

At least 31 days before the date the policy terminates, the Company will send a notice of its intention to void the policy. Notice will be mailed to the last known addresses of the owner and of any assignee of record.

NP-WL-92

7

BC-0063

## ACCUMULATION ACCOUNT

**INTEREST CREDITS**

All premiums paid shall be credited to the accumulation account. On each monthly policy anniversary date, the applicable monthly deduction will be deducted from the accumulation account and the balance, if any, will be accumulated at interest, as described below.

The interest rate to be credited monthly to the unborrowed portion of the accumulation account, during each calendar quarter or portion thereof, shall be equal to the greater of (i) or (ii) where (i) seventy-five percent (75%) of the interest rate payable on the third business day immediately preceding each January 1, April 1, July 1, and October 1, by the Chemical Bank, New York, New York, or its successor(s) on three (3) month time certificates of deposit when the effective annual interest rate is below 16%; eighty percent (80%) of the interest rate payable by the Chemical Bank will be credited when the certificates of deposit effective annual interest rate is 16% or greater; and (ii) the monthly rate equivalent to an effective annual rate of 4%.

Interest in excess of the above rate may be credited to the accumulation account at the option of the Company.

Should the Chemical Bank or its successor(s) cease issuing three (3) month time certificates of deposit, the Company reserves the right to substitute the three month certificate of deposit interest rate of another national banking institution of the Company's choice. Such substitution shall be subject to approval by the insurance regulatory authority of the state of residence of the owner, if required.

That portion of the accumulation account equal to an outstanding policy loan balance will earn interest of 4% per year.

Premiums paid the Company will earn interest beginning on the first business day following the date of deposit of the premiums to the Company's account, but in no event later than the fifth business day immediately following receipt of such premiums at the Administrative Offices of the Company except for the first premium. The first premium will earn interest beginning on the first business day immediately following approval for the issuance of this policy unless the premium is paid later. In such case, the premium will be credited in the same manner for renewal premiums.

## OPTIONAL PREMIUM PAYMENT PROVISION

On any premium due date on or after the fifth policy anniversary the owner may elect in writing, prior to the end of the grace period to pay: an amount which is less than the premium then due on the policy. After such payment the amount remaining in the accumulation account must exceed the sum of: the then guaranteed cash value; plus the then applicable surrender charge; and any debt. An amount equal to the premium actually paid will be credited to the accumulation account.

## NONFORFEITURE PROVISION

**CASH VALUE**

The cash value on any date to which premiums have been paid is the value of the accumulation account less the surrender charge at that time, but not less than the guaranteed cash value as shown in the Table of Guaranteed Policy Values on a Policy Data Page. The net cash value is the cash value less any debt.

**GUARANTEED VALUES**

Any premium not paid before the end of the grace period will result in the premium being in default as of the premium due date. Except for Option B below, default will result in the termination of this policy. If this policy has a net cash value, as applicable, one of the options listed below may be elected by written request to the Company no later than three (3) months after the premium due date. If no election is made

within the election period, the automatic option will be Option B. The guaranteed policy values for these options are shown in the Table of Guaranteed Policy Values on a Policy Data Page.

(A) Cash
This option shall consist of the net cash value which will be the same as at the premium due date of this policy. The Company may defer paying the net cash value for not more than six (6) months after this option request is received.

(B) Continuation of Insurance
In the event any premiums (other than premiums for supplemental benefits provided by riders) are not paid before the end of the grace period, insurance coverage under this policy (excluding any supplemental benefits

NP-WL-92

8

BC-0064

provided by riders) will be continued in an amount equal to the proceeds of this policy. This insurance shall continue until the net cash value is insufficient to cover the monthly deduction. In no event will such insurance be continued for a term less than that which the net cash value on the due date of the unpaid premium would purchase when applied as a net single premium. Such period of continued insurance shall not extend beyond an insured's age 100. Any net cash value remaining will be refunded at that time to the owner, provided the insured is living.

The insurance provided under Option B may be surrendered at any time for its net cash value as of the surrender date.

### BASIS OF COMPUTATIONS

Guaranteed cash values are based on the Commissioners 1980 Standard Ordinary Mortality Table, Age Last Birthday with interest at 5% compounded yearly.

The nonforfeiture values for this policy are equal to or greater than those required by law. The nonforfeiture values are calculated in accordance with the Standard Nonforfeiture Value Method. A detailed statement of the method of computing values has been filed with the insurance supervisory official of the state in which the application for this policy was signed.

### SURRENDER CHARGE

Upon full surrender of this policy for its proceeds, a surrender charge will be imposed. Surrender charges for each policy year are located on a Policy Data Page. They are based upon the date to which premiums have been paid, except in the case of the exercise of Option B under the Nonforfeiture Provisions. In that case the surrender charge shall be based upon the date of such exercise.

### MONTHLY DEDUCTION

The monthly deduction for a policy month will be calculated as (a) plus (b) where:

(a) is the cost of insurance plus the cost of additional benefits provided by rider for the policy month; and

(b) is the monthly expense charges as shown on a Policy Data Page.

### MONTHLY COST OF INSURANCE

Effective as of each policy monthly anniversary date, the monthly cost of insurance shall be determined. Such cost of insurance is determined as the sum of:

(1) the net sum insured multiplied by the applicable monthly cost of insurance rate, and

(2) one-twelfth (1/12th) of the extra risk charge.

Net sum insured is defined as the death benefit less the value of the accumulation account at such policy monthly anniversary date.

### MONTHLY COST OF INSURANCE RATES

The following table shows the maximum rates for the monthly cost of insurance per each $1,000 of net sum insured. The Company reserves the right to adjust the monthly cost of insurance being charged on any policy anniversary by increasing or decreasing the rates for the monthly cost of insurance under this plan by giving written notice to all insureds not less than ninety days prior to the date of such change. Any such change shall be subject to approval by the insurance regulatory authority of the state of residence of the owner, if required. In no event can the rates for the monthly cost of insurance be increased to an amount greater than the rates for the attained age of the insured specified in this table. The monthly cost of insurance rates; and any change in the monthly cost of insurance as provided herein, are and will be determined on a uniform basis for insureds of the same age, sex and classification for all policies issued with like benefits and provisions. The premium required for any supplemental benefits provided by riders that may be included in this policy are not included in the monthly cost of insurance rates and will be shown on a Policy Data Page. The rates for any supplemental benefits will not be changed by the Company. A change in the monthly cost of insurance will not alter the guaranteed values shown in the Table of Guaranteed Policy Values on a Policy Data Page.

NP-WL-92

9

BC-0065

## GUARANTEED MAXIMUM MONTHLY MORTALITY CHARGE
### TABLE OF (MONTHLY) COST OF INSURANCE RATES

| Attained Age | Rate Per 1,000 Male | Rate Per 1,000 Female | Attained Age | Rate Per 1,000 Male | Rate Per 1,000 Female |
|---|---|---|---|---|---|
| 0 | .22 | .16 | 51 | .64 | .46 |
| 1 | .09 | .07 | 52 | .70 | .50 |
| 2 | .08 | .07 | 53 | .76 | .53 |
| 3 | .08 | .07 | 54 | .84 | .57 |
| 4 | .08 | .06 | 55 | .92 | .61 |
| 5 | .07 | .06 | 56 | 1.00 | .65 |
| 6 | .07 | .06 | 57 | 1.09 | .69 |
| 7 | .07 | .06 | 58 | 1.19 | .73 |
| 8 | .06 | .06 | 59 | 1.29 | .77 |
| 9 | .06 | .06 | 60 | 1.41 | .82 |
| 10 | .06 | .06 | 61 | 1.54 | .88 |
| 11 | .07 | .06 | 62 | 1.69 | .96 |
| 12 | .08 | .06 | 63 | 1.86 | 1.06 |
| 13 | .09 | .06 | 64 | 2.05 | 1.17 |
| 14 | .10 | .07 | 65 | 2.25 | 1.28 |
| 15 | .12 | .07 | 66 | 2.46 | 1.40 |
| 16 | .13 | .08 | 67 | 2.69 | 1.52 |
| 17 | .14 | .08 | 68 | 2.93 | 1.65 |
| 18 | .15 | .08 | 69 | 3.21 | 1.79 |
| 19 | .16 | .09 | 70 | 3.51 | 1.95 |
| 20 | .16 | .09 | 71 | 3.87 | 2.15 |
| 21 | .16 | .09 | 72 | 4.27 | 2.40 |
| 22 | .16 | .09 | 73 | 4.73 | 2.71 |
| 23 | .15 | .09 | 74 | 5.24 | 3.06 |
| 24 | .15 | .10 | 75 | 5.78 | 3.44 |
| 25 | .15 | .10 | 76 | 6.36 | 3.87 |
| 26 | .14 | .10 | 77 | 6.96 | 4.32 |
| 27 | .14 | .10 | 78 | 7.59 | 4.82 |
| 28 | .14 | .11 | 79 | 8.26 | 5.37 |
| 29 | .14 | .11 | 80 | 9.01 | 6.00 |
| 30 | .15 | .11 | 81 | 9.86 | 6.73 |
| 31 | .15 | .12 | 82 | 10.82 | 7.58 |
| 32 | .16 | .12 | 83 | 11.90 | 8.55 |
| 33 | .16 | .13 | 84 | 13.08 | 9.63 |
| 34 | .17 | .13 | 85 | 14.32 | 10.81 |
| 35 | .18 | .14 | 86 | 15.63 | 12.09 |
| 36 | .19 | .15 | 87 | 16.98 | 13.47 |
| 37 | .21 | .16 | 88 | 18.38 | 14.95 |
| 38 | .22 | .18 | 89 | 19.83 | 16.56 |
| 39 | .24 | .19 | 90 | 21.38 | 18.31 |
| 40 | .26 | .21 | 91 | 23.05 | 20.25 |
| 41 | .29 | .23 | 92 | 24.94 | 22.47 |
| 42 | .31 | .25 | 93 | 27.24 | 25.16 |
| 43 | .34 | .27 | 94 | 30.45 | 28.74 |
| 44 | .37 | .29 | 95 | 35.49 | 34.16 |
| 45 | .40 | .31 | 96 | 44.52 | 43.54 |
| 46 | .43 | .33 | 97 | 62.83 | 62.19 |
| 47 | .46 | .35 | 98 | 83.33 | 83.33 |
| 48 | .50 | .37 | 99 | 83.33 | 83.33 |
| 49 | .54 | .40 | | | |
| 50 | .59 | .43 | | | |

Attained age is age last birthday.
The above rates are based upon the Commissioner's 1980 Standard Ordinary Mortality Table.
NP-WL-92

BC-0066

## SETTLEMENT OPTIONS PROVISION

### ELECTION OF OPTIONS
Any amount payable at the death of the insured or any other termination of the policy will be paid in one sum unless otherwise provided. All or part of this sum may be applied to any settlement option.

Payment under a combination of options, or payment to joint or successive payees, or payment to a beneficiary that is not a natural person may be elected only with the consent of the Company.

Any election must be made in writing to the Company. The Company may require the policy for endorsement.

### Election By Owner
During the lifetime of the insured, the owner may elect to have the proceeds paid under one of the following options.

### Election by Beneficiary
At the time proceeds are payable to the beneficiary, the beneficiary may elect one of the payment options if proceeds are available to the beneficiary in a lump sum. The beneficiary has 12 months after payment becomes due to elect one of the following options.

### PAYMENTS
Payments will be made monthly unless otherwise elected.

The Company has the right to change the frequency of payments in order to make a periodic payment of at least $25.

The option date under Options 1, 2 and 3 is the date the proceeds are payable, or the date of election, whichever is later.

Under Option 3, proof of the age of the payee will be required at the time the first payment is due. The Company reserves the right to require proof that the payee is alive at the time of each payment.

### CHANGE IN PAYMENTS
Partial withdrawal under Options 1 and 2 may not be made.

All payments under Options 1 and 2 may be paid in one sum only with the consent of the Company. The value of any one sum payment will be the sum of any remaining guaranteed payments discounted at an interest rate of not less than 3% compounded annually.

Payments under Option 3 will be commuted only in the event of death of the payee. Any payments that remain to be paid under Option 3 at the death of the payee will be paid in one sum. The value of the one sum payment will be the sum of the remaining guaranteed payments, discounted at an interest rate of not less than 3% compounded annually.

In the event additional interest is applicable to payments under Option 1, 2 or 3, any such payments, if paid in one sum, shall be discounted at an interest rate equal to that actually credited.

### WITHDRAWAL
The minimum proceeds that may be applied under Option 4 or 5 is $1,000. The payee does not have the right to withdraw any portion of the proceeds under Option 4. The minimum proceeds that may be applied or may remain after a withdrawal under Option 5 is $1,000. The minimum amount that may be withdrawn is $1,000. Proceeds less than this amount will be paid in a lump sum to the payee.

The Company may postpone payment of any amount to be withdrawn for not more than six (6) months from the date the written request for withdrawal is received in the Company's Administrative Office.

### ASSIGNMENT
The proceeds payable under one of these options may not be assigned.

### CLAIMS OF CREDITS
To the extent permitted by law, proceeds will not be subject to any claims of a payee's creditors.

### ADDITIONAL INTEREST
Additional interest, if any, paid over the guaranteed 3%, will be in an amount and by a method determined by the Company.

**OPTION 1. EQUAL PAYMENTS FOR A GUARANTEED PERIOD**

Equal monthly payments for the number of years elected, not to exceed 25 years. Payments will begin on the option date.

Guaranteed Minimum Monthly Payment for each $1,000 of net proceeds

| Period Income Is Payable (Years) | Monthly Income | Period Income Is Payable (Years) | Monthly Income |
|---|---|---|---|
| 1 | $84.47 | 14 | $7.26 |
| 2 | 42.86 | 15 | 6.87 |
| 3 | 28.99 | 16 | 6.53 |
| 4 | 22.06 | 17 | 6.23 |
| 5 | 17.91 | 18 | 5.96 |
| 6 | 15.14 | 19 | 5.73 |
| 7 | 13.16 | 20 | 5.51 |
| 8 | 11.68 | 21 | 5.32 |
| 9 | 10.53 | 22 | 5.15 |
| 10 | 9.61 | 23 | 4.99 |
| 11 | 8.86 | 24 | 4.84 |
| 12 | 8.24 | 25 | 4.71 |
| 13 | 7.71 | | |

**OPTION 2. EQUAL PAYMENTS OF A SPECIFIED AMOUNT**

Equal monthly payments of at least $4.71 per month for each $1,000 of proceeds. Payments will begin on the option date and will continue until the proceeds and interest at the rate of 3% compounded annually are exhausted.

**OPTION 3. EQUAL PAYMENTS FOR LIFE**

Equal monthly payments for a guaranteed period of 10, 15 or 20 years as elected for life thereafter as shown in the table below.

**OPTION 4. PROCEEDS LEFT AT INTEREST - WITHDRAWALS NOT ALLOWED**

The proceeds may be left with the Company for a period of 1 to 25 years. Interest on the proceeds will be paid at the rate of 3% compounded annually. The interest may be left with the Company to accumulate or be paid at the following rate for each $1,000 of net proceeds:

1. Annually $30.00.
2. Semiannually $14.89.
3. Quarterly $7.42.
4. Monthly $2.47.

At the end of the period selected, the proceeds with accrued interest will be paid in one sum unless otherwise provided in the election.

**OPTION 5. PROCEEDS LEFT AT INTEREST - WITHDRAWALS ALLOWED**

The proceeds may be left with the Company for a period of 1 to 25 years. Interest on the proceeds will be paid at the rate of 3% compounded annually. The interest may be left with the Company to accumulate or be paid at the following rate for each $1,000 of net proceeds.

1. Annually $30.00.
2. Semiannually $14.89.
3. Quarterly $7.42.
4. Monthly $2.47.

The payee may withdraw portions of the proceeds by request in writing to the Company. At the end of the specified period, any remaining proceeds with accrued interest will be paid in one sum.

NP-WL-92

BC-0068

OPTION 3
Amount of each monthly installment per $1,000 net proceeds.

| Age of Payee* Male | Age of Payee* Female | Monthly Income for Life with Guaranteed Period of: 10 Years | 15 Years | 20 Years | Age of Payee* Male | Age of Payee* Female | Monthly Income for Life with Guaranteed Period of: 10 Years | 15 Years | 20 Years |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 10 | $2.83 | $2.83 | $2.83 | 44 | 48 | $4.00 | $3.97 | $3.92 |
| 7 | 11 | 2.84 | 2.84 | 2.84 | 45 | 49 | 4.07 | 4.03 | 3.97 |
| 8 | 12 | 2.86 | 2.86 | 2.86 | 46 | 50 | 4.14 | 4.10 | 4.03 |
| 9 | 13 | 2.87 | 2.87 | 2.87 | 47 | 51 | 4.21 | 4.16 | 4.09 |
| 10 | 14 | 2.89 | 2.89 | 2.89 | 48 | 52 | 4.29 | 4.23 | 4.15 |
| 11 | 15 | 2.90 | 2.90 | 2.90 | 49 | 53 | 4.37 | 4.31 | 4.21 |
| 12 | 16 | 2.92 | 2.92 | 2.92 | 50 | 54 | 4.45 | 4.38 | 4.28 |
| 13 | 17 | 2.93 | 2.93 | 2.93 | 51 | 55 | 4.54 | 4.46 | 4.34 |
| 14 | 18 | 2.95 | 2.95 | 2.95 | 52 | 56 | 4.64 | 4.55 | 4.41 |
| 15 | 19 | 2.97 | 2.97 | 2.97 | 53 | 57 | 4.74 | 4.63 | 4.48 |
| 16 | 20 | 2.99 | 2.99 | 2.99 | 54 | 58 | 4.84 | 4.72 | 4.55 |
| 17 | 21 | 3.00 | 3.00 | 3.00 | 55 | 59 | 4.96 | 4.82 | 4.61 |
| 18 | 22 | 3.02 | 3.02 | 3.02 | 56 | 60 | 5.07 | 4.91 | 4.68 |
| 19 | 23 | 3.04 | 3.04 | 3.04 | 57 | 61 | 5.19 | 5.01 | 4.75 |
| 20 | 24 | 3.07 | 3.06 | 3.06 | 58 | 62 | 5.32 | 5.11 | 4.82 |
| 21 | 25 | 3.09 | 3.09 | 3.08 | 59 | 63 | 5.45 | 5.21 | 4.89 |
| 22 | 26 | 3.11 | 3.11 | 3.11 | 60 | 64 | 5.59 | 5.32 | 4.95 |
| 23 | 27 | 3.13 | 3.13 | 3.13 | 61 | 65 | 5.74 | 5.42 | 5.02 |
| 24 | 28 | 3.16 | 3.16 | 3.15 | 62 | 66 | 5.89 | 5.53 | 5.08 |
| 25 | 29 | 3.19 | 3.18 | 3.18 | 63 | 67 | 6.05 | 5.64 | 5.13 |
| 26 | 30 | 3.22 | 3.21 | 3.21 | 64 | 68 | 6.22 | 5.75 | 5.19 |
| 27 | 31 | 3.24 | 3.24 | 3.23 | 65 | 69 | 6.39 | 5.85 | 5.24 |
| 28 | 32 | 3.27 | 3.27 | 3.26 | 66 | 70 | 6.56 | 5.95 | 5.28 |
| 29 | 33 | 3.30 | 3.30 | 3.29 | 67 | 71 | 6.75 | 6.05 | 5.32 |
| 30 | 34 | 3.34 | 3.33 | 3.32 | 68 | 72 | 6.93 | 6.15 | 5.36 |
| 31 | 35 | 3.37 | 3.37 | 3.36 | 69 | 73 | 7.12 | 6.25 | 5.39 |
| 32 | 36 | 3.41 | 3.40 | 3.39 | 70 | 74 | 7.31 | 6.33 | 5.42 |
| 33 | 37 | 3.44 | 3.44 | 3.42 | 71 | 75 | 7.51 | 6.42 | 5.44 |
| 34 | 38 | 3.48 | 3.48 | 3.46 | 72 | 76 | 7.70 | 6.49 | 5.46 |
| 35 | 39 | 3.52 | 3.51 | 3.50 | 73 | 77 | 7.89 | 6.56 | 5.48 |
| 36 | 40 | 3.57 | 3.56 | 3.54 | 74 | 78 | 8.08 | 6.62 | 5.49 |
| 37 | 41 | 3.61 | 3.60 | 3.58 | 75 | 79 | 8.26 | 6.67 | 5.49 |
| 38 | 42 | 3.66 | 3.65 | 3.62 | 76 | 80 | 8.43 | 6.71 | 5.50 |
| 39 | 43 | 3.71 | 3.70 | 3.67 | 77 | 81 | 8.60 | 6.75 | 5.51 |
| 40 | 44 | 3.76 | 3.75 | 3.71 | 78 | 82 | 8.76 | 6.78 | 5.51 |
| 41 | 45 | 3.82 | 3.80 | 3.76 | 79 | 83 | 8.90 | 6.81 | 5.51 |
| 42 | 46 | 3.87 | 3.85 | 3.81 | 80 | 84 | 9.02 | 6.83 | 5.51 |
| 43 | 47 | 3.94 | 3.91 | 3.87 | | | | | |

*Age on the birthday coinciding with or next preceding the due date of the first installment. Ages not illustrated are available upon request.

NP-WL-92

BC-0069

## GENERAL PROVISIONS

### ENTIRE CONTRACT
This policy, including any attached riders and the attached copy of the application are the entire contract.

This policy cannot be changed or any of its provisions waived, including any extension of time to pay premiums, except by the President, a Vice President, Secretary or Assistant Secretary.

All statements made in an application are assumed, in the absence of fraud, to be representations and not warranties. No statement will be used to void this policy or defend against a claim unless it is contained in the application or a supplemental application.

Any changes, modifications, or waivers must be in writing. No agent has authority to waive a complete answer to any question on the application, pass on insurability, make or alter any contract or waive any of the Company's other rights or requirements.

### INCONTESTABILITY
This policy will be incontestable, in the absence of fraud, after it has been in force during the lifetime of the insured for two (2) years from the date of issue except for nonpayment of premiums.

### PROCEEDS
Proceeds means the amount payable on the maturity date, or the surrender of this policy prior to the maturity date, or upon the death of the insured.

The proceeds payable on death will be the death benefit. If the policy is surrendered the proceeds will be the net cash value. On the maturity date the proceeds will be the cash value less any debt.

### PAYMENT OF PROCEEDS
The proceeds are subject first to any debt to the Company and then to the interest of any assignee of record. Payments to satisfy any debt to the Company and any assignee will be paid in one sum.

### PREMIUM CLASS
The insured's premium class is shown on a Policy Data Page.

### AGE
Age means age last birthday.

### ERROR IN AGE OR SEX
If the age or sex of the insured has been misstated, any guaranteed benefits under this policy will be those which the premium paid would have purchased for the correct age and sex. The sum insured shall be that which would be purchased by the most recent mortality charge at the correct age or sex.

### SUICIDE EXCLUSION
If the insured commits suicide while sane or insane within two years after the date of issue, the amount payable by the Company will be limited to the premiums paid prior to the insured's death less any debt.

### ELECTIONS, DESIGNATIONS, CHANGES AND REQUESTS
All elections, designations, changes and requests must be in a written form satisfactory to the Company and become effective when received and approved by the Company at its Administrative Offices.

### NONPARTICIPATING
This is a nonparticipating policy. This policy will not share in any of the Company's profits or surplus earnings. Any premium or factor changes are determined and redetermined prospectively. The Company will not recoup prior losses, if any, by means of premium or factor changes.

### MATURITY DATE
The maturity date is the policy anniversary on or next following the insured's 100th birthday while the policy is in force. It is the date on which the insurance coverage will terminate, no more premiums may be paid, and the cash value less debt will be paid to the owner.

### ANNUAL REPORT
At least once a year, the Company will send the owner a report which shows the death benefit, premiums paid, expense charges, interest credited, mortality charges, outstanding loans, current cash value, net cash value and all charges since the last report.

NP-WL-92

BC-0070

## PROJECTION OF BENEFITS AND VALUES

The Company will provide a projection of future death benefits and the value of the accumulation account at any time upon written request and payment of a service fee. The fee payable will be the one then in effect for this service. The projection will be based on:

1. assumptions as to specified amounts, type of coverage option and future premium payments as may be specified by the owner, and

2. such other assumptions as are necessary and specified by the Company and/or the owner.

## EFFECTIVE DATE OF COVERAGE

The effective date of coverage under this policy is the date of issue shown on a Policy Data Page subject to the provisions of this policy.

## TERMINATION OF POLICY

This policy will terminate when any one of the following events occur:

1. The owner requests that coverage terminate;

2. The insured dies;

3. The policy is without value when the grace period ends without payment of a premium;

4. The benefits under the Nonforfeiture provision expire;

5. The total debt equals or exceeds the cash value; or,

6. The policy matures.

## POLICY DATE

Policy years and policy anniversaries are computed from the date of issue of the policy.

The policy date of issue is the effective date for all coverage provided in the original application.
NP-WL-92

15
BC-0071

## MASSACHUSETTS GENERAL LIFE Insurance Company

Boston, Massachusetts

### ADDITIONAL INTEREST CREDITS RIDER

This rider is a part of the Policy to which it is attached. No premium is charged for this rider. The date of this rider is the date of issue of the Policy.

**ADDITIONAL INTEREST CREDITS**
Interest in addition to the currently declared interest rate will be credited to the accumulation account of the policy, in the amounts and at the times stated below, if the conditions stated below are met.

If the policy is in force at the end of the policy years ten (10), fifteen (15), seventeen (17), eighteen (18), nineteen (19), and twenty (20), the owner will qualify for additional annual interest credits.

When the owner qualifies for additional annual interest credits, the Company will recalculate the value of the accumulation account by crediting the additional interest from the date of issue of this policy. Additional interest will be added to the accumulation account at the end of the tenth policy year and at the end of each monthly policy anniversary thereafter while the policy is in force.

The amount of additional interest credits to be applied is as follows:

| End of Year | Additional Annual Interest Percent |
|---|---|
| 10 | .250% |
| 15 | .250% |
| 17 | .125% |
| 18 | .125% |
| 19 | .125% |
| 20 | .125% |

Qualification for additional interest credits under this rider will not be affected if the policy lapses, provided the requirements are met for reinstatement of the policy.

*Robert P. H. Esperance*
Secretary

AICR-86

BC-0072