UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| WILLIAM JEFFREY BURNETT, et al., individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **CLASS ACTION** |
| v. | ) ) | Cause No. 1:18-cv-00200-JPH-DML |
| CONSECO LIFE INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF MARK BROWNE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

## I.  INTRODUCTION

1.　　　My name is Mark Browne. I currently hold the Department Chair and the Robert Clements Distinguished Chair in the Maurice R. Greenberg School of Risk Management and Insurance of the Tobin College of Business at St. John's University. I have over 30 years of experience working in risk management and insurance. My experience includes analysis of mortality-based products, life insurance, and related damages calculations. My education and work background are summarized on my CV, a copy of which is attached as Appendix A. My current rate for professional services in this case is $700 per hour. I have been assisted in this matter by personnel at Christensen Associates working under my direction. Christensen Associates has been compensated for the work of its staff at rates ranging from $70 to $335 per hour. Neither my compensation nor that of Christensen Associates is dependent on the outcome of this litigation.

2.      I have been retained by Plaintiffs' counsel in the above-captioned matter, in part to calculate the alleged damages to the proposed class and to calculate the amounts of the Initial Distribution pursuant to the Class Action Settlement Agreement and Release between Plaintiffs and Conseco Life Insurance Company (the "Agreement").[1] My analyses may be subject to change, and my opinions are based on the information available to me at this time. If additional information becomes available, I reserve the right to consider its effects on my opinions at that time.

## II. BACKGROUND

3.      I understand that Plaintiffs formerly owned life insurance policies that are generally identified as LifeTrend 3 or LifeTrend 4 policies. The policies generally provide a death benefit and accumulate a cash value that can be withdrawn. The cash value can also be borrowed against under certain conditions.

4.      Between 1978 and 1996, the LifeTrend policies were designed, sold, and administered by Massachusetts General Life Insurance Company ("MGL") and Philadelphia Life Insurance Company ("PLI"). In 1996, Conseco, Inc. acquired those companies along with their parent company, Life Partners Group. After being acquired by Conseco, MGL and PLI continued to sell the LifeTrend products through 1997. MGL was renamed Conseco Life in 1997, and PLI was merged into Conseco Life in 1998. Conseco Life then administered the LifeTrend policies as a subsidiary of Conseco, Inc. for many years. In 2014, Conseco Life was acquired by Wilton Reassurance Company.

---

[1] Capitalized terms used in this declaration have the meaning ascribed to them in the Agreement.

5.      The LifeTrend policies contain a provision called the Optional Premium Payment provision ("OPP Provision"), which requires policyholders to pay high premiums in the early years of their policies in exchange for the opportunity to reduce or eliminate premium payments in later years. The majority of LifeTrend policyholders had entirely stopped paying premiums within six years of policy inception.

6.      The LifeTrend policies also permitted Conseco Life to deduct cost of insurance charges from the policyholders' accumulation accounts. However, Conseco Life's documents demonstrate that its LifeTrend policies were priced with the expectation that the cost of insurance charges would go to zero after the eighth anniversary date of the policy. Conseco Life did in fact reduce the cost of insurance charges to zero after the eighth policy year.

7.      In October 2008, Conseco Life sent Plaintiffs a form letter (the "October 2008 Notice") announcing that, going forward, it would be deducting additional cost of insurance charges and expense charges. Many policyholders were also told their policies were substantially underfunded and that "shortfall" premium payments were required.

8.      In May 2010, there was a Regulatory Settlement Agreement ("RSA") between Conseco Life and a number of state insurance regulators relating to issues raised by the October 2008 Notice. The RSA permitted Conseco to begin imposing cost of insurance charges and imposed timing limits on the increase in those charges. The new cost of insurance charges were implemented in October 2010. They were based on a financial model developed by Milliman, Conseco's actuarial consultant. I understand that Milliman's analysis was designed to enable Conseco Life to achieve a "break-even" result for the LifeTrend policies from September 30, 2008, forward.

9.      I understand that Plaintiffs contend the changes Conseco Life made to the cost of insurance and expense charges violate the terms of the LifeTrend policies. I also understand that Plaintiffs contend that Conseco Life wrongfully induced thousands of LifeTrend policyholders to surrender their policies as a result of the October 2008 Notice and the ensuing changes to the administration of the policies. I also understand that Conseco Life contests those allegations. I understand these contentions are the subject of the above-captioned suit.

10.      I understand that Conseco Life used a database platform known as CK-4 to administer the LifeTrend Policies. I primarily relied on extracts of data from CK-4 to conduct my analyses of alleged damages and to calculate the Initial Distribution amounts.

11.      I understand that Plaintiffs and Conseco Life have entered into the Agreement to settle the disputes between them in the above-captioned suit.

## III.  THE CLASS POLICIES

12.      I understand that "Class Policy", for purposes of the Agreement, means each LifeTrend 3 Policy and LifeTrend 4 Policy that was surrendered or lapsed on or after October 1, 2008 and before June 30, 2013, and was not included in the class in the Brady Class Settlement.

13.      To determine which policies are included in the class for the purposes of the Initial Distribution, I rely on the list of policies found in the document produced by Conseco Life that bears the Bates label CLIC 0904482.xlsx. That document, which I received on March 20, 2014, appears to be a redacted data extract from the CK-4 database system. My calculation of Initial Distribution amounts includes the 4,508 policies listed in this document.

14.      Conseco represented that there were approximately 12,115 LifeTrend 3 and LifeTrend 4 policies in force as of October 2008 (e.g., see CLIC 0032103). The proposed class of 4,508 policies represents 37% of that total number.

15.     Some members of the proposed class, including named plaintiff William Burnett, owned more than one policy. Using information from CLIC 0904482.xlsx and CLIC 0765229.txt,[2] I did the following to determine the number of distinct owners of the 4,508 class policies. First, I rely on social security number ("SSN") information to group policies by common owner, whenever this information is available. Next, I use name, address, and birth date information to corroborate these results and further consolidate groups if necessary. This process identifies 3,506 distinct policy owners. Finally, for policies without SSN information, I rely on name, address, and birth date information to identify additional distinct policy owners. This step identifies an additional 160 distinct policy owners. In total, I determined there are 3,666 members of the proposed class.

## IV.  SHOCK LAPSE

16.     Following the announcement of the changes to the administration of the LifeTrend policies, thousands of LifeTrend policyholders surrendered their policies or let them lapse. Conseco anticipated this outcome, which Conseco referred to as "shock lapse." Based on CK-4 data provided by Conseco Life, only 27, or fewer, of the LifeTrend 3 and LifeTrend 4 policies were surrendered or allowed to lapse during the nine-month period prior to the October 2008 Notice, when Conseco was calculating OPP provision eligibility using a guaranteed cash value of zero and was not deducting cost of insurance charges, resulting in an annualized lapse rate of 0.3% or less.

---

[2] CLIC 0765229.txt, which I received on May 17, 2012, appears to be a data extract from Conseco's CK-4 system.

17.     Conseco documents show that Conseco anticipated that the changes to the administration of the policies would result in 25% of policyholders surrendering their policies or letting them lapse. Sometime after the October 2008 Notice, Conseco realized that this shock lapse assumption was too low, and the actual shock lapse would be higher than 25%. The Milliman RSA Model assumed a 35% shock lapse.

18.     In the three years following the October 2008 Notice, approximately 34% of the LifeTrend 3 and LifeTrend 4 policies were surrendered or allowed to lapse.  (This number is lower than the estimate contained in my September 19, 2019 declaration because the definition of the Class has changed.)

## V.  ALLEGED DAMAGES ANALYSES

19.     Damages to former LifeTrend policyholders can be evaluated using a "but-for" analysis methodology. In the but-for world, I assume that Conseco Life does not implement most of the changes it announced in the October 2008 Notice. Specifically, Conseco Life does not increase cost of insurance charges in the but-for world, nor does it change the way it administers the OPP Provision (i.e., no "shortfall" premium payments are demanded). A but-for analysis computes the value of the net benefits policyholders lost as a result of Conseco Life's actions and compares this to the net benefits they actually received when they surrendered their polices. The but-for net benefits reflect the intrinsic value of the policy that was lost, which can be expressed as a net present value ("NPV") of the policy's expected future cash flows. This is a common approach for valuing whole life insurance policies. I understand that the Milliman financial model, which was developed in the context of regulatory settlement negotiations, used such an approach to value the LifeTrend business under a range of scenarios. Generally, such an approach will generate a value for each policy that is less than the policy's face amount.

20.     I have conducted a preliminary damages analysis using this approach.[3] This analysis computes the NPV of expected future cash flows for each policyholder in the but-for world. Expected future cash payments from Conseco Life to the policyholder include the payment of the policy's face amount in the event the policyholder dies, as well as the payment of the surrender value in the event the policyholder surrenders. These events can be modeled based on expected mortality rates and lapse rates. Expected future cash payments from the policyholder to Conseco Life include premium payments, which can be modeled based on policyholders' premium payment behavior prior to the October 2008 Notice. The assumptions I have used for my analysis are based on LifeTrend policy data and actuarial assumptions used by Conseco Life in the 2008 timeframe.[4] Based on this analysis, Class Members incurred damages of $75.3 million, prior to the application of prejudgment interest.[5] Adding prejudgment interest of 5.75%

---

[3] *See* Declaration of Mark Browne in Support of Plaintiffs' Opposition to CNO Defendants' Motion to Dismiss, January 26, 2015.

[4] Key model assumptions are summarized below:

Mortality rates: Lewis & Ellis 1986 mortality tables adjusted for Conseco Life experience.

Lapse rates: conservative estimate of 0.3% per year based on annualized pre-Notice lapses from January to September 2008 as recorded in the CK-4 data.

Cost of insurance rates: $0 after policy year 8, consistent with pre-Notice policy administration.

Fixed expense charges: $5/month for all policies.

Discount factor: 5.75%, consistent with Milliman's "break-even analysis" used to establish cost of insurance rates for the RSA.

Credited interest rates: policy minimums of 3.5-4.5%, plus persistency bonuses up to 1%.

Premium payments: $0 if no payment in two years prior to Notice; otherwise, average of pre-Notice payments after policy year 8. Policyholders become "minimum funders" if necessary to maintain policies in force.

Loans: paid off with deduction from account value in September 2008, with face values also reduced by loan amount.

[5] Based on this analysis, named plaintiffs William Burnett and Joe Camp incurred damages of $49,813 and $129,198, respectively.

(the discount rate used to compute the present value of future payments), the damages amount to $129.3 million as of the end of August 2019.[6]

21.     My analysis uses a discount rate and a prejudgment interest rate of 5.75% to estimate damages in present value terms. This is the same rate assumed in the Milliman RSA Model, which was used to establish cost of insurance rates for the RSA.

22.     Based on the calculations discussed above, without including prejudgment interest, the surrenders of approximately 1,120 policies resulted in damages of less than $1,000.

23.     Based on the calculations discussed above, without including prejudgment interest, the surrenders of approximately 2,612 policies resulted in damages of less than $10,000.

24.     Based on the calculations discussed above, without including prejudgment interest, the surrenders of approximately 101 policies resulted in damages of more than $100,000.

## VI.  INITIAL DISTRIBUTION CALCULATION

25.     Plaintiffs' counsel has asked me to assist in the calculation of Initial Distribution amounts, as defined in the Agreement. I understand that the Initial Net Settlement Fund to be distributed is $16,700,000. I further understand that one percent of this fund ($167,000) is to be withheld from the Initial Distribution to cover unforeseen payment errors that may occur. This

---

[6] An alternative measure of damages shows that my method of calculating damages produces conservative results. I also considered an analysis Conseco performed in response to a regulatory request, in which Conseco estimated what it would cost to convert each LifeTrend policy to a fully paid-up policy. Conseco's cost estimate applied to the current Class Members provides a reasonable higher-end estimate of the damages Class Members incurred by surrendering their policies, because the LifeTrend policies were substantially comparable to fully paid-up policies at the time of the October 2008 Notice. Due to the combination of the LifeTrend policies' OPP provision and Conseco's reducing cost of insurance and expense charges to zero after eight policy years, LifeTrend policyholders generally should have expected to be able to carry their policies to maturity without additional premium payments. Based on this estimate, class members incurred damages even higher than those stated above.

leaves an amount of $16,533,000 to be distributed to Class Members. On the distribution of these funds, I understand that Class Members are to receive no less than $500 for each Class Policy they owned.

26.     To calculate the Initial Distribution amounts, I use the damages analysis discussed above, which estimates damages at the individual policy level. Based on the results of this analysis, I compute Initial Distribution amounts such that payments are distributed proportionally to the damages attributable to each policy, subject to a payout minimum of $500. CK-4 data was incomplete for 11 of the 4,508 policies and I attributed the payout minimum to those 11 policies.

27.     The results of these calculations are found in Exhibit 3 to the Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2020.

_____
Mark J. Browne

# Appendix A

**MARK JOSEPH BROWNE**
**Robert Clements Distinguished Chair in Risk Management and Insurance**

December 4, 2019

**OFFICE ADDRESS**                                                    **HOME ADDRESS**

School of Risk Management                                            191 Villard Avenue
Tobin College of Business                                            Hastings-on-Hudson, NY 10706
St. John's University                                                608-334-5514
101 Astor Place, Suite 215
New York, New York  10003
email:   brownem1@stjohns.edu
phone:   212-277-5175

**ACADEMIC SUMMARY**

**Ph.D.**          University of Pennsylvania, 1989.
                Major Area:      Risk Management and Insurance (The Wharton School)
                Minor Area:      Economics, Statistics
                Dissertation Title: "Evidence of Adverse Selection in the Individual Health Insurance
                                 Market"

**M.A.**          University of Pennsylvania, 1986.
                Major Area:      Risk Management and Insurance

**B.S.**          University of Pennsylvania, 1981.
**Economics**    Major Area:      Risk Management and Insurance

**ACADEMIC EXPERIENCE**

<u>Primary Appointment</u>

September, 2013 – present       Department Chair, School of Risk Management
                               Tobin College of Business, St. John's University
                               And *Robert Clements Distinguished Chair in Insurance*

June, 2001 – August, 2013       Professor of Risk Management and Insurance,
                               School of Business

August, 2010 – Dec. 2012        Dept Chair, Actuarial Science, Risk Management, and Insurance
                               School of Business, University of Wisconsin - Madison

January, 2005 – May, 2007       Associate Dean of Undergraduate Programs, School of Business
                               University of Wisconsin - Madison

June, 2001 – August 2006        Dept Chair, Actuarial Science, Risk Management, and Insurance
                               School of Business, University of Wisconsin - Madison

June, 1995 – June, 2001         Associate Professor of Risk Management and Insurance
                               School of Business, University of Wisconsin-Madison

| August, 1992 - June, 1995 | Assistant Professor of Risk Management and Insurance School of Business, University of Wisconsin-Madison |
| January, 1988 - July, 1992 | Assistant Professor of Risk Management and Insurance The University of Georgia |
| Summer 1986, 1987 | Health Economics Lecturer, Rutgers University – Camden |

Secondary Appointments

Associate Member, Munich Risk and Insurance Center,
Ludwig Maximilians Universitat (Munich, Germany)

Board Member, International Research Advisory Board, Risk and Insurance Research Center,
National Chengchi University (Taipei, Taiwan)

Member of the Board of Directors, Mitsui Sumitomo Marine Management

**SPECIAL HONORS AND AWARDS**

Huebner Foundation Fellowship, 1983-1987.
CPCU - Harry J. Loman Foundation Award, 1991.
International Insurance Society, Research Award, 1997.
Beta Gamma Sigma Dean's Award for Teaching Excellence, 2000.
Larsen Award for Teaching Excellence, 2002.
Vilas Research Fellow, 2000 – 2002.
Shin Research Award, International Insurance Society, 2000, 2002, 2004.
ARIA Award for Teaching Excellence, American Risk and Insurance Association, 2008
Erskine Fellowship, University of Canterbury (Christchurch, NZ) – 2012

**PUBLICATIONS**

**Journal Articles**

Mark J. Browne and James S. Trieschmann, "Salary and Benefit Compensation at American Research Universities," *Journal of Risk and Insurance,* September 1991, Vol. 58, No. 3, 513-524.

Mark J. Browne, "Evidence of Adverse Selection in the Individual Health Insurance Market," *Journal of Risk and Insurance*, March 1992, Vol. 59, No. 1, 13-33.

Mark J. Browne, "State Restrictions on Health Insurance Underwriting Criteria: The Effect on the Uninsured Population," *Journal of Insurance Regulation*, Summer 1992, Vol. 10, No. 4, 585-597.

Mark J. Browne and Robert Hoyt, "Excess Returns and the Underwriting Cycle in the Property-Liability Insurance Market," *Journal of Insurance Regulation*, Fall 1992, Vol. 11, No. 1, 67-78.

Mark J. Browne and Helen Doerpinghaus, "Information Asymmetries and Adverse Selection in the Market for Individual Medical Expense Insurance," *Journal of Risk and Insurance*, June, 1993, Vol. 60, No. 2, 300-312.

Mark J. Browne and Kihong Kim, "An International Analysis of Life Insurance Demand," *Journal of Risk and Insurance,* December, 1993, Vol. 60, No. 4, 616-634.

Mark J. Browne, "The Definition of Insurance: Implications for a Health Insurance Demand Model," *Journal of Actuarial Practice,* 1993, Vol. 1, No. 2, 71-95.

Han Duck Lee, Mark J. Browne and Joan T. Schmit, "How Does Joint and Several Tort Reform Affect the Rate of Tort Filings? Evidence from the State Courts," *Journal of Risk and Insurance,* June 1994, Vol. 61, No. 2, 295-316.

Mark J. Browne and Robert E. Hoyt, "Economic and Market Predictors of Insolvencies in the Property-Liability Insurance Industry," *Journal of Risk and Insurance,* June 1995, Vol. 62, No. 2, 309-327.

Mark J. Browne and Helen Doerpinghaus, "Asymmetric Information and the Demand for Medigap Insurance," *Inquiry,* Winter 1994/95, Vol. 31, No. 4, 445-450.

Mark J. Browne and Robert Puelz, "Statutory Rules, Attorney Involvement, and Automobile Liability Claims," *Journal of Risk and Insurance,* March 1996, Vol. 63, No. 1, 77-94.

Dan R. Anderson and Mark J. Browne, "Managed Care in Workers Compensation," *CPCU Journal*, Fall 1996, Vol. 49, No. 3, 22-39.

Mark J. Browne, "Health Insurance for the 'Uninsurable': State High Risk Pools," *Journal of Insurance Regulation,* Summer 1997, Vol. 15, No. 4, 524-539.

Joan T. Schmit, Mark J. Browne and Han Duck Lee, "The Effect of State Tort Reforms on Claim Filings," *Risk Management and Insurance Review,* Summer 1997, Vol. 1, No. 1, 1-17.

Virginia R. Young and Mark J. Browne, "Explaining Insurance Policy Provisions via Adverse Selection," *The Geneva Papers on Risk and Insurance Theory,* 1997, Vol. 22, 121-134.

Mark J. Browne and Brenda P. Wells, "Claims Adjudication in the Personal Automobile Insurance Residual Market," *The Journal of Risk and Insurance,* June 1999, Vol. 66, No. 2, 275-290.

Mark J. Browne and Robert Puelz, "The Effect of Legal Rules on the Value of Economic and Non-Economic Damages and the Decision to File," *Journal of Risk and Uncertainty,* 1999, 18:2, 189-213.

Mark J. Browne, James C. Carson, and Robert E. Hoyt, "Economic and Market Predictors of Insolvencies in the Life-Health Insurance Industry," *Journal of Risk and Insurance,* 1999, 66:4, 643-659.

Mark J. Browne, Jaewook Chung, and Edward W. Frees, "International Property-Liability Insurance Consumption," *Journal of Risk and Insurance,* 2000, 67:1, 73-90.

Mark J. Browne and Robert E. Hoyt, "The Demand for Flood Insurance: Empirical Evidence," *Journal of Risk and Uncertainty,* 2000, 20:3, 291-306.

Virginia R. Young and Mark J. Browne, "Equilibrium in Competitive Insurance Markets Under Adverse Selection and Yaari's Dual Theory of Risk," *The Geneva Papers on Risk and Insurance Theory,* Vol. 25, No. 2, 2000.

Mark J. Browne, James C. Carson, and Robert E. Hoyt, "Dynamic Financial Models of Life Insurers," *North American Actuarial Journal,* 2001, 5:2.

Margie Rosenberg and Mark J. Browne, "The Impact of the Inpatient Prospective Payment System and Diagnosis Related Groups: A Survey of the Literature," *North American Actuarial Journal,* 2001, 5:4.

Mark J. Browne and Joan T. Schmit, "Insurance Claims and Legal Filings: Trends from 1977 - 1997," *International Insurance Society Seminar Proceedings,* 2002.  Recipient of the Shin Award for Research Excellence.

Mark J. Browne, "Risk Management and Insurance Research: 1980 - 2002," *Risk Management and Insurance Review,* Vol. 6, Iss 1, 2003.

Mark J. Browne, Ellen Pryor, and Robert Puelz, "The Effect of Bad Faith Laws on the Value of Economic and Non-Economic Damages," *Journal of Legal Studies,* Vol. 33, 2004.

Yu-Luen Ma and Mark J. Browne, "Premium Cross-Subsidization and Choice in the Group Health Insurance Market," *Journal of Risk and Insurance,* September 2005.

Mark J. Browne, "Adverse Selection in the Long-Term Care Insurance Market," Insurance: Theoretical Analysis and Policy Implications, editors Pierre-André Chiappori and Christian Gollier, MIT Press, 2006, forthcoming.

Wenjiu Liu and Mark J. Browne, "First-Best Equilibrium in Insurance Markets with Transaction Costs and Heterogeneity," *Journal of Risk and Insurance,* Volume 74, No. 4, December 2007, pp. 739-760.

Mark J. Browne and Joan Schmit, "Litigation Patterns in Automobile Bodily Injury Claims 1977 – 1997," *Journal of Risk and Insurance,* 75 (1) 83-100, 2008.

Yu Lei and Mark J. Browne, "Medical Malpractice Insurance Market Entry and Exit: 1994 - 2006", *Journal of Insurance Regulation*, Volume 27, Issue 1, Fall 2008, pp. 47-72.

Mark J. Browne, Yu-Luen Ma and Ping Wang, "Stock-Based Compensation and Reserve Errors in the Property and Casualty Insurance Industry," *Journal of Insurance Regulation*, Volume 27, Issue 4, Summer 2009, pp. 35 -54.

Tian Zhou-Richter, Mark J. Browne, and Helmut Grundl, "Don't They Care? Or, Are They Just Unaware? Risk Perception and the Demand for Long-Term Care Insurance," *Journal of Risk and Insurance*, Volume 77, No. 4, December 2010, pp. 715-747.

Browne, M., Ju, L., Lei, Y.. Reinsurance Purchases, Contingent Commission Payments and Insurer Reserve Estimation. *The Geneva Papers on Risk and Insurance - Issues and Practice,* Volume 37, No. 3, 2012, pp. 452-466.

Browne, M., Kamiya, S., A Theory of the Demand for Underwriting. *Journal of Risk and Insurance*, Volume 79, Issue 2, 2012, pp. 334-349.

Hoffman, Annette and Mark Browne, "One-sided commitment in dynamic insurance contracts: Evidence from private health insurance in Germany," *Journal of Risk and Uncertainty*, Volume 46, Issue 1, 2013, pp. 81-112.

Mark J. Browne, Lan Ju and Zhiyong Tu, "Broker monitoring of premium adequacy: the role of contingent commissions," *Applied Economics*, Volume 46, Number 20, 2014, pp. 2375-2386.

Mark J. Browne and Tian Zhou-Richter, "Lemons or Cherries? - Asymmetric Information in the German Private Long-Term Care Insurance Market," *The Geneva Papers on Risk and Insurance - Issues and Practice*, Volume 39, Issue 4, 2014, pp. 603-624.

Browne, M., Knoller, Christian and Richter, Andreas, "Behavioral Bias and the demand for bicycle and flood insurance. *Journal of Risk and Uncertainty,* Volume 50, Issue 2, 2015, pp. 141-160.

Thompson, M. P., Haas, J. R., Finney, M. A., Calkin, D. E., Hand, M. S., Browne, M., Halek, M., Short, K. C., Grenfell, I. C., "Development and application of a probabilistic method for wildfire suppression cost modeling," *Forest Policy and Economics,* Volume 50, 2015, pp. 249-258.

Lei, Y., and Browne, M. J., "Underwriting Strategy and the Underwriting Cycle in Medical Malpractice Insurance," *The Geneva Papers on Risk and Insurance - Issues and Practice*, Volume 42, Issue 1, 2017, pp. 152-175.

Pooser, David, Mark J. Browne and Olkesandra Archangela, 2018, "Growth in the Perception of Cyber Risk: Evidence from U.S. P&C Insurers," *The Geneva Papers on Risk and Insurance - Issues and Practice,* vol. 43(2), pages 208-223.

Pooser, David and Mark J. Browne, 2018, "The Effect of Customer Satisfaction on Company Profitability: Evidence from the Property and Casualty Insurance Industry," *Risk Management and Insurance Review*, vol. 21(2), pages 289-308.

Browne, Mark J. and Verena Jaeger and Petra Steinorth, February 2019, "The impact of economic conditions on individual and managerial risk taking," *The Geneva Risk and Insurance Review*, Vol. 44, pages 27-53.

Browne, Mark and Carolyn A. Dehring, David L. Eckles, and William D. Lastrapes, 2019, "Does National Flood Insurance Program Participation Induce Housing Development?" *Journal of Risk and Insurance,* vol. 86 (4), pages 835-859.

Browne, Mark J. and Annette Hofmann, Sophie-Madeleine Roth, Andreas Richter and Petra Steinorth, "Peer Effects in Risk Preferences: Evidence from Germany," *Annals of Operations Research*, Forthcoming (accepted for publication in November 2019).

**Refereed Articles in Books**

Mark J. Browne, "Adverse Selection in the Long-Term Care Insurance Market," Insurance: Theoretical Analysis and Policy Implications, editors Pierre-André Chiappori and Christian Gollier, MIT Press, 2006, pp. 97-112.

Mark J. Browne and Martin Halek, "Managing Flood Risk: The National Flood Insurance Program and Alternatives," Public Insurance and Private Markets, editor Jeffrey R. Brown, American Enterprise Institute for Public Policy Research, Washington D.C., 2010, pp. 143-172.

**Refereed Proceedings**

Mark J. Browne, Jaewook Chung, and Edward W. Frees, "International Property-Liability Insurance Consumption," Seminar Proceedings of the 1997 meeting of the International Insurance Society.

Mark J. Browne, "Adverse Selection on the Long-Term Care Insurance Market," Seminar Proceedings of the 2000 meeting of the International Insurance Society.

Mark J. Browne, Yuluen Ma, and Ping Wang, "Stock Options and Reserve Errors," Proceedings of the International Insurance Society, International Insurance Society Shin Award for Research Excellence, 2004.

**Conference Papers and Presentations**

"The Definition of Insurance: Implications for a Health Insurance Demand Model," American Risk and Insurance Association Annual Meeting, August 1988.

"Seasonality and the Incidence of Automobile Insurance Claims," Southern Risk and Insurance Association Annual Meeting, November 1988 (with Kihong Kim).

"Theory and Evidence of Subsidization by Income Class in Group Health Insurance," American Risk and Insurance Association Annual Meeting, August 1989.

"National Economic Growth and the Insurance Sector of a Nation's Economy," Southern Risk and Insurance Association Meeting, November 1989 (with Kihong Kim).

"Real and Nominal Salary and Benefit Compensation of Faculty at American Research Universities," Western Risk and Insurance Association Annual Meeting, January 1990 (with James Trieschmann).

"Excess Returns and the Underwriting Cycle in the Property and Liability Insurance Industry," American Risk and Insurance Association Annual Meeting, August 1990 (with Robert Hoyt).

"The Effects of the Coinsurance and Deductible Provisions on Pooling in an Insurance Market with Adverse Selection," American Risk and Insurance Association Annual Meeting, August 1990.

"Adverse Selection in the Individual Medical Expense Insurance Market," American Risk and Insurance Association Annual Meeting, August 1991 (with Helen Doerpinghaus).

"Economic and Market Predictors of Insolvencies in the Property-Liability Insurance Industry," Southern Risk and Insurance Association, Annual Meeting, November 1991 (with Robert Hoyt).

"A Direct Test for Information Asymmetries in the Individual Health Insurance Market," Risk Theory Seminar, April 1992 (with Helen Doerpinghaus).

"Market Asymmetries and the Demand for Medigap Insurance," American Risk and Insurance Association Annual Meeting, August 1992 (with Helen Doerpinghaus).

"Economic and Market Predictors of Insolvencies in the Property-Casualty Insurance Industry," American Risk and Insurance Association, Annual Meeting, August 1992 (with Robert Hoyt).

"The Impact of Tort Reform on Litigation Frequency," American Risk and Insurance Association Annual Meeting, August 1992 (with Han Duck Lee and Joan Schmit).

"State Tort Reform Initiatives and the Rate of Tort Filings," American Risk and Insurance Association, August 1993 (with Han Duck Lee and Joan Schmit).

"State Health Care Pools for High-Risks," American Risk and Insurance Association Annual Meeting, August, 1993.

"Joint and Several Tort Reform: Evidence from the State Courts," Western Risk and Insurance Association, January 1994 (with Han Duck Lee and Joan Schmit).

"The Demand for Flood Insurance: Empirical Evidence," American Risk and Insurance Association, August 1995 (with Robert Hoyt).

"Optimal Pooling Insurance and Adverse Selection," American Risk and Insurance Association, August 1995 (with Virginia Young).

"The Effect of Statutory Rules and Attorney Involvement on Automobile Liability Claims," University of Minnesota, January 1996 (with Robert Puelz).

"Optimal Insurance Contracts and Adverse Selection," Risk Theory Society, April 1996 (with Virginia Young).

"Joint Underwriting Associations and Assigned Risk Plans: Claims Adjudication in the Personal Automobile Insurance Market," American Risk and Insurance Association, August 1996 (with Brenda Wells).

"International Property-Liability Insurance Consumption," International Insurance Society, Mexico City, 1997 (with Jaewook Chung and Edward W. Frees).

"Economic and Market Predictors of Insolvencies in the Life Insurance Industry," 5th International Conference on Insurance Solvency and Finance, London, 1997 (with James M. Carson and Robert E. Hoyt).

"Workers Compensation and Managed Care," Southern Methodist University, 1997 (with Dan Anderson).

"Dynamic Financial Models of Life Insurers," American Risk and Insurance Association, San Diego, 1997 (with James M. Carson and Robert E. Hoyt).

"The Effect of Legal Rules on the Value of Economic and Non-Economic Damages and the Decision to File," American Risk and Insurance Association, Boston, 1998 (with Robert Puelz)

"The Demand for Flood Insurance: Empirical Evidence," Geneva Association Annual Meeting, Vienna, 1998 (with Robert E. Hoyt).

"Prohibitions on Health Insurance Underwriting: A Means of Making Health Insurance Available or a Cause of Market Failure," American Risk and Insurance Association, Vancouver, 1999 (with Edward W. Frees).

"The Effect of Bad Faith Laws on the Value of Economic and Non-Economic Damages," Southern Risk and Insurance Association, Orlando, 1999 (with Ellen Pryor and Robert Puelz).

"Insurance Claims and Legal Filings: Trends from 1977-1997," American Risk and Insurance Association, Baltimore, 2000 (with Joan T. Schmit).

"Adverse Selection in the Long-Term Care Insurance Market," International Insurance Society, Inc., Vancouver, B.C., Canada, 2000.

Mark J. Browne, "Insurance Claims and Legal Filings: Trends from 1977-1997," International Insurance Society, Singapore, 2002 (with Joan T. Schmit).

Mark J. Browne, "The Effect of Bad Faith Laws on the Value of Economic and Non-Economic Damages," Annual Meeting of the Geneva Association, Nottingham, England, 2002 (with Ellen Pryor and Robert Puelz).

Mark J. Browne, "Reserve Errors and Stock Options," American Risk and Insurance Association, Denver, 2003 (with Yuluen Ma and Ping Wang).

Mark J. Browne, "Adverse Selection in the Long-Term Care Insurance Market," CESifo Conference,

Venice, 2003.

Mark J. Browne and Joan T. Schmit, "Insurance Claims and Legal Filings: Trends from 1977-1997," European Group of Risk and Insurance Economists, Marseille, France, 2004.

Mark J. Browne, Yuluen Ma, and Ping Wang, "Stock Options and Reserve Errors," International Insurance Society, London, 2004.

Mark J. Browne, Yuluen Ma, and Joan T. Schmit, "On the Escalating Medical Malpractice Insurance Premium Rates," American Risk and Insurance Association, Chicago, 2004.

Mark J. Browne, The Bowman Paradox in the U.S. Property and Casualty Insurance Industry, WRIEC, Salt Lake City, 2005.

Mark J. Browne, Yuluen Ma and Ping Wang, "Executive Stock Option Compensation and Reserve Errors in the Property and Casualty Insurance Industry," European Group of Risk and Insurance Economists (EGRIE), Barcelona, 2006.

Mark J. Browne and Lan Ju, "Property - Casualty Insurer Reserve Errors: A Holistic Analysis in Commercial Lines," American Risk and Insurance Association, Washington D.C., 2006

Mark J. Browne and Lan Ju, "Reinsurance Purchases as a Financial Market Signal: Evidence from Reserve Estimation", SCOR, Paris, France. (September 2007).

Mark J. Browne and Lan Ju, "Contingent Commissions and Market Cycles", American Risk and Insurance Association, Quebec City, Canada. (August 2007).

Mark J. Browne, Helmut Grundl, and Roman  Schulze, "Do They Know At All? Analyzing Children's Exposure to Their Parents' Long-Term Care Risk", American Risk and Insurance Association, Quebec City, Canada. (August 2007).

Mark J. Browne and Lan Ju, "Reinsurance Purchases as a Financial Market Signal: Evidence from Reserve Estimation", American Risk and Insurance Association, Quebec City, Canada. (August 2007).

Browne, Mark (Presenter & Author), "Insurance Economics and Social Policy", NCCU RMI, Taipei, Taiwan. (October 14, 2008).

Browne, Mark (Author Only), Kamiya, Shinichi (Presenter & Author), "The Demand for Underwriting", European Group of Risk and Insurance Economists, Toulouse, France. (September 2008).

Browne, Mark (Author Only), Kamiya, Shinichi (Presenter & Author), "Adverse Selection with Underwriting Costs", American Risk and Insurance Association, San Diego, CA. (August 2008).

Browne, Mark (Presenter & Author), Ju, Lan (Author Only), Kamiya, Shinichi (Presenter & Author), "Coalition Proof Incentives and the Use of Contingent Commissions: Evidence from the Insurance Underwriting Cycle", American Risk and Insurance Association, San Diego, CA. (August 2008).

Browne, Mark (Presenter & Author), Ma, Yuluen (Presenter & Author), Wang, Ping (Presenter & Author), "Executive Compensation and Reserve Errors in the Property and Casualty Insurance Industry", American Risk and Insurance Association, San Diego, California. (August 2008).

Luan, Cuncun (Presenter & Author), Browne, Mark (Author Only), "The Effect of Organizational Form and Market Concentration on Automobile Insurance Claims Settlement", American Risk and Insurance Association, San Diego, California. (August 2008).

Halek, Martin (Presenter & Author), Browne, Mark (Presenter & Author), "Managing Flood Risk: A Discussion of the National Flood Insurance Program and Alternatives", American Enterprise Institute for Public Policy Research, Washington, D.C.. (January 15, 2009).

Browne, Mark, "Are they aware, do they care? Analyzing adult children's demand for insuring their parents' long-
term care risk", Berlin, Germany. (March 4, 2009).

Browne, Mark (Author Only), Zhou-Richter, Tian (Presenter & Author), Grundl, Helmut (Author Only), "Don't
They Care? Or, Are They Just Unaware? Risk Perception and the Demand for Long-Term Care Insurance", EGRIE, Bergen, Norway. (November 22, 2009).

Browne, Mark (Presenter & Author), "Market Imperfections and the Demand for Long-Term Care Insurance",
The University of Georgia, Athens, Georgia. (April 2, 2010).

Browne, Mark (Author Only), Kamiya, Shin-ichi (Presenter & Author), "A Theory of the Demand for Underwriting", Risk Theory Society, Athens, Georgia. (April 18, 2010).

Browne, Mark (Author Only), Lan Ju and Yu Lei, "Insurer Reserve Estimation: Reinsurers, Brokers and the
Taxman," World Risk and Insurance Economics Conference, Singapore, (July 25-29, 2010).

Browne, Mark and Carolyn A. Dehring, David L. Eckles, and William D. Lastrappes, "Does National Flood Insurance Program Participation Induce Excessive Development in High-Risk Areas? Evidence from Florida Counties," American Real Estate and Urban Economic Association, Denver, (January 2011).

Browne, Mark and Annette Hofmann, "One-Sided Commitment in Dynamic Insurance Contracts: Evidence from  Private Health Insurance in Germany," American Risk and Insurance Association, Denver (January 2011).

Browne, M. and Annette Hofmann, "One-Sided Commitment in Dynamic Contracts: Evidence from Private Health insurance in Germany", Goethe University, Frankfurt, Germany. (May 2011).

Browne, M. (Presenter & Author), "One-Sided Commitment in Dynamic Contracts: Evidence from Private Health insurance in Germany", Temple University, Philadelphia, PA. (February 2011).

Browne, M., "Insurance Economics and Bad Faith," Rutgers University – Camden (February 2012).

Lei, Yu and Mark Browne, "Underwriting Strategy and the Underwriting Cycle in the Medical Malpractice Insurance Industry," American Risk and Insurance Association, Minneapolis (August 2012).

Browne, Mark and Christian Knoller and Andreas Richter, "Insuring my Bicycle or my House? Behavioral Biases and the Demand for Flood Insurance," European Group of Risk and Insurance Economists, Palma de Mallorca (September 2012).

Browne, Mark and Chunyan Zhang, "Loss Reserve, Income Smoothing and Risks of Property and Casualty Insurance Companies," American Risk and Insurance Association, Washington D.C. (August 2013).

Browne, Mark and Verena Jaeger and Petra Steinorth, "The Impact of Life Changing Events on Risk

Attitude Over Time," American Risk and Insurance Association, Seattle, (August 2014).

Browne, Mark, "Liability and Loss Compensation," 2015 China International Conference on Insurance and Risk Management, Hangzhou, China, Keynote Address, (July 2015).

Browne, Mark and Richard Peter and Andreas Richter, "Competitive Insurance Markets under Asymmetric Information when Agents Make Mistakes," World Risk and Insurance Economics Conference, Munich, Germany, (August 2015).

Browne, Mark and Verena Jaeger and Petra Steinorth, "Impact of Economic Conditions on Individual Risk Preferences," World Risk and Insurance Economics Conference, Munich, Germany, (August 2015).

Browne, Mark and Verena Jaeger, Petra Steinorth and Andreas Richter, "Family Transitions and Risk Attitude," ARIA, Boston (August 2016).

Yu Lei and Mark Browne, "The Impact of the Affordable Care Act on the Financial Performance of Health Insurers, ARIA, Boston (August 2016).
Gemmo, Irina and Mark Browne and Helmut Grundl, "Transparency Aversion and Insurance Market Equilibrium," Risk Theory Society, Madison, Wisconsin (May 2017)

Browne, Mark J (Author), Steinorth, Petra (Author & Presenter), Hofmann, Annette (Author &Presenter), Richter, Andreas (Author), Roth, Sophie-Madeleine (Author & Presenter), ARIA, "Peer Effects in Risk Taking: Evidence from Germany," ARIA, Toronto, Ontario, Canada. (August 2017).

Browne, Mark J (Author), Gemmo, Irina (Author & Presenter), Grundl, Helmut (Author), ARIA, "Transparency Aversion and Insurance Market Equilibrium," ARIA, Toronto, Ontario, Canada. (August 2017).

M. Browne, "How to Write an Academic Paper – from a Senior Researcher's Perspective," R&I Research Seminar, Ludwig Maximilians – Universitat Munchen, Munich Germany, July 29, 2019.

M. Browne, A. Hofmann, X. Lin "Race Discrimination in the Adjudication of Claims: Evidence from Earthquake Insurance" American Risk and Insurance Association (ARIA), San Francisco, California, August 2019.

M. Browne, A. Hofmann, X. Lin "Race Discrimination in the Adjudication of Claims: Evidence from Earthquake Insurance", European Group of Risk and Insurance Economists (EGRIE), Rome, Italy, September 2019.

## RESEARCH AND PUBLICATIONS IN PROGRESS

### Articles in Review

Pooser, David and Mark J. Browne, "The Effects of Customer Satisfaction on Company Profitability: Evidence from the Property & Casualty Insurance Industry," *Risk Management and Insurance Review*, 2nd round.

Gemmo, Irina and Mark Browne and Helmut Grundl, "Transparency Aversion and Insurance Market Equilibrium."

### Research in Progress

Gemmo, Irina and Mark Browne and Helmut Grundl, "Transparency Aversion and Insurance Market Equilibrium."

Browne, Mark and Verena Jaeger, Petra Steinorth and Andreas Richter, "Family Transitions and Risk Attitude,"

**RESEARCH SUPPORT**

"Economic and Market Predictors of Insolvencies in the Property and Casualty Insurance Industry," CPCU - Harry J. Loman Award, 1992 (with Robert E. Hoyt), $2,500.

"State Restrictions on Health Insurance Underwriting Criteria," University of Georgia Foundation for Research, 1992, $3,900.

"Prohibitions on Health Insurance Underwriting: A Means of Making Health Insurance Available and Affordable or a Cause of Market Failure?" University of Wisconsin-Madison, 1996, $17,224.

"Economic and Market Predictors of Insolvencies in the Life Insurance Industry," Society of Actuaries, 1996 (with Robert E. Hoyt and James Carson), $38,000.

"Prohibitions on Health Insurance Underwriting: A means of Making Health Insurance Available and Affordable or A Cause of Market Failure?" Agency for Health Care Policy and Research (National Institutes of Health) (with Edward W. Frees), $230,283.

$94,378 grant with Employers Reinsurance – GE Insurance Solutions to conduct and publish a survey of primary insurance companies to arrive at a Reinsurance Price Index, 2004. (with Dan Anderson & Joan Schmit).

**TEACHING**

| **Undergraduate** | **MBA** |
| --- | --- |
| Employee Benefits Management | Health Insurance Seminar |
| Government Insurance Programs | Property Risk Management |
| Property Risk Management | |
| Introduction to Insurance | **Ph.D.** |
| Commercial Lines Insurance | |
| Advanced Property Insurance | Property and Casualty Insurance Seminar |
| Health Insurance Financing | Life and Health Insurance Seminar |
| Corporate Risk Management | |

**Dissertation Committees**

Robert Puelz, Ph.D., 1991, Committee Member, completed
Kihong Kim, Ph.D., 1992, Committee Chair, completed
Han-Duck Lee, Ph.D., 1992, Committee Member, completed
James Michael Carson, Ph.D., 1993, Committee Member, completed
Linda Leetch, Ph.D., 1994, Committee Member, completed
Jaewook Chung, Ph.D., 1996, Committee Chair, completed
David Mott, Ph.D., 1997, Committee Member, completed
Yu Luen Ma, Ph.D., 1999, Committee Chair, completed
Nat Pope, Ph.D., 1999, Committee Member, completed
Julie M. Ganther, Ph.D., 2000, Committee Member, completed
Yu (Jack) Luo, Ph.D., 2000, Committee Member, completed
Jia-Hsing (Jason) Yeh, Ph.D., 2000, Committee Member, completed

Wenjiu (Jerry) Liu, 2001, Committee Chair, completed
Richard Cline, Ph.D, 2001, Committee Member, completed
Dana Kerr, Ph.D., 2002, Committee Member, completed
Yu Lei, 2004, Committee Chair, completed
Ping Wang, 2005, Committee Co-Chair, completed
Yayuan Ren, 2006, Committee Member, completed
Jie Gao, 2007, Committee Member, completed
Lan Ju, 2008, Committee Chair, completed
Ray Gilmore, 2010, Committee Chair, completed
Yunjie (Winnie) Sun, 2010, Committee member, completed
Cuncun Luan, Committee Chair, completed
Chunyan Zhang, Committee Chair, current
Joyce Lin, Committee member, completed

**SERVICE**

**Public**

| | |
|---|---|
| 2019 | Griffith Leadership Council, Board Member |
| 2018 | Griffith Leadership Council, Board Member |
| 2017 | Interviewed on National Public Radio on flood insurance |
| | Griffith Leadership Council, Board member |
| 2015 | Quoted on flooding in South Carolina in USA TODAY. |
| 2013 | Interviewed on NPR's "Morning Edition" on flood insurance. |
| 2011 | Quoted on health care reform in Bloomberg  BusinessWeek, January 3, 2011, p. 9. |
| 2006-10 | Media interviews on various topics related to risk and insurance |
| 2005 | Testimony on flood insurance to U.S. Senate Banking, Housing and Urban Affairs Committee. |
| | Participation on a flood insurance panel discussion sponsored by the Center on Federal Financial Institutions.  This was televised several times on C-Span. |
| | Newspaper interviews on various topics related to risk and insurance. |
| 2004 | Newspaper interviews on various topics related to risk and insurance. |
| 2003 | Newspaper interviews on various topics related to risk and insurance. |
| 2002 | Newspaper interviews on various topics. |
| 2001 | Newspaper interviews on various topics. |
| 2000 | Newspaper interviews on various topics including employee benefits and government insurance programs. |
| 1999 | Newspaper interviews on various topics including employee benefits and government insurance programs. |
| 1997 | Interviews by print and broadcast media |
| | Expert witness in several legal cases |
| 1996 | Interview on WISC TV3 |
| | Presentation for National Council on Aging |
| | St. Andrews Nursery School, Board of Directors |
| | Consultant to Dane County Mental Health Association |
| | Expert witness in several cases |
| | Partnership with American College and Wisconsin Association of Life Underwriters to provide continuing education to agents |
| 1995 | Presentation to CPCU Dairyland Chapter, "Managed Care in Workers Compensation" |
| | Consultant to General Casualty Insurance Company |
| | Expert witness in several cases |
| | Contributor to print media |
| | Adjunct Scholar, Mackinac Center for Public Policy |
| 1994 | St. Andrew's Nursery School, Board of Directors |
| | Presentation to Congressman Scott Klug's Small Business Health Care Task Force |

|      |                                                              |
|------|--------------------------------------------------------------|
|      | Consultant to General Casualty Insurance Company             |
|      | Contributor to <u>World Book Encyclopedia</u>                |
| 1993 | Consultant to IBM                                            |
|      | Consultant to Wisconsin Dairy Herd Improvement Co-op         |
| 1992 | Instructor for Athens, Georgia CPCU review classes          |
|      | Contributor to several print media sources on health insurance |
|      | Presentations on health care cost containment to industry    |
|      | Gamma Iota Sigma, Board of Trustees                          |
| 1991 | Instructor for Athens, Georgia CPCU review classes          |
|      | Contributor to print media                                   |
|      | Expert witness: Fry vs. Blue Cross and Blue Shield of Alabama |

**University Service**

| | |
|------|--------------------------------------------------------------|
| 2018-2019 | Provost Search Committee |
|      | Faculty Chair, School of Risk Management |
|      | Chair, Personnel and Budget Committee, School of Risk Management |
| 2014-15 | Strategic Priorities Working Group (SPWG), St. John's University |
| 2009 - 10 | ASRMI Co-Curricular Board |
|      | Wisconsin School of Business, Curriculum Committee |
|      | Wisconsin School of Business Research Committee |
|      | ASRMI Department : Co-Chair Faculty Search Committee |
| 2009 | ASRMI Co-Curricular Board |
| 2008 | ASRMI Co-Curricular Board |
|      | ASRMI Search Committee Chair |
|      | School of Business PhD and Research Committee |
|      | RMIS Advisor (student organization) |
| 2007 | ASRMI Co-Curricular Board |
|      | Associate Dean for Undergraduate Programs |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
| 2006 | Associate Dean for Undergraduate Programs |
|      | Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
| 2005 | Associate Dean for Undergraduate Programs |
|      | School of Business, Undergraduate Committee |
|      | Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
| 2004 | School of Business, Undergraduate Committee |
|      | Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
| 2003 | School of Business, Undergraduate Committee |
|      | Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance |
|      | University of Wisconsin Athletic Board, Board Member |
|      |    - Finance Committee, Chair |
|      |    - Personnel Committee |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
| 2002 | School of Business, Undergraduate Committee |
|      | Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance |
|      | University of Wisconsin Athletic Board, Board Member |

13

|      |                                                                            |
|------|----------------------------------------------------------------------------|
|      | - Finance Committee, Chair                                                 |
|      | - Personnel Committee                                                      |
|      | University Insurance Association, Board Member and Treasurer               |
|      | RMIS Advisor (student organization)                                        |
| 2001 | School of Business, Undergraduate Committee                                 |
|      | Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance |
|      | University of Wisconsin Athletic Board, Board Member                       |
|      | - Finance Committee, Chair                                                 |
|      | - Personnel Committee                                                      |
|      | University Insurance Association, Board Member and Treasurer               |
|      | RMIS Advisor (student organization)                                        |
| 2000 | School of Business, Undergraduate Committee                                 |
|      | University Insurance Association, Board Member and Treasurer               |
|      | RMIS Advisor (student organization)                                        |
|      | Director, Act. Science, Risk Management and Insurance PhD Program          |
|      | Helen Schulte Trust Committee (School of Nursing)                          |
| 1999 | School of Business, Undergraduate Committee                                 |
|      | University Insurance Association, Board Member and Treasurer               |
|      | RMIS Advisor (student organization)                                        |
|      | Director, Act. Science, Risk Management and Insurance PhD Program          |
|      | Helen Schulte Trust Committee (School of Nursing)                          |
| 1998 | School of Business, Undergraduate Committee                                 |
|      | University Insurance Association, Board Member and Treasurer               |
|      | RMIS Advisor (student organization)                                        |
| 1997 | School of Pharmacy Faculty Search Committee                                 |
|      | Director, Act. Science, Risk Management and Insurance Ph.D. Program        |
|      | School of Business Research Committee                                       |
|      | School of Business Ph.D. Committee                                          |
|      | Student Health Insurance Program (SHIP Committee)                          |
|      | Helen Schulte Trust Committee (School of Nursing)                          |
|      | University Insurance Association, Board Member and Treasurer               |
|      | RMIS Advisor (student organization)                                        |
| 1996 | Medical Ethics Class presentation                                          |
|      | Risk Theory Society meeting                                                 |
|      | Presentation to Geneticists on Health Insurance Underwriting              |
|      | Research Committee                                                          |
|      | RMIS Advisor (student organization)                                        |
|      | Host, Risk Theory Society Meeting                                          |
|      | School of Pharmacy Faculty Search Committee                                 |
|      | Senator, Faculty Senate                                                     |
|      | Student Health Insurance Program                                           |
| 1995 | Director, Act. Science, Risk Management and Insurance PhD Program          |
|      | Research Committee                                                          |
|      | School of Business, PhD Committee                                           |
|      | Faculty Senate, Senator                                                     |
|      | Student Health Insurance Program                                           |
|      | RMIS Advisor (student organization)                                        |
| 1994 | Student Health Insurance Plan Committee at University of Wisconsin         |
|      | Chair, University of Wisconsin Health Reform Program Committee             |
|      | RMIS Advisor (student organization)                                        |
|      | Director, Actuarial Science, Risk Management & Insurance Doctoral Program  |
| 1993 | Foreign Graduate Student Health Insurance Committee at University of Wisconsin |
| 1992 | Advisor to Insurance Society and Gamma Iota Sigma                          |
|      | - Bowers Trophy (Nation's top chapter)                                     |

14

|      | College Honors Committee |
| 1991 | Advisor to Insurance Society and Gamma Iota Sigma |
|      | - Alumni Relations Award |
|      | College Honors Committee |
| 1990 | Founded Insurance Academic Speaker Series at the University of Georgia |

**Professional Service**

2018-2019 Associate Editor, Review *of Managerial Science*
2014-15   EGRIE, President
          Associate Editor, *Journal of Risk and Insurance*
2009-10   ARIA, Hagen Family Foundation Travel Award committee
          ARIA, Early Career Achievement Award committee
          ARIA, Officer Nominations Committee
          Associate Editor, *Journal of Risk and Insurance*
          Associate Editor (Papers) "Review of Managerial Science"
2008      ARIA, Witt Award Committee Chair
          Associate Editor, *Journal of Risk and Insurance*
          Associate Editor (Papers) "Review of Managerial Science"
2007      ARIA, Witt Award Committee Chair
          ARIA, *Journal of Risk and Insurance* Editor Search Committee, Chair
          Associate Editor, *Journal of Risk and Insurance*
2005      Associate Editor, *Journal of Risk and Insurance*
2004      Past-President, American Risk and Insurance Association (until August 15)
          Associate Editor, *Journal of Risk and Insurance*
2003      President, American Risk and Insurance Association (until August 15)
          Associate Editor, *Journal of Risk and Insurance*
2002      President, American Risk and Insurance Association
          Associate Editor, *Journal of Risk and Insurance*
          Assistant Editor, *Journal of Financial Services Research*
          Referee, *World Bank Economic Review*
2001      American Risk and Insurance Association
          - Vice President and Program Chair
          - President-elect
          - Chair of finance committee
          Associate Editor, *Journal of Risk and Insurance*
          Assistant Editor, *Journal of Financial Services Research*
          Referee, *Journal of Political Economics, Journal of Public Economics, Journal of Agricultural and Resource Economics*
2000      Vice President and Program Chair, American Risk and Insurance Association
          Finance Committee, American Risk and Insurance Association
          *ARIA News,* American Risk and Insurance Association
          Assistant Editor, *CLU Journal*
          Associate Editor, *Journal of Risk and Insurance*
1999      Board Member, American Risk and Insurance Association
          Finance Committee, American Risk and Insurance Association
          *ARIA News,* American Risk and Insurance Association
          Assistant Editor, *CLU Journal*
          Associate Editor, *Journal of Risk and Insurance*
1998      Past President, Risk Theory Society
          Board Member, American Risk and Insurance Association
1997      President, Risk Theory Society
          Secretary, Risk Theory Society
          Board Member, American Risk and Insurance Association

15

|      | Chair, Academic Membership Committee, American Risk and Insurance Association |
|------|------|
|      | Assistant Editor, *CLU Journal* |
|      | Referee, *Journal of Insurance Issues, Journal of Risk and Insurance, Geneva Papers on Risk and Insurance Theory, Journal of Actuarial Practice, CLU Journal,* and *Journal of Insurance Regulation* |
| 1996 | Referee, *Journal of Insurance Issues, Journal of Risk and Insurance, Geneva Papers on Risk and Insurance Theory,* and *Journal of Actuarial Practice* |
|      | Secretary, Risk Theory Society |
|      | Chair, Academic Membership Committee, American Risk and Insurance Association |
| 1995 | Program Committee, American Risk and Insurance Association |
|      | Chair, Academic Membership Committee, American Risk and Insurance Association |
|      | Referee, *Journal of Risk and Insurance* |
| 1994 | Assistant Editor, *Journal of Risk and Insurance* |
|      | Chair, Innovation in Instruction Committee, ARIA |
|      | Co-chair, Academic Membership Committee, ARIA |
|      | Referee, *Insurance: Mathematics and Economics* and *Journal of Insurance Issues* |
| 1993 | Assistant Editor, *Journal of Risk and Insurance* |
|      | Chair, Innovation in Instruction Committee, ARIA |
|      | Program Committee, ARIA |
| 1992 | Referee, *Journal of Risk and Insurance* |
|      | Innovation in Instruction Committee, American Risk and Insurance Association |
| 1991 | Referee, *Journal of Risk and Insurance* |
|      | Academic Membership Committee, American Risk and Insurance Association |
|      | Program Committee, American Risk and Insurance Association |
| 1990 | Program Committee, American Risk and Insurance Association |
|      | Academic Membership Committee, American Risk and Insurance Association |
|      | Referee, *Journal of Risk and Insurance* and *Insurance: Mathematics and Economics* |

**PROFESSIONAL AFFILIATIONS**

American Economics Association

American Risk and Insurance Association

European Group of Risk and Insurance Economists

Risk Theory Society