UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM JEFFREY BURNETT and JOE H. CAMP, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO LIFE INSURANCE COMPANY, INC.; CNO FINANCIAL GROUP, INC.; and CNO SERVICES, LLC,<br><br>Defendants. | **CLASS ACTION**<br><br>CAUSE NO.: 1:18-cv-00200-JPH-DML |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs William Jeffrey Burnett and Joe H. Camp (together, "Plaintiffs"), through counsel, respectfully move this Court pursuant to Fed. R. Civ. P. 23 for an Order: (1) granting final approval of a settlement agreement (the "Settlement Agreement") with Defendant Conseco Life Insurance Company ("Conseco Life") only; (2) certifying a settlement class of Conseco Life policyholders; (3) designating Plaintiffs as class representatives; (4) appointing attorneys from Weisbrod Matteis & Copley PLLC and DeLaney & DeLaney LLC as Class Counsel; (5) appointing Donlin Recano & Company, Inc. as Settlement Administrator; (6) approving the notice of the settlement; and (7) approving the plan of distribution set forth in the Settlement Agreement.

This motion is supported by the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, together with its supporting declarations and exhibits.

Dated: September 21, 2020	Respectfully submitted,

/s/ *Stephen A. Weisbrod*
Stephen A. Weisbrod (*pro hac vice*)
Shelli L. Calland (*pro hac vice*)
Tamra B. Ferguson (*pro hac vice*)
Saul Cohen (*pro hac vice*)
WEISBROD MATTEIS & COPLEY PLLC
1200 New Hampshire Avenue NW Suite 600
Washington, DC 20036
sweisbrod@wmclaw.com
scalland@wmclaw.com
tferguson@wmclaw.com
scohen@wmclaw.com

and

Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN  46205
kathleen@delaneylaw.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, a copy of the foregoing Plaintiffs' Motion for Final Approval of Class Action Settlement was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system, and parties may access this filing through the court's system.

                                          */s/ Kathleen A. DeLaney*
                                          Kathleen A. DeLaney
                                          DELANEY & DELANEY LLC
                                          3646 N. Washington Blvd.
                                          Indianapolis, IN 46205
                                          Tel: (317) 920-0400
                                          Fax: (317) 920-0404