UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM JEFFREY BURNETT, et al., individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **CLASS ACTION** |
| v. | ) ) | Cause No. 1:18-cv-00200-JPH-DML |
| CONSECO LIFE INSURANCE COMPANY, INC.; CNO FINANCIAL GROUP, INC.; and CNO SERVICES, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF MARK BROWNE IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

## I. INTRODUCTION

1.       My name is Mark Browne. I currently hold the Department Chair and the Robert Clements Distinguished Chair in the Maurice R. Greenberg School of Risk Management and Insurance of the Tobin College of Business at St. John's University. I have over 30 years of experience working in risk management and insurance. My experience includes analysis of mortality-based products, life insurance, and related damages calculations. My education and work background are summarized on my CV, a copy of which is attached as Appendix A. Appendix B is a list of all matters in which I have testified either at trial or by deposition within the last four years. A list of documents I have relied upon is attached as Appendix C.[1] My

---

[1] This document list is supplemental to the document lists I provided in prior declarations and reports. See Declaration of Mark Browne in Support of Plaintiffs' Motion for Class Certification, Dkt. 164, No. 1:18-cv-00200-JPH-DML (S.D. Ind. Sep. 19, 2019), Appendix C. See also Declaration of Mark Browne in Support of Plaintiffs' Opp. to CNO Defendants' Motion to

current rate for professional services in this case is $700 per hour. I have been assisted in this matter by personnel at Christensen Associates working under my direction. Christensen Associates has been compensated for the work of my team at rates ranging from $65 to $350 per hour. Our compensation is not dependent on the outcome of this litigation.

2.  I have been retained by Plaintiffs' counsel in the above-captioned matter, in part to provide expert testimony in support of a request for class certification, including calculating the damages to the proposed class. The subjects of the testimony that I would anticipate providing are the matters that are addressed in this declaration. My analyses may be subject to change, and my opinions are based on the information available to me at this time. If additional information becomes available, I reserve the right to consider its effects on my opinions at that time.

## II.    SUMMARY OF OPINIONS

3.  Defendants Conseco Life Insurance Company ("CLIC"), CNO Financial Group, Inc. ("CNO Financial"), and CNO Services, LLC ("CNO Services") (collectively, "Conseco") treated all members of the proposed class of former holders of policies that are generally identified as LifeTrend 3, LifeTrend 4 (87 Series), and LifeTrend 4 (93 Series) products (the "LifeTrend policies" or the "policies") the same way, in that Conseco used the same formulas when calculating eligibility for the policies' optional premium payment provision ("OPP provision") and cost of insurance ("COI") charges, and Conseco sent substantially identical communications to each policyholder, adjusting the communications to reflect variations in values determined using standard formulas.

---

Dismiss First Amended Compl., Dkt. 648, No. 3:10-md-02124-SI (N.D. Cal. Jan. 26, 2015), Appendix C. See also Rebuttal Report of Mark Browne, No. 3:10-md-02124-SI (N.D. Cal. Oct. 4, 2012), Appendix C.

4.      In the months prior to October 2008, very few LifeTrend 3 and 4 policyholders surrendered their policies. In the aftermath of changes that were first announced by Conseco in October 2008 and implemented over the next two years, thousands of LifeTrend policyholders surrendered their policies. Standard methodologies can be used, and have been used, to calculate damages for each member of the class, all of whom surrendered their policies after Conseco's October 2008 announcement. In fact, I have already calculated damages.[2]

## III.    BACKGROUND

5.      I understand that members of the proposed class formerly owned LifeTrend policies.[3] I further understand that all members of the proposed class surrendered their policies between October 2008 and June 2013. I have reviewed a number of sample LifeTrend policies.[4]

---

[2] See Declaration of Mark Browne in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Dkt. 200-4, No. 1:18-cv-00200-JPH-DML (S.D. Ind. Apr. 9, 2020). My 2020 analysis included <u>all</u> members of the current proposed class and also included (1) former owners of LifeTrend 4 (95 Series) policies, (2) former policyholders who had not invoked the OPP provision prior to October 2008, and (3) former owners of policies designated to confer an estimated initial distribution of $500.00 to the policy owner pursuant to a settlement with CLIC in this matter. See also Declaration of Mark Browne in Support of Plaintiffs' Motion for Class Certification, Dkt. 164 No. 1:18-cv-00200-JPH-DML (S.D. Ind. Sep. 19, 2019). My 2019 analysis included <u>all</u> members of the current proposed class and also included former owners of policies designated to confer an estimated initial distribution of $500.00 to the policy owner pursuant to a settlement with CLIC in this matter. See also Declaration of Mark Browne in Support of Plaintiffs' Opp. to CNO Defendants' Motion to Dismiss First Amended Compl., Dkt. 648, No. 3:10-md-02124-SI (N.D. Cal. Jan. 26, 2015). My 2015 analysis included <u>all</u> members of the current proposed class and also included (1) former owners of LifeTrend 4 (95 Series) policies, (2) former policyholders who had not invoked the OPP provision prior to October 2008, and (3) former owners of policies designated to confer an estimated initial distribution of $500.00 to the policy owner pursuant to a settlement with CLIC in this matter.

[3] I understand that claims encompassed by the proposed class action do not include claims based on LifeTrend 4 (95 Series) policies, which were written on form NP-WL-94. This policy form includes a policy cost factors provision not found in the other LifeTrend 3 and 4 policy forms. The provision in the LifeTrend 4 (95 Series) policies states, "Any change in policy cost factors (interest, cost of insurance and expense charges) will be based upon future expectations for such elements as: investment earnings; mortality; persistency and expenses. Any change in such factors will apply uniformly to all members of the same age, sex, duration and premium class."

[4] See, for example, BC-0057-72 (Camp policy) (attached as Ex. 1 to the Declaration of Shelli L. Calland in Support of Plaintiffs' Motion for Class Certification ("Calland Decl.")), BC-0335-

The LifeTrend policies generally provided a death benefit and accumulated a cash value that could be withdrawn. Policyholders also could borrow against the cash value of their policies under certain conditions. A number of insurers have issued policies of this general type.

6.    Many of the opinions I express in this declaration rely on data that was provided by Conseco in the form of data extracts from its CK-4 system. I understand that the CK-4 system was used by Conseco to administer the LifeTrend policies[5] and contains data such as policyholder information, policy account value histories, and policy transactions.

7.    Documents I have reviewed show that the LifeTrend policies were designed, sold, and administered by Massachusetts General Life Insurance Company ("MGL") and Philadelphia Life Insurance Company ("PLI") between 1978 and 1996.[6] In 1996, Conseco, Inc. acquired those companies along with their parent company, Life Partners Group.[7] After being acquired by Conseco, Inc., MGL and PLI continued to sell LifeTrend products through 1997.[8] MGL was renamed Conseco Life Insurance Company in 1997, and PLI was merged into CLIC in 1998.[9]

---

0339 and 0358-375 (Burnett 185 policy) (attached as Ex. 2 to the Calland Decl.), BC-0645-60 (Burnett 370 policy) (attached as Ex. 3 to the Calland Decl.), BC-0508-22 (Burnett 380 policy) (attached as Ex. 4 to the Calland Decl.), CLIC 0003701-20 (LA0078 policy form) (attached as Ex. 5 to the Calland Decl.), CLIC 0709049-67 (LD0078 policy form) (attached as Ex. 6 to the Calland Decl.), CLIC 0709134-0709150 (NP-WL-86 policy form) (attached as Ex. 7 to the Calland Decl.), CLIC 0003721-40 (LA0080 policy form) (attached as Ex. 8 to the Calland Decl.), CLIC 0709068-88 (LD0080 policy form) (attached as Ex. 9 to the Calland Decl.), CLIC 0709118-33 (NP-END-86 policy form) (attached as Ex. 10 to the Calland Decl.), CLIC 0003618-33 (NP-WL-92 policy form) (attached as Ex. 11 to the Calland Decl.), and CLIC 0709151-67 (NP-WL-92 policy form) (attached as Ex. 12 to the Calland Decl.).

[5] For example, see CLIC 0007612 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.).

[6] See CLIC 0007612 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.).

[7] See CLIC 0007612 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.).

[8] See CLIC 0007612 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.).

[9] See CLIC 0032109 (Conseco's Feb. 20, 2009 response to Florida regulator questions) (attached as Ex. 37 to the Calland Decl.). See also CLIC 0007612 (Regulatory Settlement Agreement)

8. I understand that, during the relevant time period, CNO Financial (as the new name of Conseco, Inc.) was the indirect corporate parent of CLIC, and CNO Services (previously known as Conseco Services, LLC) was a subsidiary of CNO Financial that carried out most of the day-to-day operations and actions of Conseco Life under the direction of CNO Financial.[10]

9. In 2014, CLIC was acquired by Wilton Reassurance Company.[11]

10. I understand that, as of this writing, a settlement agreement between Plaintiffs and CLIC ("the CLIC settlement") is pending final approval of the Court. Pursuant to that settlement agreement, members of the settlement class are designated to receive a minimum payment of $500.00 as an estimated initial distribution for each policy they owned.

11. The LifeTrend policies included materially identical key provisions, such as those pertaining to the computation of COI charges and the determination of eligibility under the OPP provision.

12. The OPP provision in the LifeTrend policies required policyholders to pay high premiums in the early years of their policies in exchange for the opportunity to eliminate premium payment obligations in as few as five years, so that paying premiums was optional.[12] The majority of LifeTrend policyholders had stopped paying premiums entirely within six years of policy inception.[13]

13. The LifeTrend policies also included a table of "Guaranteed Policy [Cash]

---

(attached as Ex. 46 to the Calland Decl.).

[10] For example, see CLIC 0727769 (Insurance Services Agreement) (attached as Ex. 32 to the Calland Decl.).

[11] For example, see https://www.wiltonre.com/wilton-re-completes-acquisition-of-conseco-life-insurance-company-from-cno-financial/, last accessed 7/23/2019.

[12] For example, see BC-0064 (Camp policy OPP provision) (attached as Ex. 1 to the Calland Decl.).

[13] For example, see CLIC 0299938.xls, "Prem Paid Chart" (LifeTrend policy data).

Values" that "presumes that the full annual premium . . . is paid each year."[14] Prior to October 2008, when LifeTrend 3 and 4 policyholders put their policies on OPP status, Conseco sent policyholders account statements indicating that the policies' guaranteed cash values were zero.[15]

14.     Conseco documents demonstrate that LifeTrend policies were priced with the expectation that COI charges would go to zero after the eighth anniversary date of the policy.[16] Conseco did in fact reduce the COI charges to zero after the eighth policy year.[17] In addition, the LifeTrend policies indicated that any changes to COI charges must be "determined on a uniform basis for insureds of the same age, sex, and classification [e.g., smoker vs. non-smoker]."[18]

15.     I understand that Joe Camp is a named plaintiff in this matter. Dr. Camp's monthly COI charge was $173.51 in October 1993, and it was $299.68 in April 2001. Dr. Camp's monthly COI charge generally increased during the eight years in which COI charges were imposed. Dr. Camp's monthly COI charge was $0 beginning in May 2001.[19]

---

[14] For example, see BC-0060 (Camp policy Guaranteed Policy Values table) (attached as Ex. 1 to the Calland Decl.).

[15] For example, see BC-0288 (annual report issued for Burnett 185 policy, showing GCV of 0) (attached as Ex. 22 to the Calland Decl.).

[16] For example, see CLIC 0032106 (Conseco's Feb. 20, 2009 response to Florida regulator questions) (attached as Ex. 37 to the Calland Decl.), CLIC 0007614 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.), CLIC 0008941 (LifeTrend 3 specifications) (attached as Ex. 33 to the Calland Decl.), CLIC 0008952 (LifeTrend 4 specifications) (attached as Ex. 34 to the Calland Decl.), CLIC 0008963 (revised LifeTrend 4 specifications) (attached as Ex. 35 to the Calland Decl.), and CLIC 0011558 (Milliman 2008 Actuarial Report of Conseco Life) (attached as Ex. 27 to the Calland Decl.).

[17] For example, see CLIC 0032106 (Conseco's Feb. 20, 2009 response to Florida regulator questions) (attached as Ex. 37 to the Calland Decl.), CLIC 0007614 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.), CLIC 0018006 (Milliman 2007 Actuarial Report of Conseco Life) (attached as Ex. 28 to the Calland Decl.), and CLIC 0011558 (Milliman 2008 Actuarial Report of Conseco Life) (attached as Ex. 27 to the Calland Decl.).

[18] For example, see BC-0065 (Camp policy Cost of Insurance provision) (attached as Ex. 1 to the Calland Decl.).

[19] See CLIC 0343050_CONFIDENTIAL.txt (CK-4 account value history).

16. The LifeTrend policies included a "Nonparticipating" provision, which prohibits CLIC from recouping prior losses through increased premiums, COI charges, or other charges to policyholders.[20]

17. I understand that the LifeTrend policies required CLIC to send policy owners annual reports that included the death benefit, premiums paid, expense charges, interest credited, mortality charges, outstanding loans, current cash value, net cash value, and all changes since the last report.[21] The LifeTrend policies also provided that CLIC would determine the monthly COI charges as of each monthly policy date.[22]

18. The LifeTrend policies guaranteed policyholders a minimum credited interest rate of 3.5 percent to 4.5 percent (depending on the policy form) on their accumulation account values.[23] Interest rate guarantees protect policyholders from interest rate risk on the money they invested in their policies.

19. I understand that in October 2008, Conseco sent many LifeTrend policyholders form letters notifying them that their policies were substantially "underfunded" ("October 2008 Notice").[24] Conseco stated in the October 2008 Notice that, to maintain their policies, policyholders whose policies had been on OPP status would need to pay so-called "shortfall" payments amounting in many cases to several years' worth of retroactively imposed premiums.[25]

---

[20] For example, see BC-0070 (Camp policy Nonparticipating provision) (attached as Ex. 1 to the Calland Decl.).

[21] For example, see BC-0070 (Camp policy Annual Reports provision) (attached as Ex. 1 to the Calland Decl.).

[22] For example, see BC-0065 (Camp policy Cost of Insurance provision) (attached as Ex. 1 to the Calland Decl.).

[23] For example, see BC-0064 (Camp policy Interest Credits provision) (attached as Ex. 1 to the Calland Decl.).

[24] For example, see BC-0032-48 (Camp October 2008 notice letter) (attached as Ex. 26 to the Calland Decl.).

[25] For example, see BC-0033 (Camp October 2008 notice letter, announcing that Dr. Camp's policy was "Under Funded" by $78,274.97) (attached as Ex. 26 to the Calland Decl.).

Conseco stated that these payments would "restore the guaranteed minimum cash values" of the policies.[26] Conseco asserted that those premiums should have been collected in prior years, but had not been charged due to an alleged "administrative issue."[27] Conseco also stated that, going forward, policyholders would have to pay additional premiums and Conseco would deduct additional COI charges.[28]

20.     The October 2008 Notice also said, "You are not being singled out. This change will be applied uniformly to all policies in the same age, gender and underwriting classification with like benefits and provisions as your policy."[29]

21.     I understand that, in December 2008, Conseco sent policyholders form letters advising them to "temporarily disregard all previous notices sent to you from Conseco Life" regarding the LifeTrend policies ("December 2008 Notice").[30]

22.     I am unaware of any statements between December 2008 and May 2010 in which Conseco told policyholders what the premiums or COI charges for their LifeTrend policies would be.

23.     In May 2010, Conseco and a number of state insurance regulators entered into a regulatory settlement agreement ("RSA"). The RSA permitted Conseco to begin imposing COI charges but imposed limits on the increase in those charges.[31] The new COI charges were

---

[26] For example, see BC-0034 (Camp October 2008 notice letter) (attached as Ex. 26 to the Calland Decl.).

[27] For example, see BC-0033 (Camp October 2008 notice letter) (attached as Ex. 26 to the Calland Decl.).

[28] For example, see BC-0032 (Camp October 2008 notice letter) (attached as Ex. 26 to the Calland Decl.). See also CLIC 0007616-18 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.).

[29] For example, see BC-0032 (Camp October 2008 notice letter) (attached as Ex. 26 to the Calland Decl.).

[30] For example, see BC-0055 (Camp December 2008 letter) (attached as Ex. 31 to the Calland Decl.).

[31] See CLIC 0007630-31(Regulatory Settlement Agreement) and CLIC 0007686-87 (Regulatory

implemented in October 2010 based on a financial model developed by Milliman for the purpose of the RSA negotiations (the "Milliman RSA Model"). According to Conseco, the Milliman RSA Model was designed to enable Conseco to achieve a "break-even" result for the LifeTrend policies from September 30, 2008, forward.[32]

24.     The LifeTrend policies refer to the COI charge as a "mortality charge."[33] Conseco increased COI charges on the LifeTrend policies despite the fact that Conseco's mortality experience improved relative to its original pricing assumptions.[34]

25.     I understand that Plaintiffs contend that Conseco has breached the policies by: improperly determining OPP eligibility and premium amounts owed; demanding "shortfall" payments consisting of several years of retroactively imposed premiums; demanding substantial annual premiums going forward; improperly increasing COI rates and charges; recouping prior losses through increased premiums and charges; diluting the policies' guaranteed interest rates; and providing inaccurate and/or incomplete information about premiums and COI charges.[35]

26.     I also understand that Plaintiffs contend that Conseco wrongfully induced thousands of LifeTrend policyholders to surrender their policies as a result of the announced and implemented changes to the administration of the policies described above.[36] I understand that such contentions are the subject of the above-captioned suit.

---

Settlement Agreement Exhibit G—NGE Change Description).

[32] See CLIC 0007686 (Regulatory Settlement Agreement Exhibit G—NGE Change Description) and CLIC 0774617 (explanation of "sources of earnings" document).

[33] For example, see BC-0362 (Burnett 185 policy) (attached as Ex. 2 to the Calland Decl.).

[34] For example, see CLIC 0032107 (Conseco's Feb. 20, 2009 response to Florida regulator questions) (attached as Ex. 37 to the Calland Decl.).

[35] See Plaintiffs' Memorandum in Support of Motion for Class Certification at 12-15.

[36] See Plaintiffs' Memorandum in Support of Motion for Class Certification at 15-16.

## IV.    THE CLASS

27.    I understand that the proposed class is defined as follows:

> All persons who owned a Class Policy, where Class Policy means
> each Conseco LifeTrend 3, LifeTrend 4 (87 Series), or LifeTrend 4
> (93 Series) policy for which (1) the policy owner invoked that
> policy's Optional Premium Payment prior to October 2008; (2) the
> policy owner received in or after October 2008 either of the
> following: (a) notice that an annual premium or shortfall payment
> was due on that policy, or (b) notice of increased cost-of-insurance
> deductions on that policy; and (3) the policy owner surrendered
> that policy between October 7, 2008 and June 30, 2013.  However,
> notwithstanding the above, a policy is not a Class Policy if the
> Estimated Initial Distribution for that policy in the Table of Initial
> Distribution Allocations attached as Exhibit 3 to Plaintiffs'
> Settlement Agreement with Conseco Life Insurance Company
> (Dkt. 200-1 at 58) is $500.00.[37]

28.    I understand that the proposed subclass is defined as:

> All persons who (1) meet the criteria for the Class; (2) accepted
> optional benefits made available by Conseco Life under the
> Regulatory Settlement Agreement; and (3) signed the standard
> release form accompanying the Regulatory Settlement
> Agreement.[38]

29.    To determine which policies are included in the class, I first review the list of

policies found in CLIC 0904482.xlsx. That document, which I received on March 20, 2014,

appears to be a redacted data extract from Conseco's CK-4 database system. Of the 4,508

policies listed in that document, I identify 2,919 of these policies as designated to confer more

than $500.00 as an estimated initial distribution to the policy owner pursuant to the CLIC

settlement.[39] Next, I exclude 512 policies that appear not to be LifeTrend 3, LifeTrend 4 (87

series), or LifeTrend 4 (93 series) policies.[40] Next, of the remaining 2,407 policies, I exclude 151

---

[37] See Plaintiffs' Motion for Class Certification at 1-2.
[38] See Plaintiffs' Motion for Class Certification at 2.
[39] See Plaintiffs' Settlement Agreement with Conseco Life Insurance Company, Exhibit 3 (Dkt.
200-1 at 58).
[40] See CLIC 0000095-06 (document linking plan codes to policy form) and CLIC 0904482.xlsx

policies that appear not to have invoked the OPP provision prior to October 2008.[41] Consequently, my preliminary damages analysis is based on 2,256 policies.

30.     Approximately 628 of the 2,256 class policies had a face value of $50,000 or less at the time of surrender.[42]

31.     Approximately 1,925 of the 2,256 policies were for insureds who, based on their age at issue, were over the age of 65 as of November 30, 2020; and approximately 1,638 of the class policies were for insureds who, based on their age at issue, were over the age of 70 as of November 30, 2020.[43]

32.     Members of the proposed class signed the RSA release and received distributions from the RSA settlement pool for approximately 644 of the 2,256 class policies.[44]

33.     Some members of the proposed class, including named plaintiff William Burnett, owned more than one policy.[45] I use information from CLIC 0765229.txt to estimate the number of distinct owners of the 2,256 class policies discussed above. That document, which I received on May 17, 2012, appears to be a data extract from Conseco's CK-4 system. First, I rely on social security number ("SSN") information to group policies by common owner, whenever this information is available. Next, I use name, address, and birth date information to corroborate these results and further consolidate groups if necessary. This process identifies an estimated 2,019 distinct policy owners. Finally, for policies without SSN information, I rely on name, address, and birth date information to identify additional distinct policy owners. This step

---

(CK-4 policy data).
[41] For example, see CLIC 0299938.xlsx, "Prem Paid" (LifeTrend policy data).
[42] Calculated from CK-4 data.
[43] Calculated from CK-4 data.
[44] See CLIC 0340501 (RSA settlement elections).
[45] For example, see BC-0335 (Burnett 185 policy) (attached as Ex. 2 to the Calland Decl.), BC-0645 (Burnett 370 policy) (attached as Ex. 3 to the Calland Decl.), BC-0508 (Burnett 380 policy) (attached as Ex. 4 to the Calland Decl.).

identifies an estimated additional 105 distinct policy owners. In total, I estimate there are approximately 2,124 members of the proposed class. I further estimate that 609 of these members of the proposed class are also members of the proposed subclass.[46]

## V. CONSECO TREATED ALL MEMBERS OF THE PROPOSED CLASS THE SAME

34.    The Conseco policies that were owned by members of the proposed class were part of Conseco's LifeTrend book of business and were subject to common contractual provisions defining the OPP provision and the calculation of monthly COI charges.[47] The LifeTrend policies were administered using the CK-4 system and were subject to common administrative practices, such as the reduction of COI charges to zero after eight years. Rate tables were applied using common formulas to determine OPP eligibility and COI charges prior to the October 2008 Notice.[48]

35.    Every member of the proposed class received an October 2008 Notice.[49]

36.    Conseco documents indicate that, starting in October 2008, Conseco intended to use a new, but still uniform, set of formulas to re-determine OPP eligibility and to adopt a new set of rate tables to compute increased COI charges, as reflected in the October 2008 Notice sent to each LifeTrend policyholder.[50]

---

[46] See CLIC 0765229.txt (CK-4 policy data) and CLIC 0340501 (RSA settlement elections).
[47] For example, see CLIC 0032102-20 (Conseco's Feb. 20, 2009 response to Florida regulator questions) (attached as Ex. 37 to the Calland Decl.) and BC-0360-61 (Burnett policy no. ending in 185) (attached as Ex. 2 to the Calland Decl.).
[48] See CLIC 0008940 (LifeTrend 3 specifications) (attached as Ex. 33 to the Calland Decl.), CLIC 0008951 (LifeTrend 4 specifications) (attached as Ex. 34 to the Calland Decl.), and CLIC 0008962 (revised LifeTrend 4 specifications) (attached as Ex. 35 to the Calland Decl.).
[49] For example, see BC-0032-48 (Camp October 2008 notice letter) (attached as Ex. 26 to the Calland Decl.) and CLIC 0032109-10 (Conseco's Feb. 20, 2009 response to Florida regulator questions) (attached as Ex. 37 to the Calland Decl.).
[50] See CLIC 0429660 (Aug. 29, 2008 K. Turner email re "LifeTrend COI Rates – August 2008.xls") and CLIC 0429661-80.XLS (LifeTrend 3 cost of insurance rate chart).

37.     Every member of the proposed class received a December 2008 Notice.[51]

38.     All policies owned by members of the proposed class were included in the Milliman RSA Model. The Milliman RSA Model considered the LifeTrend policies as a group and applied common methods and assumptions to evaluate the group as a whole.[52]

39.     Documents relating to the RSA demonstrate that, for all members of the proposed class, after the implementation of the RSA, Conseco used another uniform set of formulas and rate tables to calculate the changes that were described in and implemented pursuant to the RSA.[53]

## VI.   SHOCK LAPSE

40.     Following the announcement of the changes to the administration of the LifeTrend policies, thousands of LifeTrend policyholders surrendered their policies or let them lapse.[54] Conseco anticipated this outcome, which Conseco referred to as "shock lapse."[55] Only 25, or 0.3%, of all LifeTrend 3, LifeTrend 4 (87 series), and LifeTrend 4 (93 series) policies were surrendered or allowed to lapse during the nine-month period prior to the October 2008 Notice,[56] when Conseco was calculating OPP provision eligibility using a GCV of zero and was not deducting COI charges.

---

[51] For example, see BC-0055 (Camp December 2008 letter) (attached as Ex. 31 to the Calland Decl.) and CLIC 0032110 (Conseco's Feb. 20, 2009 response to Florida regulator questions) (attached as Ex. 37 to the Calland Decl.).

[52] For example, see CLIC 0751632.xls (Milliman RSA Model results).

[53] See CLIC 0007604-88 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.), CLIC 0007686 (Regulatory Settlement Agreement Exhibit G—NGE Change Description), CLIC 0340501 (RSA settlement elections). CLIC 0008698-745 (supporting details for Regulatory Settlement Agreement Exhibit G—NGE Change Description), and CLIC 0340501 (RSA settlement elections).

[54] For example, see CLIC 0812763 (Milliman Nov. 2009 analysis of LifeTrend policies) (attached as Ex. 29 to the Calland Decl.).

[55] For example, see CLIC 0812767 (Milliman Nov. 2009 analysis of LifeTrend policies) (attached as Ex. 29 to the Calland Decl.).

[56] Calculated from CK-4 data. My analysis on this point is limited to the nine-month period

41.     Conseco documents show that Conseco anticipated that the changes to the administration of the policies would result in 25% of policyholders surrendering their policies or letting them lapse.[57] At least within the first year after the October 2008 Notice, Conseco realized that this shock lapse assumption was too low, and the actual shock lapse would be higher than 25%.[58] The Milliman RSA Model assumed a 35% shock lapse.[59]

42.     In the three years following the October 2008 Notice, approximately 35% of the LifeTrend 3, LifeTrend 4 (87 series), and LifeTrend 4 (93 series) policies were surrendered or allowed to lapse. Approximately 2,820 policyholders surrendered 3,454 Policies in those three years.[60]

43.     Prior to October 2008, LifeTrend policyholders were incurring no COI charges, because Conseco did not charge for cost of insurance after the eighth policy year.[61] Accordingly, LifeTrend policyholders were typically able to maintain their policies without making any additional premium payments.

44.     Based on my experience studying the expected and actual behavior of life insurance policyholders, it is my opinion that the sharp increase in the number of policyholders who surrendered or let their policies lapse in the three years after the October 2008 Notice

---

immediately preceding the October 2008 Notice because I do not have access to lapse or surrender information from the CK-4 system for earlier time periods. I understand that Plaintiffs requested such information but that Conseco refused to provide it.

[57] For example, see CLIC 0029006 (Conseco cash-flow testing models).

[58] For example, see CLIC 0050271 (Aug. 31, 2009 C. Nickele email re "Dukes-MacDonald Analysis in Support of Mortality Assumption").

[59] For example, see CLIC 0751632.xls, "SummaryAGI" (Milliman RSA Model results).

[60] Calculated from CK-4 data.

[61] For example, see CLIC 0032106 (Conseco's Feb. 20, 2009 response to Florida regulator questions) (attached as Ex. 37 to the Calland Decl.), CLIC 0007614 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.), CLIC 0018006 (Milliman 2007 Actuarial Report of Conseco Life) (attached as Ex. 28 to the Calland Decl.), and CLIC 0011558 (Milliman 2008 Actuarial Report of Conseco Life) (attached as Ex. 27 to the Calland Decl.).

resulted from the changes to the administration of the policies announced and implemented during that time period. This understanding is also reflected in the Milliman RSA Model, which assumed that policy changes would cause a 35% "shock lapse."[62] Prior to the changes announced in October 2008, the LifeTrend policies provided little or no financial incentive for policyholders to surrender their policies. Policyholder investment accounts were accumulating interest at guaranteed rates; policyholders typically owed no premiums (unless they borrowed on their accounts); and no deductions were being taken from the accounts (except for a $2.50 per month expense charge for LifeTrend 3 policies). By contrast, after October 2008, policyholders faced the uncertain prospect of owing "shortfall" payments as well as having to make ongoing premium payments into their accumulation accounts to cover substantial new COI charges.

45.    By substantially increasing COI charges, Conseco essentially began collecting funds it contends it needed to cover policy guarantees out of policyholders' own pockets.

46.    Conseco's changes substantially devalued the LifeTrend policies. Thousands of LifeTrend policyholders were understandably incentivized enough to surrender their policies in the face of this new reality.

47.    By inducing so many policyholders to surrender or "cash out" their policies, Conseco reduced the size of the LifeTrend book of business and avoided costly insurance coverage requirements for thousands of policyholders.[63]

## VII.    THE SAME METHODS CAN BE USED TO CALCULATE DAMAGES FOR ALL CLASS MEMBERS

48.    Damages to former LifeTrend policyholders can be evaluated, and in fact already have been evaluated, using common methods that rely on data found in Conseco's records. These

---

[62] For example, see CLIC 0751632.xls, "SummaryAGI" (Milliman RSA Model results).
[63] For example, see CLIC 0751632.xls (Milliman RSA Model results).

methods rely on standard techniques used in the insurance industry to value insurance policies and can be applied to determine damages for all members of the proposed class. These techniques, discussed below, involve calculating the net present value of policies' expected future cash flows, considering factors such as mortality and interest.

49.     These methods involve a "but-for" analysis. In the but-for world, I assume that Conseco does not announce or implement the changes discussed in the October 2008 Notice. Specifically, Conseco does not change the way it administers the OPP provision (i.e., no "shortfall" premium payments or future premium payments are demanded) in the but-for world, nor does Conseco announce or implement COI increases.

50.     A but-for analysis computes the value of the net benefits policyholders lost as a result of Conseco's actions and compares this to the net benefits they actually received when they surrendered their policies. The but-for net benefits reflect the intrinsic value of the policy that was lost. They can be expressed as a net present value ("NPV") of the policy's expected future cash flows.

51.     Calculating the NPV of the policy's expected future cash flows is a common approach for valuing whole life insurance policies. I understand that the Milliman RSA Model used such an approach to value the LifeTrend business under a range of scenarios.[64] Generally, such an approach will generate a value for each policy that is less than the policy's face amount.

52.     I have conducted a preliminary damages analysis using this approach. This analysis computes the NPV of expected future cash flows for each policyholder in the but-for world. Expected future cash payments from Conseco to the policyholder include the payment of the policy's face amount in the event the policyholder dies, as well as the payment of the

---

[64] See CLIC 0751632.xls (Milliman RSA Model results).

surrender value in the event the policyholder surrenders. These events can be modeled based on expected mortality rates and surrender/lapse rates. Expected future cash payments from the policyholder to Conseco include premium payments, which can be modeled based on policyholders' premium payment behavior prior to the October 2008 Notice. The values I have used for my analysis are based on LifeTrend policy data and actuarial assumptions used by Conseco in the 2008 timeframe.[65] Based on this analysis, class members incurred damages of

---

[65] Key model inputs are summarized below:

- Mortality rates: Lewis & Ellis 1986 mortality tables (see M-CLIC-00006.xls) adjusted for CLIC experience (see CLIC 0011663 (Conseco 2008 Actuarial Memorandum Appendix E.4.1)).

- Surrender and lapse rates: 0.3% per year based on annualized pre-October 2008 Notice lapses from January to September 2008 as recorded in the CK-4 data (see CLIC 0343050_CONFIDENTIAL.txt).

- COI rates: $0 after policy year 8, consistent with pre-October 2008 Notice policy administration (see, e.g., CLIC 0032106 (Conseco's Feb. 20, 2009 response to Florida regulator questions) (attached as Ex. 37 to the Calland Decl.), CLIC 0007614 (Regulatory Settlement Agreement) (attached as Ex. 46 to the Calland Decl.), CLIC 0018006 (Milliman 2007 Actuarial Report of Conseco Life) (attached as Ex. 28 to the Calland Decl.), and CLIC 0011558 (Milliman 2008 Actuarial Report of Conseco Life) (attached as Ex. 28 to the Calland Decl.)).

- Fixed expense charges: $5/month for all policies (see, e.g., BC-0061 (Camp policy Expense Charges provision) (attached as Ex. 1 to the Calland Decl.)).

- Discount factor: 5.75%, consistent with "break-even analysis" in the Milliman RSA Model, which was used to establish cost of insurance rates for the RSA (see CLIC 0751632.xls (Milliman RSA Model results)).

- Credited interest rates: policy minimums of 3.5-4.5%, plus persistency bonuses up to 1% (see, e.g., M-CLIC-00139 (LifeTrend Pricing Assumptions) and M-CLIC-00059-60 (LifeTrend Pricing Assumptions)).

- Premium payments: $0 if no payment in two years prior to October 2008 Notice; otherwise, average of pre-October 2008 Notice payments after policy year 8. To the extent a policyholder would be required to pay more to maintain his or her policy, I assumed he or she would become a "minimum funder," paying only the minimum required to maintain the policy in force.

- Loans: paid off with deduction from account value in September 2008, with face values also reduced by loan amount.

$60.7 million.[66] Adding prejudgment interest of 5.75% (the discount rate used to compute the present value of future payments), the damages amount to $112.0 million as of the end of November 2020.[67]

53.    My analysis uses a discount rate and a prejudgment interest rate of 5.75% to estimate damages in present value terms. This is the same rate assumed in the Milliman RSA Model, which was used to establish COI rates for the RSA.

54.    Based on the calculations discussed above, without including prejudgment interest, the surrenders of approximately 795 policies resulted in damages of less than $10,000.[68]

55.    Based on the calculations discussed above, without including prejudgment interest, the surrenders of approximately 92 policies resulted in damages of more than $100,000.[69]

56.    An alternative measure of damages shows that my method of calculating damages produces conservative results. I also considered an analysis Conseco performed in response to a regulatory request, in which Conseco estimated what it would cost to convert each LifeTrend policy to a fully paid-up policy.[70] Paid-up policies provide a guaranteed death benefit with no requirement to pay additional premiums. To estimate this cost, Conseco calculated the net single premium ("NSP") for paid-up insurance in the amount of each policyholder's current death benefit and then subtracted the policyholder's accumulation account value from the NSP as of October 2008.

---

[66] Based on this analysis, named plaintiffs William Burnett and Joe Camp incurred damages of $49,813 and $129,198, respectively.

[67] Including prejudgment interest, named plaintiffs William Burnett and Joe Camp incurred damages of $81,636 and $251,534, respectively, as of the end of November 2020.

[68] Calculated from CK-4 data.

[69] Calculated from CK-4 data.

[70] See CLIC 0335729 (Conseco paid-up analysis).

57.     Conseco's cost estimate applied to the current class members provides a reasonable high-end estimate of the damages class members incurred by surrendering their policies, because the LifeTrend policies were substantially comparable to fully paid-up policies at the time of the October 2008 Notice. Due to the combination of the LifeTrend policies' OPP provision and Conseco's reducing COI and expense charges to zero after eight policy years,[71] LifeTrend policyholders generally should have expected to be able to carry their policies to maturity without additional premium payments. Based on this estimate, class members incurred damages of $99.2 million as of October 2008.[72] Adding prejudgment interest of 5.75% (consistent with the discount rate used in my preliminary damages model), the damages amount to $195.0 million as of the end of November 2020.[73]

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on January 8, 2021.

_____
Mark J. Browne

---

[71] One exception is that LifeTrend 3 policies continued to deduct expense charges of $2.50 per month after eight years, and both LifeTrend 3 and 4 policies may have permitted CLIC to increase per-policy expense charges to a maximum of $5 per month.

[72] Based on this estimate, named plaintiffs William Burnett and Joe Camp incurred damages of $65,507 and $205,141, respectively.

[73] With prejudgment interest, named plaintiffs William Burnett and Joe Camp incurred damages of $128,729 and $403,125, respectively.

**Appendix A**

**MARK JOSEPH BROWNE**
**Robert Clements Distinguished Chair in Risk Management and Insurance**

November 23, 2020

**OFFICE ADDRESS**                                              **HOME ADDRESS**

School of Risk Management                                    191 Villard Avenue
Tobin College of Business                                     Hastings-on-Hudson, NY 10706
St. John's University                                              608-334-5514
101 Astor Place, Suite 215
New York, New York  10003
email:    brownem1@stjohns.edu
phone:   212-277-5175

**ACADEMIC SUMMARY**

| | |
|---|---|
| **Ph.D.** | University of Pennsylvania, 1989. |
| | Major Area:      Risk Management and Insurance (The Wharton School) |
| | Minor Area:      Economics, Statistics |
| | Dissertation Title: "Evidence of Adverse Selection in the Individual Health Insurance Market" |

| | |
|---|---|
| **M.A.** | University of Pennsylvania, 1986. |
| | Major Area:      Risk Management and Insurance |

| | |
|---|---|
| **B.S.** | University of Pennsylvania, 1981. |
| **Economics** | Major Area:      Risk Management and Insurance |

**ACADEMIC EXPERIENCE**

Primary Appointment

| | |
|---|---|
| September, 2013 – present | Department Chair, School of Risk Management |
| | Tobin College of Business, St. John's University |
| | And *Robert Clements Distinguished Chair in Insurance* |
| June, 2001 – August, 2013 | Professor of Risk Management and Insurance, |
| | School of Business |
| August, 2010 – Dec. 2012 | Dept Chair, Actuarial Science, Risk Management, and Insurance |
| | School of Business, University of Wisconsin - Madison |
| January, 2005 – May, 2007 | Associate Dean of Undergraduate Programs, School of Business |
| | University of Wisconsin - Madison |
| June, 2001 – August 2006 | Dept Chair, Actuarial Science, Risk Management, and Insurance |
| | School of Business, University of Wisconsin - Madison |
| June, 1995 – June, 2001 | Associate Professor of Risk Management and Insurance |
| | School of Business, University of Wisconsin-Madison |

August, 1992 - June, 1995        Assistant Professor of Risk Management and Insurance
School of Business, University of Wisconsin-Madison

January, 1988 - July, 1992       Assistant Professor of Risk Management and Insurance
The University of Georgia

Summer 1986, 1987        Health Economics Lecturer, Rutgers University – Camden

Secondary Appointments

Associate Member, Munich Risk and Insurance Center,
Ludwig Maximilians Universitat (Munich, Germany)

Board Member, International Research Advisory Board, Risk and Insurance Research Center,
National Chengchi University (Taipei, Taiwan)

Member of the Board of Directors, Mitsui Sumitomo Marine Management

**SPECIAL HONORS AND AWARDS**

Huebner Foundation Fellowship, 1983-1987.
CPCU - Harry J. Loman Foundation Award, 1991.
International Insurance Society, Research Award, 1997.
Beta Gamma Sigma Dean's Award for Teaching Excellence, 2000.
Larsen Award for Teaching Excellence, 2002.
Vilas Research Fellow, 2000 – 2002.
Shin Research Award, International Insurance Society, 2000, 2002, 2004.
ARIA Award for Teaching Excellence, American Risk and Insurance Association, 2008
Erskine Fellowship, University of Canterbury (Christchurch, NZ) – 2012

**PUBLICATIONS**

**Journal Articles**

Mark J. Browne and James S. Trieschmann, "Salary and Benefit Compensation at American Research Universities," *Journal of Risk and Insurance,* September 1991, Vol. 58, No. 3, 513-524.

Mark J. Browne, "Evidence of Adverse Selection in the Individual Health Insurance Market," *Journal of Risk and Insurance*, March 1992, Vol. 59, No. 1, 13-33.

Mark J. Browne, "State Restrictions on Health Insurance Underwriting Criteria: The Effect on the Uninsured Population," *Journal of Insurance Regulation*, Summer 1992, Vol. 10, No. 4, 585-597.

Mark J. Browne and Robert Hoyt, "Excess Returns and the Underwriting Cycle in the Property-Liability Insurance Market," *Journal of Insurance Regulation*, Fall 1992, Vol. 11, No. 1, 67-78.

Mark J. Browne and Helen Doerpinghaus, "Information Asymmetries and Adverse Selection in the Market for Individual Medical Expense Insurance," *Journal of Risk and Insurance,* June, 1993, Vol. 60, No. 2, 300-312.

Mark J. Browne and Kihong Kim, "An International Analysis of Life Insurance Demand," *Journal of Risk and Insurance,* December, 1993, Vol. 60, No. 4, 616-634.

Mark J. Browne, "The Definition of Insurance: Implications for a Health Insurance Demand Model," *Journal of Actuarial Practice,* 1993, Vol. 1, No. 2, 71-95.

Han Duck Lee, Mark J. Browne and Joan T. Schmit, "How Does Joint and Several Tort Reform Affect the Rate of Tort Filings? Evidence from the State Courts," *Journal of Risk and Insurance,* June 1994, Vol. 61, No. 2, 295-316.

Mark J. Browne and Robert E. Hoyt, "Economic and Market Predictors of Insolvencies in the Property-Liability Insurance Industry," *Journal of Risk and Insurance,* June 1995, Vol. 62, No. 2, 309-327.

Mark J. Browne and Helen Doerpinghaus, "Asymmetric Information and the Demand for Medigap Insurance," *Inquiry,* Winter 1994/95, Vol. 31, No. 4, 445-450.

Mark J. Browne and Robert Puelz, "Statutory Rules, Attorney Involvement, and Automobile Liability Claims," *Journal of Risk and Insurance,* March 1996, Vol. 63, No. 1, 77-94.

Dan R. Anderson and Mark J. Browne, "Managed Care in Workers Compensation," *CPCU Journal*, Fall 1996, Vol. 49, No. 3, 22-39.

Mark J. Browne, "Health Insurance for the 'Uninsurable': State High Risk Pools," *Journal of Insurance Regulation,* Summer 1997, Vol. 15, No. 4, 524-539.

Joan T. Schmit, Mark J. Browne and Han Duck Lee, "The Effect of State Tort Reforms on Claim Filings," *Risk Management and Insurance Review,* Summer 1997, Vol. 1, No. 1, 1-17.

Virginia R. Young and Mark J. Browne, "Explaining Insurance Policy Provisions via Adverse Selection," *The Geneva Papers on Risk and Insurance Theory,* 1997, Vol. 22, 121-134.

Mark J. Browne and Brenda P. Wells, "Claims Adjudication in the Personal Automobile Insurance Residual Market," *The Journal of Risk and Insurance,* June 1999, Vol. 66, No. 2, 275-290.

Mark J. Browne and Robert Puelz, "The Effect of Legal Rules on the Value of Economic and Non-Economic Damages and the Decision to File," *Journal of Risk and Uncertainty,* 1999, 18:2, 189-213.

Mark J. Browne, James C. Carson, and Robert E. Hoyt, "Economic and Market Predictors of Insolvencies in the Life-Health Insurance Industry," *Journal of Risk and Insurance,* 1999, 66:4, 643-659.

Mark J. Browne, Jaewook Chung, and Edward W. Frees, "International Property-Liability Insurance Consumption," *Journal of Risk and Insurance,* 2000, 67:1, 73-90.

Mark J. Browne and Robert E. Hoyt, "The Demand for Flood Insurance: Empirical Evidence," *Journal of Risk and Uncertainty,* 2000, 20:3, 291-306.

Virginia R. Young and Mark J. Browne, "Equilibrium in Competitive Insurance Markets Under Adverse Selection and Yaari's Dual Theory of Risk," *The Geneva Papers on Risk and Insurance Theory,* Vol. 25, No. 2, 2000.

Mark J. Browne, James C. Carson, and Robert E. Hoyt, "Dynamic Financial Models of Life Insurers," *North American Actuarial Journal,* 2001, 5:2.

Margie Rosenberg and Mark J. Browne, "The Impact of the Inpatient Prospective Payment System and Diagnosis Related Groups: A Survey of the Literature," *North American Actuarial Journal,* 2001, 5:4.

Mark J. Browne and Joan T. Schmit, "Insurance Claims and Legal Filings: Trends from 1977 - 1997," *International Insurance Society Seminar Proceedings,* 2002. Recipient of the Shin Award for Research Excellence.

Mark J. Browne, "Risk Management and Insurance Research: 1980 - 2002," *Risk Management and Insurance Review,* Vol. 6, Iss 1, 2003.

Mark J. Browne, Ellen Pryor, and Robert Puelz, "The Effect of Bad Faith Laws on the Value of Economic and Non-Economic Damages," *Journal of Legal Studies,* Vol. 33, 2004.

Yu-Luen Ma and Mark J. Browne, "Premium Cross-Subsidization and Choice in the Group Health Insurance Market," *Journal of Risk and Insurance,* September 2005.

Mark J. Browne, "Adverse Selection in the Long-Term Care Insurance Market," Insurance: Theoretical Analysis and Policy Implications, editors Pierre-André Chiappori and Christian Gollier, MIT Press, 2006, forthcoming.

Wenjiu Liu and Mark J. Browne, "First-Best Equilibrium in Insurance Markets with Transaction Costs and Heterogeneity," *Journal of Risk and Insurance,* Volume 74, No. 4, December 2007, pp. 739-760.

Mark J. Browne and Joan Schmit, "Litigation Patterns in Automobile Bodily Injury Claims 1977 – 1997," *Journal of Risk and Insurance,* 75 (1) 83-100, 2008.

Yu Lei and Mark J. Browne, "Medical Malpractice Insurance Market Entry and Exit: 1994 - 2006", *Journal of Insurance Regulation*, Volume 27, Issue 1, Fall 2008, pp. 47-72.

Mark J. Browne, Yu-Luen Ma and Ping Wang, "Stock-Based Compensation and Reserve Errors in the Property and Casualty Insurance Industry," *Journal of Insurance Regulation*, Volume 27, Issue 4, Summer 2009, pp. 35 -54.

Tian Zhou-Richter, Mark J. Browne, and Helmut Grundl, "Don't They Care? Or, Are They Just Unaware? Risk Perception and the Demand for Long-Term Care Insurance," *Journal of Risk and Insurance*, Volume 77, No. 4, December 2010, pp. 715-747.

Browne, M., Ju, L., Lei, Y.. Reinsurance Purchases, Contingent Commission Payments and Insurer Reserve Estimation. *The Geneva Papers on Risk and Insurance - Issues and Practice,* Volume 37, No. 3, 2012, pp. 452-466.

Browne, M., Kamiya, S., A Theory of the Demand for Underwriting. *Journal of Risk and Insurance*, Volume 79, Issue 2, 2012, pp. 334-349.

Hoffman, Annette and Mark Browne, "One-sided commitment in dynamic insurance contracts: Evidence from private health insurance in Germany," *Journal of Risk and Uncertainty*, Volume 46, Issue 1, 2013, pp. 81-112.

Mark J. Browne, Lan Ju and Zhiyong Tu, "Broker monitoring of premium adequacy: the role of contingent commissions," *Applied Economics*, Volume 46, Number 20, 2014, pp. 2375-2386.

Mark J. Browne and Tian Zhou-Richter, "Lemons or Cherries? - Asymmetric Information in the German Private Long-Term Care Insurance Market," *The Geneva Papers on Risk and Insurance - Issues and Practice*, Volume 39, Issue 4, 2014, pp. 603-624.

Browne, M., Knoller, Christian and Richter, Andreas, "Behavioral Bias and the demand for bicycle and flood insurance. *Journal of Risk and Uncertainty,* Volume 50, Issue 2, 2015, pp. 141-160.

Thompson, M. P., Haas, J. R., Finney, M. A., Calkin, D. E., Hand, M. S., Browne, M., Halek, M., Short, K. C., Grenfell, I. C., "Development and application of a probabilistic method for wildfire suppression cost modeling," *Forest Policy and Economics,* Volume 50, 2015, pp. 249-258.

Lei, Y., and Browne, M. J., "Underwriting Strategy and the Underwriting Cycle in Medical Malpractice Insurance," *The Geneva Papers on Risk and Insurance - Issues and Practice*, Volume 42, Issue 1, 2017, pp. 152-175.

Pooser, David, Mark J. Browne and Olkesandra Archangela, 2018, "Growth in the Perception of Cyber Risk: Evidence from U.S. P&C Insurers," *The Geneva Papers on Risk and Insurance - Issues and Practice,* vol. 43(2), pages 208-223.

Pooser, David and Mark J. Browne, 2018, "The Effect of Customer Satisfaction on Company Profitability: Evidence from the Property and Casualty Insurance Industry," *Risk Management and Insurance Review*, vol. 21(2), pages 289-308.

Browne, Mark J. and Verena Jaeger and Petra Steinorth, February 2019, "The impact of economic conditions on individual and managerial risk taking," *The Geneva Risk and Insurance Review*, Vol. 44, pages 27-53.

Browne, Mark and Carolyn A. Dehring, David L. Eckles, and William D. Lastrapes, 2019, "Does National Flood Insurance Program Participation Induce Housing Development?" *Journal of Risk and Insurance*, vol. 86 (4), pages 835-859.

Browne, Mark J. and Annette Hofmann, Sophie-Madeleine Roth, Andreas Richter and Petra Steinorth, "Peer Effects in Risk Preferences: Evidence from Germany," *Annals of Operations Research*, Forthcoming (accepted for publication in November 2019).

Lei, Y. and Browne, Mark J., "Health Insurers' Operations in the Face of Health Care Reform: An Analysis of the Supplemental Health Care Exhibit," *Risk Management and Insurance Review*, Forthcoming (accepted for publication in August 2020)

**Refereed Articles in Books**

Mark J. Browne, "Adverse Selection in the Long-Term Care Insurance Market," Insurance: Theoretical Analysis and Policy Implications, editors Pierre-André Chiappori and Christian Gollier, MIT Press, 2006, pp. 97-112.

Mark J. Browne and Martin Halek, "Managing Flood Risk: The National Flood Insurance Program and Alternatives," Public Insurance and Private Markets, editor Jeffrey R. Brown, American Enterprise Institute for Public Policy Research, Washington D.C., 2010, pp. 143-172.

**Refereed Proceedings**

Mark J. Browne, Jaewook Chung, and Edward W. Frees, "International Property-Liability Insurance Consumption," Seminar Proceedings of the 1997 meeting of the International Insurance Society.

Mark J. Browne, "Adverse Selection on the Long-Term Care Insurance Market," Seminar Proceedings of the 2000 meeting of the International Insurance Society.

Mark J. Browne, Yuluen Ma, and Ping Wang, "Stock Options and Reserve Errors," Proceedings of the International Insurance Society, International Insurance Society Shin Award for Research Excellence, 2004.

**Conference Papers and Presentations**

"The Definition of Insurance: Implications for a Health Insurance Demand Model," American Risk and Insurance Association Annual Meeting, August 1988.

"Seasonality and the Incidence of Automobile Insurance Claims," Southern Risk and Insurance Association Annual Meeting, November 1988 (with Kihong Kim).

"Theory and Evidence of Subsidization by Income Class in Group Health Insurance," American Risk and Insurance Association Annual Meeting, August 1989.

"National Economic Growth and the Insurance Sector of a Nation's Economy," Southern Risk and Insurance Association Meeting, November 1989 (with Kihong Kim).

"Real and Nominal Salary and Benefit Compensation of Faculty at American Research Universities," Western Risk and Insurance Association Annual Meeting, January 1990 (with James Trieschmann).

"Excess Returns and the Underwriting Cycle in the Property and Liability Insurance Industry," American Risk and Insurance Association Annual Meeting, August 1990 (with Robert Hoyt).

"The Effects of the Coinsurance and Deductible Provisions on Pooling in an Insurance Market with Adverse Selection," American Risk and Insurance Association Annual Meeting, August 1990.

"Adverse Selection in the Individual Medical Expense Insurance Market," American Risk and Insurance Association Annual Meeting, August 1991 (with Helen Doerpinghaus).

"Economic and Market Predictors of Insolvencies in the Property-Liability Insurance Industry," Southern Risk and Insurance Association, Annual Meeting, November 1991 (with Robert Hoyt).

"A Direct Test for Information Asymmetries in the Individual Health Insurance Market," Risk Theory Seminar, April 1992 (with Helen Doerpinghaus).

"Market Asymmetries and the Demand for Medigap Insurance," American Risk and Insurance Association Annual Meeting, August 1992 (with Helen Doerpinghaus).

"Economic and Market Predictors of Insolvencies in the Property-Casualty Insurance Industry," American Risk and Insurance Association, Annual Meeting, August 1992 (with Robert Hoyt).

"The Impact of Tort Reform on Litigation Frequency," American Risk and Insurance Association Annual Meeting, August 1992 (with Han Duck Lee and Joan Schmit).

"State Tort Reform Initiatives and the Rate of Tort Filings," American Risk and Insurance Association, August 1993 (with Han Duck Lee and Joan Schmit).

"State Health Care Pools for High-Risks," American Risk and Insurance Association Annual Meeting, August, 1993.

"Joint and Several Tort Reform: Evidence from the State Courts," Western Risk and Insurance Association, January 1994 (with Han Duck Lee and Joan Schmit).

"The Demand for Flood Insurance: Empirical Evidence," American Risk and Insurance Association, August 1995 (with Robert Hoyt).

"Optimal Pooling Insurance and Adverse Selection," American Risk and Insurance Association, August 1995 (with Virginia Young).

"The Effect of Statutory Rules and Attorney Involvement on Automobile Liability Claims," University of Minnesota, January 1996 (with Robert Puelz).

"Optimal Insurance Contracts and Adverse Selection," Risk Theory Society, April 1996 (with Virginia Young).

"Joint Underwriting Associations and Assigned Risk Plans: Claims Adjudication in the Personal Automobile Insurance Market," American Risk and Insurance Association, August 1996 (with Brenda Wells).

"International Property-Liability Insurance Consumption," International Insurance Society, Mexico City, 1997 (with Jaewook Chung and Edward W. Frees).

"Economic and Market Predictors of Insolvencies in the Life Insurance Industry," 5th International Conference on Insurance Solvency and Finance, London, 1997 (with James M. Carson and Robert E. Hoyt).

"Workers Compensation and Managed Care," Southern Methodist University, 1997 (with Dan Anderson).

"Dynamic Financial Models of Life Insurers," American Risk and Insurance Association, San Diego, 1997 (with James M. Carson and Robert E. Hoyt).

"The Effect of Legal Rules on the Value of Economic and Non-Economic Damages and the Decision to File," American Risk and Insurance Association, Boston, 1998 (with Robert Puelz)

"The Demand for Flood Insurance: Empirical Evidence," Geneva Association Annual Meeting, Vienna, 1998 (with Robert E. Hoyt).

"Prohibitions on Health Insurance Underwriting: A Means of Making Health Insurance Available or a Cause of Market Failure," American Risk and Insurance Association, Vancouver, 1999 (with Edward W. Frees).

"The Effect of Bad Faith Laws on the Value of Economic and Non-Economic Damages," Southern Risk and Insurance Association, Orlando, 1999 (with Ellen Pryor and Robert Puelz).

"Insurance Claims and Legal Filings: Trends from 1977-1997," American Risk and Insurance Association, Baltimore, 2000 (with Joan T. Schmit).

"Adverse Selection in the Long-Term Care Insurance Market," International Insurance Society, Inc., Vancouver, B.C., Canada, 2000.

Mark J. Browne, "Insurance Claims and Legal Filings: Trends from 1977-1997," International Insurance Society, Singapore, 2002 (with Joan T. Schmit).

Mark J. Browne, "The Effect of Bad Faith Laws on the Value of Economic and Non-Economic Damages," Annual Meeting of the Geneva Association, Nottingham, England, 2002 (with Ellen Pryor and Robert Puelz).

Mark J. Browne, "Reserve Errors and Stock Options," American Risk and Insurance Association, Denver, 2003 (with Yuluen Ma and Ping Wang).

Mark J. Browne, "Adverse Selection in the Long-Term Care Insurance Market," CESifo Conference,

Venice, 2003.

Mark J. Browne and Joan T. Schmit, "Insurance Claims and Legal Filings: Trends from 1977-1997," European Group of Risk and Insurance Economists, Marseille, France, 2004.

Mark J. Browne, Yuluen Ma, and Ping Wang, "Stock Options and Reserve Errors," International Insurance Society, London, 2004.

Mark J. Browne, Yuluen Ma, and Joan T. Schmit, "On the Escalating Medical Malpractice Insurance Premium Rates," American Risk and Insurance Association, Chicago, 2004.

Mark J. Browne, The Bowman Paradox in the U.S. Property and Casualty Insurance Industry, WRIEC, Salt Lake City, 2005.

Mark J. Browne, Yuluen Ma and Ping Wang, "Executive Stock Option Compensation and Reserve Errors in the Property and Casualty Insurance Industry," European Group of Risk and Insurance Economists (EGRIE), Barcelona, 2006.

Mark J. Browne and Lan Ju, "Property - Casualty Insurer Reserve Errors: A Holistic Analysis in Commercial Lines," American Risk and Insurance Association, Washington D.C., 2006

Mark J. Browne and Lan Ju, "Reinsurance Purchases as a Financial Market Signal: Evidence from Reserve Estimation", SCOR, Paris, France. (September 2007).

Mark J. Browne and Lan Ju, "Contingent Commissions and Market Cycles", American Risk and Insurance Association, Quebec City, Canada. (August 2007).

Mark J. Browne, Helmut Grundl, and Roman Schulze, "Do They Know At All? Analyzing Children's Exposure to Their Parents' Long-Term Care Risk", American Risk and Insurance Association, Quebec City, Canada. (August 2007).

Mark J. Browne and Lan Ju, "Reinsurance Purchases as a Financial Market Signal: Evidence from Reserve Estimation", American Risk and Insurance Association, Quebec City, Canada. (August 2007).

Browne, Mark (Presenter & Author), "Insurance Economics and Social Policy", NCCU RMI, Taipei, Taiwan. (October 14, 2008).

Browne, Mark (Author Only), Kamiya, Shinichi (Presenter & Author), "The Demand for Underwriting", European Group of Risk and Insurance Economists, Toulouse, France. (September 2008).

Browne, Mark (Author Only), Kamiya, Shinichi (Presenter & Author), "Adverse Selection with Underwriting Costs", American Risk and Insurance Association, San Diego, CA. (August 2008).

Browne, Mark (Presenter & Author), Ju, Lan (Author Only), Kamiya, Shinichi (Presenter & Author), "Coalition Proof Incentives and the Use of Contingent Commissions: Evidence from the Insurance Underwriting Cycle", American Risk and Insurance Association, San Diego, CA. (August 2008).

Browne, Mark (Presenter & Author), Ma, Yuluen (Presenter & Author), Wang, Ping (Presenter & Author), "Executive Compensation and Reserve Errors in the Property and Casualty Insurance Industry", American Risk and Insurance Association, San Diego, California. (August 2008).

Luan, Cuncun (Presenter & Author), Browne, Mark (Author Only), "The Effect of Organizational Form and Market Concentration on Automobile Insurance Claims Settlement", American Risk and Insurance Association, San Diego, California. (August 2008).

Halek, Martin (Presenter & Author), Browne, Mark (Presenter & Author), "Managing Flood Risk: A Discussion of the National Flood Insurance Program and Alternatives", American Enterprise Institute for Public Policy Research, Washington, D.C.. (January 15, 2009).

Browne, Mark, "Are they aware, do they care? Analyzing adult children's demand for insuring their parents' long-
term care risk", Berlin, Germany. (March 4, 2009).

Browne, Mark (Author Only), Zhou-Richter, Tian (Presenter & Author), Grundl, Helmut (Author Only), "Don't
They Care? Or, Are They Just Unaware? Risk Perception and the Demand for Long-Term Care Insurance", EGRIE, Bergen, Norway. (November 22, 2009).

Browne, Mark (Presenter & Author), "Market Imperfections and the Demand for Long-Term Care Insurance",
The University of Georgia, Athens, Georgia. (April 2, 2010).

Browne, Mark (Author Only), Kamiya, Shin-ichi (Presenter & Author), "A Theory of the Demand for Underwriting", Risk Theory Society, Athens, Georgia. (April 18, 2010).

Browne, Mark (Author Only), Lan Ju and Yu Lei, "Insurer Reserve Estimation: Reinsurers, Brokers and the
Taxman," World Risk and Insurance Economics Conference, Singapore, (July 25-29, 2010).

Browne, Mark and Carolyn A. Dehring, David L. Eckles, and William D. Lastrappes, "Does National Flood Insurance Program Participation Induce Excessive Development in High-Risk Areas? Evidence from Florida Counties," American Real Estate and Urban Economic Association, Denver, (January 2011).

Browne, Mark and Annette Hofmann, "One-Sided Commitment in Dynamic Insurance Contracts: Evidence from Private Health Insurance in Germany," American Risk and Insurance Association, Denver (January 2011).

Browne, M. and Annette Hofmann, "One-Sided Commitment in Dynamic Contracts: Evidence from Private Health insurance in Germany", Goethe University, Frankfurt, Germany. (May 2011).

Browne, M. (Presenter & Author), "One-Sided Commitment in Dynamic Contracts: Evidence from Private Health insurance in Germany", Temple University, Philadelphia, PA. (February 2011).

Browne, M., "Insurance Economics and Bad Faith," Rutgers University – Camden (February 2012).

Lei, Yu and Mark Browne, "Underwriting Strategy and the Underwriting Cycle in the Medical Malpractice Insurance Industry," American Risk and Insurance Association, Minneapolis (August 2012).

Browne, Mark and Christian Knoller and Andreas Richter, "Insuring my Bicycle or my House? Behavioral Biases and the Demand for Flood Insurance," European Group of Risk and Insurance Economists, Palma de Mallorca (September 2012).

Browne, Mark and Chunyan Zhang, "Loss Reserve, Income Smoothing and Risks of Property and Casualty Insurance Companies," American Risk and Insurance Association, Washington D.C. (August 2013).

Browne, Mark and Verena Jaeger and Petra Steinorth, "The Impact of Life Changing Events on Risk

Attitude Over Time," American Risk and Insurance Association, Seattle, (August 2014).

Browne, Mark, "Liability and Loss Compensation," 2015 China International Conference on Insurance and Risk Management, Hangzhou, China, Keynote Address, (July 2015).

Browne, Mark and Richard Peter and Andreas Richter, "Competitive Insurance Markets under Asymmetric Information when Agents Make Mistakes," World Risk and Insurance Economics Conference, Munich, Germany, (August 2015).

Browne, Mark and Verena Jaeger and Petra Steinorth, "Impact of Economic Conditions on Individual Risk Preferences," World Risk and Insurance Economics Conference, Munich, Germany, (August 2015).

Browne, Mark and Verena Jaeger, Petra Steinorth and Andreas Richter, "Family Transitions and Risk Attitude," ARIA, Boston (August 2016).

Yu Lei and Mark Browne, "The Impact of the Affordable Care Act on the Financial Performance of Health Insurers, ARIA, Boston (August 2016).
Gemmo, Irina and Mark Browne and Helmut Grundl, "Transparency Aversion and Insurance Market Equilibrium," Risk Theory Society, Madison, Wisconsin (May 2017)

Browne, Mark J (Author), Steinorth, Petra (Author & Presenter), Hofmann, Annette (Author &Presenter), Richter, Andreas (Author), Roth, Sophie-Madeleine (Author & Presenter), ARIA, "Peer Effects in Risk Taking: Evidence from Germany," ARIA, Toronto, Ontario, Canada. (August 2017).

Browne, Mark J (Author), Gemmo, Irina (Author & Presenter), Grundl, Helmut (Author), ARIA, "Transparency Aversion and Insurance Market Equilibrium," ARIA, Toronto, Ontario, Canada. (August 2017).

M. Browne, "How to Write an Academic Paper – from a Senior Researcher's Perspective," R&I Research Seminar, Ludwig Maximilians – Universitat Munchen, Munich Germany, July 29, 2019.

M. Browne, A. Hofmann, X. Lin "Race Discrimination in the Adjudication of Claims: Evidence from Earthquake Insurance" American Risk and Insurance Association (ARIA), San Francisco, California, August 2019.

M. Browne, A. Hofmann, X. Lin "Race Discrimination in the Adjudication of Claims: Evidence from Earthquake Insurance", European Group of Risk and Insurance Economists (EGRIE), Rome, Italy, September 2019.


**RESEARCH AND PUBLICATIONS IN PROGRESS**

**Articles in Review**

Pooser, David and Mark J. Browne, "The Effects of Customer Satisfaction on Company Profitability: Evidence from the Property & Casualty Insurance Industry," *Risk Management and Insurance Review*, 2nd round.

Gemmo, Irina and Mark Browne and Helmut Grundl, "Transparency Aversion and Insurance Market Equilibrium."


**Research in Progress**

Gemmo, Irina and Mark Browne and Helmut Grundl, "Transparency Aversion and Insurance Market Equilibrium."

Browne, Mark and Verena Jaeger, Petra Steinorth and Andreas Richter, "Family Transitions and Risk Attitude,"

**RESEARCH SUPPORT**

"Economic and Market Predictors of Insolvencies in the Property and Casualty Insurance Industry," CPCU - Harry J. Loman Award, 1992 (with Robert E. Hoyt), $2,500.

"State Restrictions on Health Insurance Underwriting Criteria," University of Georgia Foundation for Research, 1992, $3,900.

"Prohibitions on Health Insurance Underwriting: A Means of Making Health Insurance Available and Affordable or a Cause of Market Failure?" University of Wisconsin-Madison, 1996, $17,224.

"Economic and Market Predictors of Insolvencies in the Life Insurance Industry," Society of Actuaries, 1996 (with Robert E. Hoyt and James Carson), $38,000.

"Prohibitions on Health Insurance Underwriting: A means of Making Health Insurance Available and Affordable or A Cause of Market Failure?" Agency for Health Care Policy and Research (National Institutes of Health) (with Edward W. Frees), $230,283.

$94,378 grant with Employers Reinsurance – GE Insurance Solutions to conduct and publish a survey of primary insurance companies to arrive at a Reinsurance Price Index, 2004. (with Dan Anderson & Joan Schmit).

**TEACHING**

| **Undergraduate** | **MBA** |
|---|---|
| Employee Benefits Management | Health Insurance Seminar |
| Government Insurance Programs | Property Risk Management |
| Property Risk Management | |
| Introduction to Insurance | **Ph.D.** |
| Commercial Lines Insurance | |
| Advanced Property Insurance | Property and Casualty Insurance Seminar |
| Health Insurance Financing | Life and Health Insurance Seminar |
| Corporate Risk Management | |

**Dissertation Committees**

Robert Puelz, Ph.D., 1991, Committee Member, completed
Kihong Kim, Ph.D., 1992, Committee Chair, completed
Han-Duck Lee, Ph.D., 1992, Committee Member, completed
James Michael Carson, Ph.D., 1993, Committee Member, completed
Linda Leetch, Ph.D., 1994, Committee Member, completed
Jaewook Chung, Ph.D., 1996, Committee Chair, completed
David Mott, Ph.D., 1997, Committee Member, completed
Yu Luen Ma, Ph.D., 1999, Committee Chair, completed
Nat Pope, Ph.D., 1999, Committee Member, completed
Julie M. Ganther, Ph.D., 2000, Committee Member, completed
Yu (Jack) Luo, Ph.D., 2000, Committee Member, completed
Jia-Hsing (Jason) Yeh, Ph.D., 2000, Committee Member, completed

Wenjiu (Jerry) Liu, 2001, Committee Chair, completed
Richard Cline, Ph.D, 2001, Committee Member, completed
Dana Kerr, Ph.D., 2002, Committee Member, completed
Yu Lei, 2004, Committee Chair, completed
Ping Wang, 2005, Committee Co-Chair, completed
Yayuan Ren, 2006, Committee Member, completed
Jie Gao, 2007, Committee Member, completed
Lan Ju, 2008, Committee Chair, completed
Ray Gilmore, 2010, Committee Chair, completed
Yunjie (Winnie) Sun, 2010, Committee member, completed
Cuncun Luan, Committee Chair, completed
Chunyan Zhang, Committee Chair, current
Joyce Lin, Committee member, completed

**SERVICE**

**Public**

| | |
|---|---|
| 2019 | Griffith Leadership Council, Board Member |
| 2018 | Griffith Leadership Council, Board Member |
| 2017 | Interviewed on National Public Radio on flood insurance |
| | Griffith Leadership Council, Board member |
| 2015 | Quoted on flooding in South Carolina in USA TODAY. |
| 2013 | Interviewed on NPR's "Morning Edition" on flood insurance. |
| 2011 | Quoted on health care reform in Bloomberg  BusinessWeek, January 3, 2011, p. 9. |
| 2006-10 | Media interviews on various topics related to risk and insurance |
| 2005 | Testimony on flood insurance to U.S. Senate Banking, Housing and Urban Affairs Committee. |
| | Participation on a flood insurance panel discussion sponsored by the Center on Federal Financial Institutions.  This was televised several times on C-Span. |
| | Newspaper interviews on various topics related to risk and insurance. |
| 2004 | Newspaper interviews on various topics related to risk and insurance. |
| 2003 | Newspaper interviews on various topics related to risk and insurance. |
| 2002 | Newspaper interviews on various topics. |
| 2001 | Newspaper interviews on various topics. |
| 2000 | Newspaper interviews on various topics including employee benefits and government insurance programs. |
| 1999 | Newspaper interviews on various topics including employee benefits and government insurance programs. |
| 1997 | Interviews by print and broadcast media |
| | Expert witness in several legal cases |
| 1996 | Interview on WISC TV3 |
| | Presentation for National Council on Aging |
| | St. Andrews Nursery School, Board of Directors |
| | Consultant to Dane County Mental Health Association |
| | Expert witness in several cases |
| | Partnership with American College and Wisconsin Association of Life Underwriters to provide continuing education to agents |
| 1995 | Presentation to CPCU Dairyland Chapter, "Managed Care in Workers Compensation" |
| | Consultant to General Casualty Insurance Company |
| | Expert witness in several cases |
| | Contributor to print media |
| | Adjunct Scholar, Mackinac Center for Public Policy |
| 1994 | St. Andrew's Nursery School, Board of Directors |
| | Presentation to Congressman Scott Klug's Small Business Health Care Task Force |

Consultant to General Casualty Insurance Company
Contributor to <u>World Book Encyclopedia</u>
1993      Consultant to IBM
Consultant to Wisconsin Dairy Herd Improvement Co-op
1992      Instructor for Athens, Georgia CPCU review classes
Contributor to several print media sources on health insurance
Presentations on health care cost containment to industry
Gamma Iota Sigma, Board of Trustees
1991      Instructor for Athens, Georgia CPCU review classes
Contributor to print media
Expert witness: Fry vs. Blue Cross and Blue Shield of Alabama


**University Service**
2018-2019 Provost Search Committee
Faculty Chair, School of Risk Management
Chair, Personnel and Budget Committee, School of Risk Management
2014-15    Strategic Priorities Working Group (SPWG), St. John's University
2009 - 10 ASRMI Co-Curricular Board
Wisconsin School of Business, Curriculum Committee
Wisconsin School of Business Research Committee
ASRMI Department : Co-Chair Faculty Search Committee
2009      ASRMI Co-Curricular Board
2008      ASRMI Co-Curricular Board
ASRMI Search Committee Chair
School of Business PhD and Research Committee
RMIS Advisor (student organization)
2007      ASRMI Co-Curricular Board
Associate Dean for Undergraduate Programs
University Insurance Association, Board Member and Treasurer
RMIS Advisor (student organization)
2006      Associate Dean for Undergraduate Programs
Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance
University Insurance Association, Board Member and Treasurer
RMIS Advisor (student organization)
2005      Associate Dean for Undergraduate Programs
School of Business, Undergraduate Committee
Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance
University Insurance Association, Board Member and Treasurer
RMIS Advisor (student organization)
2004      School of Business, Undergraduate Committee
Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance
University Insurance Association, Board Member and Treasurer
RMIS Advisor (student organization)
2003      School of Business, Undergraduate Committee
Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance
University of Wisconsin Athletic Board, Board Member
    - Finance Committee, Chair
    - Personnel Committee
University Insurance Association, Board Member and Treasurer
RMIS Advisor (student organization)
2002      School of Business, Undergraduate Committee
Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance
University of Wisconsin Athletic Board, Board Member

|      | - Finance Committee, Chair |
|      | - Personnel Committee |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
| 2001 | School of Business, Undergraduate Committee |
|      | Dept. Chair, Department of Actuarial Science, Risk Management, and Insurance |
|      | University of Wisconsin Athletic Board, Board Member |
|      | - Finance Committee, Chair |
|      | - Personnel Committee |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
| 2000 | School of Business, Undergraduate Committee |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
|      | Director, Act. Science, Risk Management and Insurance PhD Program |
|      | Helen Schulte Trust Committee (School of Nursing) |
| 1999 | School of Business, Undergraduate Committee |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
|      | Director, Act. Science, Risk Management and Insurance PhD Program |
|      | Helen Schulte Trust Committee (School of Nursing) |
| 1998 | School of Business, Undergraduate Committee |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
| 1997 | School of Pharmacy Faculty Search Committee |
|      | Director, Act. Science, Risk Management and Insurance Ph.D. Program |
|      | School of Business Research Committee |
|      | School of Business Ph.D. Committee |
|      | Student Health Insurance Program (SHIP Committee) |
|      | Helen Schulte Trust Committee (School of Nursing) |
|      | University Insurance Association, Board Member and Treasurer |
|      | RMIS Advisor (student organization) |
| 1996 | Medical Ethics Class presentation |
|      | Risk Theory Society meeting |
|      | Presentation to Geneticists on Health Insurance Underwriting |
|      | Research Committee |
|      | RMIS Advisor (student organization) |
|      | Host, Risk Theory Society Meeting |
|      | School of Pharmacy Faculty Search Committee |
|      | Senator, Faculty Senate |
|      | Student Health Insurance Program |
| 1995 | Director, Act. Science, Risk Management and Insurance PhD Program |
|      | Research Committee |
|      | School of Business, PhD Committee |
|      | Faculty Senate, Senator |
|      | Student Health Insurance Program |
|      | RMIS Advisor (student organization) |
| 1994 | Student Health Insurance Plan Committee at University of Wisconsin |
|      | Chair, University of Wisconsin Health Reform Program Committee |
|      | RMIS Advisor (student organization) |
|      | Director, Actuarial Science, Risk Management & Insurance Doctoral Program |
| 1993 | Foreign Graduate Student Health Insurance Committee at University of Wisconsin |
| 1992 | Advisor to Insurance Society and Gamma Iota Sigma |
|      | - Bowers Trophy (Nation's top chapter) |

College Honors Committee
1991     Advisor to Insurance Society and Gamma Iota Sigma
            - Alumni Relations Award
         College Honors Committee
1990     Founded Insurance Academic Speaker Series at the University of Georgia


**Professional Service**

2018-2019 Associate Editor, Review *of Managerial Science*
2014-15  EGRIE, President
         Associate Editor, *Journal of Risk and Insurance*
2009-10  ARIA, Hagen Family Foundation Travel Award committee
         ARIA, Early Career Achievement Award committee
         ARIA, Officer Nominations Committee
         Associate Editor, *Journal of Risk and Insurance*
         Associate Editor (Papers) "Review of Managerial Science"
2008     ARIA, Witt Award Committee Chair
         Associate Editor, *Journal of Risk and Insurance*
         Associate Editor (Papers) "Review of Managerial Science"
2007     ARIA, Witt Award Committee Chair
         ARIA, *Journal of Risk and Insurance* Editor Search Committee, Chair
         Associate Editor, *Journal of Risk and Insurance*
2005     Associate Editor, *Journal of Risk and Insurance*
2004     Past-President, American Risk and Insurance Association (until August 15)
         Associate Editor, *Journal of Risk and Insurance*
2003     President, American Risk and Insurance Association (until August 15)
         Associate Editor, *Journal of Risk and Insurance*
2002     President, American Risk and Insurance Association
         Associate Editor, *Journal of Risk and Insurance*
         Assistant Editor, *Journal of Financial Services Research*
         Referee, *World Bank Economic Review*
2001     American Risk and Insurance Association
            - Vice President and Program Chair
            - President-elect
            - Chair of finance committee
         Associate Editor, *Journal of Risk and Insurance*
         Assistant Editor, *Journal of Financial Services Research*
         Referee, *Journal of Political Economics, Journal of Public Economics, Journal of Agricultural
            and Resource Economics*
2000     Vice President and Program Chair, American Risk and Insurance Association
         Finance Committee, American Risk and Insurance Association
         *ARIA News,* American Risk and Insurance Association
         Assistant Editor, *CLU Journal*
         Associate Editor, *Journal of Risk and Insurance*
1999     Board Member, American Risk and Insurance Association
         Finance Committee, American Risk and Insurance Association
         *ARIA News,* American Risk and Insurance Association
         Assistant Editor, *CLU Journal*
         Associate Editor, *Journal of Risk and Insurance*
1998     Past President, Risk Theory Society
         Board Member, American Risk and Insurance Association
1997     President, Risk Theory Society
         Secretary, Risk Theory Society
         Board Member, American Risk and Insurance Association

Chair, Academic Membership Committee, American Risk and Insurance Association
Assistant Editor, *CLU Journal*
Referee, *Journal of Insurance Issues, Journal of Risk and Insurance, Geneva Papers on Risk and Insurance Theory, Journal of Actuarial Practice, CLU Journal,* and *Journal of Insurance Regulation*
1996    Referee, *Journal of Insurance Issues, Journal of Risk and Insurance, Geneva Papers on Risk and Insurance Theory,* and *Journal of Actuarial Practice*
Secretary, Risk Theory Society
Chair, Academic Membership Committee, American Risk and Insurance Association
1995    Program Committee, American Risk and Insurance Association
Chair, Academic Membership Committee, American Risk and Insurance Association
Referee, *Journal of Risk and Insurance*
1994    Assistant Editor, *Journal of Risk and Insurance*
Chair, Innovation in Instruction Committee, ARIA
Co-chair, Academic Membership Committee, ARIA
Referee, *Insurance: Mathematics and Economics* and *Journal of Insurance Issues*
1993    Assistant Editor, *Journal of Risk and Insurance*
Chair, Innovation in Instruction Committee, ARIA
Program Committee, ARIA
1992    Referee, *Journal of Risk and Insurance*
Innovation in Instruction Committee, American Risk and Insurance Association
1991    Referee, *Journal of Risk and Insurance*
Academic Membership Committee, American Risk and Insurance Association
Program Committee, American Risk and Insurance Association
1990    Program Committee, American Risk and Insurance Association
Academic Membership Committee, American Risk and Insurance Association
Referee, *Journal of Risk and Insurance* and *Insurance: Mathematics and Economics*

## PROFESSIONAL AFFILIATIONS

American Economics Association
American Risk and Insurance Association
European Group of Risk and Insurance Economists
Risk Theory Society

# Appendix B

**Prior Testimony of Mark Browne**
**January 8, 2021**

The following is a listing of the cases in which I have provided testimony as an expert at a trial, a hearing, or by deposition within the last four years:

    a. *WML Gryphon Fund, LLC, et al. v. Wood, Hat & Silver, LLC, et al.*
       Case No. 12-CV-1704
       Circuit Court of Outagamie County, Wisconsin
       December 14, 2020 Deposition
       Description: Non-recourse premium financing for life insurance

    b. *New York University v. Factory Mutual Insurance Company*
       Civil Action No.: 1:15-cv-08505-NRB-JLC
       United States District Court
       Southern District of New York
       April 27, 2018 Deposition
       Description: Coverage of flood loss

**Appendix C**

**Documents Relied Upon**

**Document**

2020.03.18 CK4 data from C. Sherz (00263676xC4287)

Declaration of Mark Browne, January 26, 2015

Declaration of Mark Browne in Support of Plaintiffs' Motion for Class Certification, September 19, 2019

Declaration of Mark Browne in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, April 9, 2020

Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, April 10, 2020, and supporting exhibits

| Beginning Bates | Ending Bates |
| --- | --- |
| BC-0001 | BC-0013 |
| BC-0032 | BC-0048 |
| BC-0055 | BC-0055 |
| BC-0105 | BC-0136 |
| BC-0287 | BC-0318 |
| BC-0404 | BC-0437 |
| CLIC 0003618 | CLIC 0003633 |
| CLIC 0003701 | CLIC 0003720 |
| CLIC 0003721 | CLIC 0003740 |
| CLIC 0709049 | CLIC 0709067 |
| CLIC 0709068 | CLIC 0709088 |
| CLIC 0709118 | CLIC 0709133 |
| CLIC 0709134 | CLIC 0709150 |
| CLIC 0709151 | CLIC 0709169 |
| CLIC 0727769 | CLIC 0727790 |
| CLIC 0744234 | CLIC 0744234 |
| CLIC 0812763 | CLIC 0812768 |
| CLIC-IND-0000099 | CLIC-IND-0000103 |
| CLIC-IND-0000107 | CLIC-IND-0000205 |
| CLIC-IND-0000311 | CLIC-IND-0000311 |
| CLIC-IND-0000312 | CLIC-IND-0000312 |
| CLIC-IND-0000313 | CLIC-IND-0000313 |
| CLIC-IND-0000314 | CLIC-IND-0000314 |
| CLIC-IND-0000315 | CLIC-IND-0000315 |
| CLIC-IND-0000316 | CLIC-IND-0000316 |