UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM JEFFREY BURNETT, JOE H CAMP, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:18-cv-00200-JPH-DML ) |
| CONSECO LIFE INSURANCE COMPANY n/k/a Wilco Life Ins. Co, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

Plaintiffs and Defendant Conseco Life Insurance have filed a stipulation of dismissal with prejudice as to Plaintiffs' and Class Members' claims against Conseco Life. Dkt. 240. That stipulation is "in conjunction with" the Court's partial final judgment, which resolved the claims against Conseco Life and noted that the Court retained jurisdiction to enforce the terms of the settlement agreement. *Id.* (citing dkt. 238).

The Court's final judgment as to the claims against Conseco Life, dkt. 238, "end[ed] the litigation on the merits and leaves nothing for the district court to do but execute the judgment," *West v. Louisville Gas & Elec. Co.*, 920 F.3d 499, 503 (7th Cir. 2019). That judgment was necessarily without prejudice because the Court retained jurisdiction to enforce the terms of the settlement agreement. *See Shapo v. Engle*, 463 F.3d 641, 643 (7th Cir. 2006) ("[A] district judge cannot dismiss a suit with prejudice, thus terminating

1

federal jurisdiction, yet at the same time retain jurisdiction to enforce the parties' settlement that led to the dismissal with prejudice.").

Because the parties' stipulation of dismissal is inconsistent with the Court's final judgment, the Court **STRIKES** the stipulation. Dkt. [240]. If the parties wish for the Court to relinquish jurisdiction over enforcement of the terms of the settlement agreement and to dismiss the claims with prejudice, they may file a motion under Federal Rule of Civil Procedure 60(b)(5). *Cf. Komyatti v. Bayh*, 96 F.3d 955, 962 (7th Cir. 1996).

**SO ORDERED.**

Date: 2/10/2021

           *James Patrick Hanlon*
           James Patrick Hanlon
           United States District Judge
           Southern District of Indiana

Distribution:

James H Bilton
LOCKE LORD LLP
jbilton@lockelord.com

Taylor F. Brinkman
LOCKE LORD LLP
tbrinkman@lockelord.com

Shelli L. Calland
WEISBROD MATTEIS & COPLEY PLLC
scalland@wmclaw.com

Saul Cohen
WEISBROD MATTEIS & COPLEY PLLC
scohen@wmclaw.com

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Tamra B. Ferguson
WEISBROD MATTEIS & COPLEY PLLC
tferguson@wmclaw.com

Barbara Louise Lyons
Law Office of Barbara L Llyons
80 El Camino Real  Apt D
Burlingame, CA 94010

Phillip Russell Perdew
LOCKE LORD LLP
pperdew@lockelord.com

Carl C. Scherz
LOCKE LORD LLP
cscherz@lockelord.com

T. Esther Silberstein
WEISBROD MATTEIS & COPLEY PLLC
esilberstein@wmclaw.com

Derek Y. Sugimura
WEISBROD MATTEIS & COPLEY PLLC
dsugimura@wmclaw.com

Stephen A Weisbrod
WEISBROD MATTEIS & COPLEY PLLC
sweisbrod@wmclaw.com