# EXHIBIT 3

CONSECO LIFE INSURANCE COMPANY
11825 N. Pennsylvania Street
P.O. Box 1960
Carmel, IN 46082-1960
(800) 525-7662



CONSECO.

December 11, 2008

JOE H CAMP

## INTEREST SENSITIVE WHOLE LIFE
## OPTIONAL PREMIUM PAYMENT PROVISION
## SHORTFALL NOTICE

Re: Policy Number: 1090095604
    Insured Name:  Joe H Camp
    Payment Required: $78,274.97
    Payment Due Date: January 16, 2009

Dear Policy Owner:

Final Notice: This policy has reached a point where it can no longer be maintained under the Optional Premium Payment provision. The current accumulation account value no longer exceeds the sum of the guaranteed cash value plus the surrender charge and any debt. The payment amount requested represents the shortfall payment required to maintain the policy's guaranteed values.

The requested payment must be received in the Home office no later than January 16, 2009. If the payment requested is not received by the due date, the policy will be placed on its Nonforfeiture Provision of Continuation of Insurance.

Upon receipt of this payment, your policy will resume regular premium billings on a quarterly basis. You may contact our office if you would like to request a mode other than quarterly billings.

A return envelope is enclosed for your convenience. If you have any questions, please contact your Conseco Life Insurance Company representative.

Sincerely,

Policyholder Service Department

Enclosure

cc:  PYRAMIDAL FUNDING SYSTEMS INC
     42NI295

     LPR9071



BC-0027