# EXHIBIT 5

Joe H. Camp, D.D.S., P.A.
William C. Myers, D.D.S., P.A.
Stephen C. Wheeler, D.D.S., P.A.
Evan N. Miller, D.D.S., P.A.
Edwin C. Bryson, D.D.S., P.A.
Zachary P. Schnoor, D.D.S., P.A.

130 Providence Road • Charlotte, North Carolina 28207 • (704)377-1444 • Fax (704)377-1451

## FAX COVER SHEET

**To:** Allen Gamble

Fax Number: 704-374-9909

**From:** Joe H. Camp, DDS

Fax Number: 704-377-1451

Conseco Life Insurance Co. – Policy # 1090095604

Insured – Joe H. Camp



Total number (including this sheet) of pages: 2

If all pages are not received call (704)377-1444

BC-0078



# CHARLOTTE ENDODONTICS

Joe H. Camp, D.D.S., P.A.
William C. Myers, D.D.S., P.A.
Stephen C. Wheeler, D.D.S., P.A.
Evan N. Miller, D.D.S., P.A.
Edwin C. Bryson, D.D.S., P.A.
Zachary P. Schnoor, D.D.S., P.A.

*Charlotte's Endodontists Since 1972*

February 5, 2009

To: Gerard Wathen
Conseco Life Insurance Co.

Re: Joe H. Camp, Insured
Policy # 1090095604

Pursuant to your request on our telephone call earlier today, I acknowledge that my policy is under some sort of moratorium. I wish to bypass the moratorium and proceed with my request for a full surrender of the policy (which was submitted 12-22-08).

Gerard, as agreed, you will contact me no later than 12-10-09 to acknowledge receipt of this fax, that the surrender is proceeding and the date that I will receive the proceeds.

Sincerely,

*Joe H. Camp*

Joe H. Camp, DDS
Fax # 704-377-1451

CC: Allen Gamble, agent
704-342-3696 Phone
704-374-9909 Fax


130 Providence Road • Charlotte, NC 28207
704.377.1444 • 704.377.1451 [f]
Practice Limited to Endodontics • www.charlotteendodontics.com



## ** Transmit Confirmation Report **

P.1          Fax: 7043771451          Feb 5 2009 03:38pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 18007576324 | Normal | 05,03:37pm | 0'43" | 2 | * O K | |

Joe H. Camp, D.D.S., P.A.
William C. Myers, D.D.S., P.A.
Stephen C. Wheeler, D.D.S., P.A.
Evan N. Miller, D.D.S., P.A.
Edwin C. Bryson, D.D.S., P.A.
Zachary P. Schnoor, D.D.S., P.A.

130 Providence Road • Charlotte, North Carolina 28207 • (704)377-1444 • Fax (704)377-1451

### FAX COVER SHEET

To:    Gerard Wathen
       Conseco Life Insurance Co.

Fax Number:   1-800-757-6324

From:   Joe H. Camp, DDS

Fax Number:   704-377-1451

Conseco Life Insurance Co. – Policy # 1090095604

Insured – Joe H. Camp

Total number (including this sheet) of pages:   2

If all pages are not received call (704)377-1444

BC-0080