## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM JEFFREY BURNETT, et al., individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) **CLASS ACTION** |
| v. | ) ) CAUSE NO.: 1:18-cv-00200-JPH-KMB |
| CNO FINANCIAL GROUP, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM PLAINTIFFS' EXPERT REPORTS

Plaintiffs William Jeffrey Burnett and Joe H. Camp ("Plaintiffs") have moved the Court for an order removing all confidentiality designations from Plaintiffs' expert reports. Upon consideration of the motion, any opposition thereto, and the entire record herein, it is hereby ORDERED that all confidentiality designations for all excerpts, summaries, and descriptions of documents and testimony contained in the following reports produced by Plaintiffs' experts are removed:

1. July 6, 2023 Merits Declaration of Mark Browne, including Exhibits 1-7 and Appendices A-D.

2. July 6, 2023 Report of Frederick G. Heese, CPA, CFE, MBA, including Appendices 1-2.

3. July 6, 2023 Expert Report of Rob Muriel, including Exhibits 1-12, and Exhibits A-B.

4. October 11, 2023 Merits Rebuttal Declaration of Mark Browne, including Exhibits 1-2 and Appendices A-C.

5. October 11, 2023 Rebuttal Report of Frederick G. Heese, CPA, CFE, MBA.

6. October 11, 2023 Rebuttal Expert Report of Robert Muriel.

2

    7.    October 20, 2023 Amended Rebuttal Declaration of Mark Browne, including Exhibits 1-2 and Appendices A-C.

SO ORDERED.

Date: _____             _____

                                                       Kellie M. Barr
                                                       United States Magistrate Judge
                                                       Southern District of Indiana

Distributed to: All Electronically Registered Counsel of Record