# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM JEFFREY BURNETT and JOE H. CAMP, individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | **CLASS ACTION** |
| v. | ) ) | CAUSE NO.: 1:18-cv-00200-JPH-KMB |
| CNO FINANCIAL GROUP, INC.; and CNO SERVICES, LLC, | ) ) ) | |
| Defendants. | ) ) | |

## <u>DECLARATION OF ENRICO TREGLIA</u>

1.      My name is Enrico Treglia. I am competent to make this Declaration. I am over twenty-one years old, of sound mind, and have never been convicted of a felony or a crime of moral turpitude.

2.      I am currently employed as Group Chief Operating Officer for the Wilton Re group of companies which includes Wilcac Life Insurance Company ("Wilcac Life") which was formerly known as Wilco Life Insurance Company ("Wilco Life") which was formerly known as Conseco Life Insurance Company ("Conseco Life"). Conseco Life was acquired by Wilton Reassurance Company, Inc. ("Wilton Re") in 2014.  Wilton Re is a non-public company and maintains as confidential its business information and records.  Conseco Life is no longer a party to this litigation, and Wilton Re has never been a party to this litigation.  The facts stated in this Declaration are based upon my personal knowledge and/or my familiarity with business records and processes of Wilcac Life.

3.      It was brought to Wilcac Life's attention—as the successor to Conseco Life—that Plaintiffs in this litigation have asked the Court to remove all confidentiality designations "for all

**DECLARATION OF ENRICO TREGLIA**                                                        **PAGE 1**

excerpts, summaries, and descriptions of documents and testimony contained in the following

reports produced by Plaintiffs' experts":

- July 6, 2023 Report of Fredrick G. Heese, CPA, CFE, MBA, including Appendices 1-2.

- October 11, 2023 Rebuttal Report of Frederick G. Heese, CPA, CFE, MBA.

- July 6, 2023 Expert Report of Rob Muriel, including Exhibits 1-12, and Exhibits A-B.

- October 11, 2023 Rebuttal Expert Report of Robert Muriel.

- July 6, 2023 Merits Declaration of Mark Browne, including Exhibits 1-7 and Appendices A-D.

- October 11, 2023 Merits Rebuttal Declaration of Mark Browne, including Exhibits 1-2 and Appendices A-C.

- October 20, 2023 Amended Rebuttal Declaration of Mark Browne, including Exhibits 1-2 and Appendices A-C.

(the "Expert Reports").

4.      Upon perusal of these Expert Reports, they are voluminous and contain extensive

references to Wilcac Life's private and confidential business information that are inextricably

intertwined with the Expert Reports themselves.  Specifically, these Expert Reports refer to and

disclose the following types of private and confidential business information of Wilcac Life and

its affiliates:

- a.  Wilcac Life's confidential, sensitive, and private financial and accounting documents, including but not limited to:

    - i.  board minutes.

    - ii.  internal accounting and financial details and reports.

    - iii.  Milliman appraisals and related actuarial documents.

- b.  Internal financial data of Wilcac Life related to servicing expenses and fees:

    - i.  internal financial data of Wilcac Life related to servicing expenses and fees;

      ii.   servicing agreements between Wilton Re and CNO, including the Transition Services Agreement (TSA) and Special Support Agreement (SSA).

c.  Information and testimony regarding proprietary corporate governance practices and procedures.

d.  Product specifications, policy data, and other non-public information for blocks of Wilcac Life's insurance business including blocks other than Plaintiffs' LifeTrend policies.

e.  The Regulatory Settlement Agreement and related documents, including communications with regulators, and Milliman RSA model.

5.    The aforementioned confidential information relates to and impacts Wilcac Life's confidential and proprietary financial operations and product information that is not publicly disseminated and which is kept confidential by Wilcac Life.  Public disclosure of this information would risk placing Wilcac Life and Wilton Re at a financial and competitive disadvantage in its operations and in its administration of life insurance products.

6.    Public disclosure of the aforementioned information jeopardizes Wilcac Life's and Wilton Re's competitive position in the industry and Wilcac Life's and Wilton Re's business operations.  Public disclosure would prejudice Wilcac Life and Wilton Re vis-a-vis:

- Wilcac Life and Wilton Re will be subject to competing companies, life insurance agents, and/or plaintiffs' attorneys manipulating or attempting to inappropriately use Wilcac Life's private business information in an attempt to replace Wilcac Life's existing insurance business or to disparage Wilcac Life and its affiliates;

- Wilcac Life and Wilton Re will be more at risk to third party vendors, with whom Wilcac Life and Wilton Re are negotiating servicing agreements and other agreements, using this information to inappropriately gain insight into how Wilcac Life and Wilton Re values vendor services and utilize negotiating strategies;

- Wilcac Life and Wilton Re will be harmed and put in a more adverse position as to competitive business dealings in future transactions, such as agreements to acquire additional insurance operations, agreements to provide reinsurance, agreements to

**DECLARATION OF ENRICO TREGLIA**           **PAGE 3**

provide third party administrative services, among others, because this information may be inappropriately manipulated and used adversely to them.

7.      Moreover, references to policy data and product specifications for other insurance products owned by Wilcac Life, but not at issue in this litigation, implicate Wilcac Life's proprietary commercial, financial, and policyholder information that is not publicly disseminated and is kept confidential by Wilcac Life.  Public disclosure of this information puts Wilcac Life and its predecessors at a financial and competitive disadvantage in the administration of these life insurance products and its business, for the reasons mentioned in the foregoing paragraph

8.      Wilcac Life's private financial and accounting documents, board minutes, non-public accounting and financial details and reports, the Milliman Appraisal and related documents, information and testimony regarding corporate governance practices and procedures, and documents relating to communications with regulators and any related investigation or resulting regulatory settlement are all confidential and sensitive to Wilcac Life's business.  This information is inherently and/or related to confidential and proprietary financial and operational information that is not publicly disseminated and which is kept confidential by Wilcac Life. This information regarding Wilcac Life's internal operations is considered trade secret and proprietary information to Wilcac Life. Public disclosure of this information could place Wilcac Life and its predecessors at a financial and competitive disadvantage in the administration and insuring of life insurance products and other business.  The fact that this information is historical in nature does not change the sensitivity and confidential nature of this information or change the harm that its disclosure has upon Wilcac Life.

9.      These expert reports also reference sensitive and confidential commercial information related to Wilton Re's negotiation, valuation, and ultimate purchase of outstanding shares of Conseco Life and the provision of administrative servicing.  This confidential

**DECLARATION OF ENRICO TREGLIA**                                    **PAGE 4**

commercial information is important proprietary information that provides Wilton Re with its financial and competitive advantage against its competitors. This information is kept and maintained as private information. If publicly disclosed, this information would risk placing Wilton Re and Wilcac Life at both a financial and competitive disadvantage in future mergers and acquisitions within the life insurance and annuity industry. The information provides insight and information into how Wilton Re evaluates and determines the market value of its acquisition targets and presents its initial offers in the mergers and acquisitions. How Wilton Re values and prices an acquisition and target company, and related services, is very proprietary. The merger and acquisition area for life insurance and annuity companies is highly competitive. These acquisitions are the subject of competitive bidding from other entities, including other insurance companies and private equity groups. It is common and typical for Wilton Re to compete with numerous other insurance and private equity companies when bidding for a target company. If such entities obtain insight into Wilton Re's negotiation and pricing strategies, Wilton Re would be at a disadvantage in future bidding for acquisition targets. Wilton Re's competitors can use this information to underbid Wilton Re in future acquisitions or structure their offers in a manner that puts Wilton Re at a disadvantage. Wilton Re is continuously active in acquisitions so this is a very real and actual threat, prejudice, and harm to Wilton Re. Accordingly, documents and information relating to this process and how Wilton Re values a company is extremely confidential and trade secret information for Wilton Re that should be kept under seal.

10.     The same issues arise as to Wilcac Life and Wilton Re's business dealings as to reinsurance and third party administration. It is common and typical for Wilton Re to compete with numerous other companies when negotiating for additional business. If other entities obtain insight into this proprietary information, Wilton Re would be at risk of disadvantage in future negotiations and bidding for new business.

**DECLARATION OF ENRICO TREGLIA**                                            **PAGE 5**

11.     I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED on December <u>21</u>, 2023


_____
ENRICO TREGLIA