UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM JEFFREY BURNETT and JOE H. CAMP, individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) **CLASS ACTION** |
| v. | ) ) CAUSE NO.: 1:18-cv-00200-JPH-KMB |
| CNO FINANCIAL GROUP, INC.; and CNO SERVICES, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER DENYING PLAINTIFFS' MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM PLAINTIFFS' EXPERT REPORTS**

Plaintiffs William Jeffrey Burnett and Joe H. Camp filed a Motion to Remove Confidentiality Designations from Plaintiffs' Expert Reports on December 1, 2023 (the "Motion"). Third Party Conseco Life Insurance Company ("Conseco Life"), now known as Wilcac Life Insurance Company, filed a Response to Plaintiffs' Motion.

After consideration of Plaintiff's Motion, CNO Defendants' Response, and Conseco Life's Response, including the reasons demonstrating good cause to maintain the confidentiality of designated materials under seal, as well as the case record and all other documents properly before the Court, the Court **DENIES** Plaintiffs' Motion in its entirety.

SIGNED on _____, 20_____.

_____
KELLIE M. BARR
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA